IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LIZA GRAY, | |
| Plaintiff, | Case No. 20-cv-02466 |
| v. | Honorable Judge Sara L. Ellis |
| MANORCARE HEALTH SERVICES, LLC, doing business as HCR MANORCARE HEALTH SERVICES, LLC, | Magistrate Judge Jeffrey Cole |
| Defendant. | |

**DEFENDANT'S APPENDIX OF EVIDENTIARY MATERIALS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Defendant Manorcare Health Services, LLC ("HCR"), in accordance with the Court's summary judgment procedures, respectfully submits its Appendix of Evidentiary Materials in Support of its Motion for Summary Judgment ("Appendix"). The following materials correspond to the Parties' Joint Statement of Materials Facts not in Dispute and HCR's Memorandum in Support of its Motion for Summary Judgment.

Exhibit 1 -   Complete Deposition Transcript from the Deposition of Liza Gray.

Exhibit 2 -   Complete Deposition Transcript from the Deposition of Diane Lube.

Exhibit 3 -   Complete Deposition Transcript from the Deposition of Deborah Durham.

Exhibit 4 -   Complete Deposition Transcript from the Deposition of Kelly Ciger.

**Respectfully submitted,**

By: */s/ Peter T. Tschanz*
One Of Its Attorneys

David K. Haase
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1100
Chicago, IL 60654

Telephone: 312.372.5520
Fax: 312.372.7880
Email: dhaase@littler.com

Peter T. Tschanz
LITTLER MENDELSON, P.C.
111 Monument Circle, Suite 702
Indianapolis, IN 46204
Telephone: 317.287.3600
Facsimile: 317.636.0712
Email: ptschanz@littler.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

Peter T. Tschanz, an attorney, hereby certifies that on April 15, 2022, he caused a copy of the foregoing ***Defendant's Appendix of Evidentiary Materials In support of Its Motion for Summary Judgment*** to be served electronically with Clerk of the Court using the CM/ECF (*electronic case filing*) system, which sent notification of such filing to the following counsel of record:

Ethan E. White
**EMERY LAW, LTD.**
2021 Midwest Road, Suite 200
Oak Brook, IL 60523
(630) 984-0339 (direct)
ewhite@emerylawltd.com

                                                       */s/ Peter T. Tschanz*
                                                            Peter T. Tschanz