# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

LIZA GRAY )
)
           PLAINTIFF, )
)
        v. ) Case No. 20 CV 02466
)
MANORCARE HEALTH SERVICES, LLC, )
)
doing business as HCR MANORCARE )
)
HEALTH SERVICES, LLC, )
)
           DEFENDANT. )
_____

The web conference deposition of Diane Lube, called

for examination, taken pursuant to the Federal Rules

of Civil Procedure of the United States District

Courts pertaining to the taking of depositions before

Lindsay Welbers, a notary public within and for the

County of Cook and State of Illinois, on the 13th day

of October 2021, at the hour of 10:02 a.m. CST (VIA

ZOOM)

**Diane Lube - HCR Regional Manager**

REPORTED BY:  LINDSAY WELBERS

IL NOTARY:  911623

```
 1   APPEARANCES:

 2   EMERY LAW, LTD.

 3   2021 MIDWEST ROAD

 4   SUITE 200

 5   OAK BROOK, ILLINOIS 60523

 6   BY ETHAN E. WHITE

 7          ON BEHALF OF THE PLAINTIFF

 8

 9   LITTLER MENDELSON P.C.

10   111 MONUMENT CIRCLE

11   SUITE 702

12   INDIANAPOLIS, INDIANA 46204

13   BY PETER T. TSCHANZ

14   ptschanz@littler.com

15          ON BEHALF OF THE DEFENDANT

16

17

18

19

20

21

22

23

24
```

1      TABLE OF CONTENTS

2    WITNESSES:                                    PAGES

3     Diane Lube

4         By Mr. White                              5

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1          P R O C E E D I N G S

2          THE REPORTER:  I have just a couple of things

3  to mention prior to going on the record.  Remote

4  depositions are more challenging, and we kindly ask all

5  participants to speak clearly and one at a time.  All

6  parties are aware that the witness will be sworn in

7  remotely.  The parties agree not to challenge the

8  validity of any oath administered by the court

9  reporter, even if the court reporter is not physically

10  present with the witness and not a notary public in the

11  state where the witness resides.

12          So here begins the web -- sorry.  Here beings

13  the web conference deposition of Ms. Diane Lube in the

14  matter of Gray versus ManorCare Health Services, LLC.

15  Today's date is October 18th, 2021, and the time is

16  10:02 a.m. Central.  My name is Lindsay Welbers with

17  Thompson Court Reporters.

18          Beginning with noticing party, will counsel

19  please introduce themselves, state whom they represent,

20  and stipulate to the swearing in of the witness

21  remotely?

22          MR. WHITE:  Good morning.  Ethan White for

23  the Plaintiff.  And I do so stipulate.

24          MR. TSCHANZ:  Good morning.  Peter Tschanz

1  for the Defendant.  And I stipulate as well.

2          THE REPORTER:  Ms. Lube, will you please

3  raise your right hand?

4                  (Oath administered.)

5          THE REPORTER:  All right.  The witness has

6  declared their testimony during this proceeding is

7  under penalty of perjury.  The parties have stated

8  their agreement on the record.

9          You may proceed.

10                  DIANE LUBE

11  called as a witness, after having been first remotely

12  duly sworn, was examined and testified as follows:

13                  EXAMINATION

14  BY MR. WHITE:

15          Q.  Good morning, ma'am.  My name is Ethan

16  White.  I represent the Plaintiff in this lawsuit.  If

17  you could state and spell your name for the record,

18  please.

19          A.  Sure.  My name is Diane Lube, D-I-A-N-E.

20  Last name is L-U-B-E.

21          Q.  Thank you.  Ms. Lube, have you ever been

22  deposed before?

23          A.  I have.

24          Q.  Okay.  Approximately how many times?

1    A.  Probably about a handful of times.

2    Q.  Okay.  So, like, four or five, something
3  like that?

4    A.  Four, five.  Yeah.

5    Q.  Okay.  When is the most recent?

6    A.  Probably a couple years ago.

7    Q.  Do you recall what kind of case that was?

8    A.  It was a patient -- it was -- was a case
9  with a -- associated with a patient.

10    Q.  Okay.  Is that true for the other
11  depositions that you've been in?  It was related to a
12  patient?

13    A.  Yes.  I -- I think I have been deposed
14  one time in a employment case -- a little bit
15  differently, though.

16    Q.  Okay.  And what do you mean a little bit
17  differently?

18    A.  I think it was a little bit more of a pre
19  kind of conversation.  So I don't know if it was quite
20  the same thing.

21    Q.  Okay.  Do you remember what that case was
22  about?

23    A.  I do not.  That was quite -- quite many
24  years ago.

1    Q.  Do you remember the name of the plaintiff

2  in that lawsuit?

3    A.  No.

4    Q.  Do you know, were you a defendant in that

5  lawsuit, or you were just being deposed as a witness?

6    A.  As a witness.

7    Q.  Do you know the outcome of that lawsuit?

8    A.  No.  I do not.

9    Q.  Okay.  Well, this will probably be pretty

10 similar to those, but I'll just kind of go through a

11 quick refresher so we're all on the same page.

12 Probably the most important -- particularly because

13 we're remote -- is, you know, I will ask a question.  I

14 ask that you let me finish before you try and answer.

15 And I will do the same for you just so we have a clean

16 record and we're not talking over each other, okay?

17    A.  Okay.

18    Q.  I need all your answers to be out loud.

19 So the court reporter can't pick up nodding of the head

20 or shrugging shoulders or anything like that.  Okay?

21    A.  Okay.

22    Q.  If you need to take a break for any

23 reason, that's totally fine.  Just let me know.  I only

24 ask that you answer whatever question is pending before

1   we take that break.

2            A.  Okay.

3            Q.  What else?  If you don't understand any

4   of my questions or a word that I used or a phrase or

5   I've mispronounced something, please just let me know

6   because if you answer we're going to assume you

7   understood what I was asking.  Okay?

8            A.  Okay.

9            Q.  Any reason you can't give full, complete,

10  accurate testimony here today?

11           A.  No.

12           Q.  I only ask this because we're on Zoom.

13  Normally, it's easier sitting in a conference room.

14  But is anyone in the room with you?

15           A.  No.

16           Q.  Do you have any notes in front of you?

17           A.  I do not.

18           Q.  Do you have anything at all in front of

19  you besides a coffee or something?

20           A.  I have a cup of coffee.

21           Q.  Okay.  And you understand that during

22  your deposition nobody can provide you information?

23           A.  Yes.  I do.

24           Q.  And you'll agree that you're not going to

1   text message with your lawyer or anybody else while

2   your testimony is going on?

3            A.  I understand.  I agree.

4            Q.  Okay.  And you'll agree that no

5   one -- whether your lawyer or anybody -- nobody's going

6   to give you information while your deposition is

7   ongoing, okay?

8            A.  Understood.

9            Q.  All right.  When did you start working at

10   ManorCare?

11            A.  December of 2001.

12            Q.  Oh, so quite a while.  And are you

13   working there currently?

14            A.  I am.

15            Q.  When you started in 2001, what was your

16   role or your position?

17            A.  I was the admissions director of our

18   Palos West facility.

19            Q.  Okay.  And how long were you the

20   admissions director at Palos West?

21            A.  Roughly two years, maybe.

22            Q.  That's fine.  I don't need exact.

23            A.  Yeah.

24            Q.  I just kind of want to understand your

1  resume a little bit.  Okay.  So two years.  And what

2  did you do after that?

3          A.  I became an assistant administrator for

4  the region.  And I did that roughly for sixish months.

5          Q.  Okay.  And what after that?

6          A.  I became an administrator at our

7  Naperville facility at the time.

8          Q.  And how longer were administrator at

9  Naperville?

10         A.  Roughly three years.

11         Q.  And what after that?

12         A.  I became an administrator and then a

13 senior administrator at our Hinsdale building.

14         Q.  All right.  Now we're starting to get

15 warmer in time period.  How long did you do that for?

16         A.  I did that -- gets a little fuzzy here

17 for me -- somewhere between 8 and 10 years.

18         Q.  Okay.  And what did you do -- let's see.

19 So we're getting there.  So what did you do after

20 Hinsdale?

21         A.  Then I became -- after I became the

22 senior administrator in the region, although still

23 managing Hinsdale and a couple other properties, I

24 became the regional director of operations.  My first

1  assignment, I had buildings down in central Illinois

2  and Indiana.  And then I moved up to

3  our -- transitioned up -- again, different

4  regions -- up to the Chicagoland area as the -- as the

5  regional director still.

6            Q.  And are you currently the RDO?

7            A.  I am.

8            Q.  Okay.  Over the same region that you

9  were --

10           A.  Yeah.  I mean, the region has changed a

11  bit, but roughly, yes.  In the same area.

12           Q.  Okay.  When you were at Hinsdale -- so

13  you started at Hinsdale as an administrator; is that

14  right?

15           A.  I -- I did.  Yeah.

16           Q.  What were your responsibilities as an

17  administrator at Hinsdale?

18           A.  Administrator respective are oversight

19  over that facility.  So, you know, you have complete

20  oversight.  You're the licensed administrator for a

21  facility.

22           Q.  How did that differ at all, if it did

23  differ, when you became a senior administrator at

24  Hinsdale?

1           A.   I supported the regional director with

2   oversight over a couple other facilities, helping out

3   with training, education in other facilities as needed.

4           Q.   Okay.  And then you said once you became

5   an RDO, you were still -- I think you said you were

6   still doing work at Hinsdale as an administrator?

7           A.   No.  No.  Just as a senior administrator.

8   Yes.  Once I became an RDO, I -- I didn't initially

9   have oversight Hinsdale.  And then I -- now again I

10  did, so.

11          Q.   So help me understand that a little bit.

12  So you're a senior administrator at Hinsdale.  You get

13  promoted, I assume, to regional director of operations.

14  Are you still at that point in time doing work at

15  Hinsdale or no?

16          A.   No.

17          Q.   Okay.

18          A.   Not initially.  So when I first became

19  the regional director, I had probably about 10

20  buildings in central Illinois and Indiana.  That was

21  for a little less than a year -- probably about 11

22  months.  And then was realigned to become the regional

23  director over the Chicagoland property initially in

24  South Chicago.  And then as our region changed,

1   we -- we divested some buildings.  And so we, you

2   know -- all along my time as regional director,

3   buildings have been added or subtracted.

4           Q.  Okay.  All right.  Are you familiar with

5   the Plaintiff in this case, Liza Gray?

6           A.  I am.

7           Q.  When do you think you first met Ms. Gray?

8           A.  Probably early in my tenure, you know,

9   with ManorCare.

10          Q.  Probably in the early 2000s, you think?

11          A.  Sometime in there, yeah.

12          Q.  Okay.  Do you recall what position she

13  held when you first met her?

14          A.  Regional nurse, I believe.

15          Q.  Do you know what her responsibilities

16  were as a regional nurse?

17          A.  So regional nurses support the region

18  kind of in any capacity.  So various different

19  assignments, education -- a lot of it is as needed

20  based on, you know, what's happening at different

21  facilities at the time.  It's a support role.

22          Q.  Is it almost -- I'm sure I'm using the

23  right term -- is it almost like a floater?  Like they

24  kind of where the work is needed?

1         A.  A little bit.  I mean, it could be.  It
2   could be -- it could be assignments.  It could be, you
3   know, a variety of different things.
4         Q.  Is it possible that somebody could also
5   be -- or a regional nurse, I should say, is kind of
6   stationed at a building for a long period of time?
7         A.  Could be.  Depends upon where and when,
8   you know -- what is needed at a building.
9         Q.  Okay.  And I guess let's think more
10  recent time.  Who made the determination of where a
11  regional nurse should be placed?
12        A.  Oh, mostly the regional director would.
13        Q.  Okay.  And --
14        A.  And we might consult with clinical
15  services, human resources, administrators, but --
16        Q.  And if I say RDO interchangeably with
17  regional director of operations, those are the same
18  things, right?
19        A.  Yes.  Uh-huh (affirmative).
20        Q.  Okay.  And I apologize in advance.  I may
21  refer to a witness by their first name.  I certainly
22  don't mean any disrespect to anybody with that.  It's
23  just you live with the file long enough, you start to
24  use people's first names, so.

1              A.  Sure.

2              Q.  Don't take any offense.  All right.  So

3    in your time working with Ms. Gray, are you aware of

4    any performance problems with her?

5              A.  Nothing notable, you know.  I -- I

6    wouldn't say anything notable, no.

7              Q.  Okay.  Would you agree that she was a

8    good employee?

9              A.  Yes.

10             Q.  Would you agree that she was a hard

11   worker?

12             A.  Yeah.

13             Q.  In your experience in the organization,

14   was she generally well liked?

15             A.  Generally.

16             Q.  Okay.

17             MR. TSCHANZ:  I'm just going to object.

18   Calls for speculation.  But the witness answered.

19   BY MR. WHITE:

20             Q.  Okay.  When you were working in the

21   Hinsdale facility -- and I'm not sure if it's when you

22   were an administrator or a senior administrator -- do

23   you recall an instance where Ms. Gray came into the

24   facility for an investigation into some mishandled

1  drugs or alleged mishandled drugs?

2          A.  I do.

3          Q.  Okay.  Do you know approximately when

4  that was?

5          A.  I do not.

6          Q.  Do you know if it was when you were an

7  administrator or a senior administrator?

8          A.  I do not.

9          Q.  What do you recall about that situation?

10  Just give me the context.

11          A.  I don't -- I don't recall a ton.  I

12  remember the -- Liza was assigned by the regional

13  director at the time or the RDO at the time, Leslie

14  Ohm.  And she came in to do an investigation to help

15  support, you know, what -- which is not an abnormal

16  item for a regional nurse to do if there's something to

17  be looked at.

18          Q.  And what was the outcome of that

19  investigation?

20          A.  Oh, I don't recall.

21          Q.  All right.  Do you recall Ms. Gray saying

22  that the Hinsdale facility had drugs for patients who

23  had already been checked out?

24          A.  I -- I don't recall.  I -- I've done a

1  lot of drug investigations during my time.

2           Q.  Do you remember if you agreed or

3  disagreed with Ms. Gray's conclusions regarding those

4  drugs?

5           A.  I do not.

6           Q.  Would you have known she was coming

7  beforehand, which is to say --

8           A.  I should.  I should.  I -- and I can tell

9  you I do remember in this case that the regional

10  director assigned her and then did call me afterwards.

11  But we should know as -- as the administrators of the

12  building.

13           Q.  Did you care one way or another that Ms.

14  Gray was in the building doing the investigation?

15           A.  I wouldn't care if anybody was in the

16  building doing the investigation.  I would care if I

17  knew about it.

18           Q.  What do you mean, you would care if you

19  knew about it?

20           A.  Meaning in this scenario, I -- I do

21  recall that I was told afterwards about it from the

22  regional director at the time.  But I would not care

23  for assistance with an investigation.

24           Q.  So if I'm understanding, are you saying

1    you were annoyed at the fact that you didn't know about

2    it beforehand?

3              A.  I do recall that.  Yes.

4              Q.  Okay.  And why would that have been

5    annoying or frustrating to you?

6              A.  Because it's disrespectful to somebody

7    who's running a facility.

8              Q.  All right.  And would you have felt that

9    disrespect from the RDO or from Ms. Gray?

10             A.  From the RDO.

11             Q.  Do you recall saying anything to Ms. Gray

12   about not being notified about the investigation while

13   she was in the building?

14             A.  I -- I don't recall.  I don't -- I don't

15   recall.

16             Q.  Do you recall having a conversation with

17   Leslie Ohm about not having notice beforehand?

18             A.  I do.

19             Q.  Do you know when that conversation

20   occurred?

21             A.  I don't.

22             Q.  Was it in person, over the phone, email?

23             A.  Oh, I do not.

24             Q.  Okay.  Do you remember anything that was

1  said or written about that lack of notice?

2          A.  I -- I do not specifically.  No.

3          Q.  Have you ever heard the saying there's

4  the ManorCare way and then there's the Hinsdale way?

5          A.  That's a little bit of a joke from a long

6  time ago.  I -- I think it's more of a joke.  I don't

7  know that it's anything -- there's been many

8  administrators who have run Hinsdale, so that --

9          Q.  What does the joke mean to you?

10          A.  It's a difficult question.  Hinsdale's

11  kind of an affluent suburb in our area.  Hinsdale's a

12  very large building.  Hinsdale has -- and this probably

13  is not as applicable today as it probably was in the

14  early 2000s.  You know, Hinsdale -- when I took over

15  the Hinsdale building, you know, I followed an

16  extremely successful administrator who often -- who

17  often, you know, received and did things kind of

18  independently and kind of a joke of, you know, if

19  Hinsdale wanted to get something, they could.

20          So that was more of a reputation among things

21  like maybe spending more capital dollars, things like

22  that.  But, you know, nothing that would ever be

23  specific to, you know, anything more than that.

24          Q.  When did you take over Hinsdale as the

1 administrator?

2          A.  Let me think for a second here.  I

3 believe it was in 2008.

4          Q.  Okay.  And who was the administrator

5 right before you that I think you said was very

6 successful?

7          A.  I followed John Vrba as the administrator

8 at the time.  I -- I think there might have been a

9 little bit of somebody else quickly who was kind of

10 part of that same regime.  But John Vrba was the

11 administrator there for a long time before me.

12          Q.  Okay.  All right.  Thinking about this

13 investigation that Ms. Gray was tasked to do in

14 Hinsdale, do you know -- did you receive any discipline

15 based on the outcome of that investigation?

16          A.  No.

17          Q.  Do you know if anybody did?

18          A.  I -- I would be speculating if a nurse or

19 somebody did, but I don't remember.

20          Q.  Okay.  You don't have a specific memory

21 of anyone getting disciplined?

22          A.  I -- I don't.  Unfortunately, like I

23 said, drug investigations are not uncommon.

24          Q.  And I believe you said you don't remember

1  the outcome, but you remember -- well, strike that.

2          So you had a conversation with Ms. Ohm after

3  the investigation, correct?

4          A.  I don't recall if it was during or after.

5          Q.  Was that just a onetime communication

6  about the investigation, though?

7          A.  I don't recall.

8          Q.  At the time period of that investigation,

9  who was your boss?

10         A.  Leslie Ohm.

11         Q.  Okay.  Do you recall other instances

12 where Ms. Ohm sent somebody into Hinsdale without

13 giving you advanced notice?

14         A.  I don't recall.

15         Q.  So as far as you can remember, this was

16 the one time when it happened?

17         A.  I don't know that -- if it was the one

18 time when it happened or not.  I do recall this time.

19 I don't recall if there were others.

20         Q.  Okay.  So just I'm clear, you

21 specifically recall being surprised by Ms. Gray's

22 visit.  You don't recall being surprised by other

23 visits?

24         A.  I don't recall.  Correct.

1            Q.  Okay.  Do you recall a different time

2    when Ms. -- well, let me back up because I don't

3    think -- did you ever work at Oak Lawn East?

4            A.  Early in my career as an assistant

5    administrator for about six months.  That would have

6    been in probably 2003 -- 2002, 2003.

7            Q.  Then later when you became an RDO, did

8    you have responsibility over Oak Lawn East?

9            A.  I did.

10           Q.  Okay.  When did that responsibility

11   start, I guess?

12           A.  Probably at the end of 2016, roughly.

13           Q.  Yeah, no.  That's fine.  When you started

14   as the RDO over Oak Lawn East, is this -- was that, I

15   guess, after you had done the buildings in central

16   Illinois and Indiana?

17           A.  Yeah.

18           Q.  Okay.

19           A.  When Leslie retired, I was moved from

20   that area back to the Chicagoland area.

21           Q.  And I believe you said at first you were

22   managing buildings in the South Side of Chicago or

23   the --

24           A.  South Chicago, which would include --

1          Q.   South Chicago.

2          A.   -- Oak Lawn East.  Yeah.

3          Q.   Okay.

4          A.   So just kind of North Chicago, South

5    Chicago is kind of where I was referencing.  We were

6    two regions at the time I became the RDO.  We are not

7    two regions anymore.

8          Q.   All right.  So when you were the RDO over

9    Oak Lawn East, do you remember Ms. Gray raising any

10   concerns about patient admissions?

11         A.   No.

12         Q.   Do you recall her raising concerns about

13   lacking equipment for a trach patient?

14         A.   No.

15         Q.   Do you recall her raising concerns about

16   a lack of staff to handle an alcoholic patient?

17         A.   I don't recall.

18         Q.   Who at that time -- so approximately

19   2016, 2017 -- who had ultimate authority over

20   admissions at Oak Lawn East?

21         A.   Well, admissions are -- we have a

22   department for admissions that ultimately will do

23   majority of the processes without need for authority.

24   I mean, that's more of a procedural item.  You know,

1   administrators then would have ultimate responsibility.

2   And then myself or the marketing director ultimately

3   will get involved if, you know, we need to stop

4   admissions or things like that.  So depends upon the

5   nature of -- of what you're looking for.

6          Q.  Is it fair to say that you as the RDO had

7   the ultimate decision-making for patient admissions?

8          A.  No.

9          Q.  Okay.  Who had the ultimate

10  decision-making?

11         A.  I'm not -- I'm not sure that I understand

12  exactly what you're asking.  So if you could clarify.

13  So we don't -- I would never get involved in every

14  decision of a patient being admitted.

15         Q.  I guess what I'm getting at is if perhaps

16  if there's disagreements, you know, whether a

17  particular patient should be admitted or not amongst

18  the team, amongst the administrator, et cetera, who

19  ultimately resolves that dispute about whether a

20  patient should be admitted or not?

21         A.  It would depend upon the scenario.  I

22  mean, there's not a black and white -- I mean, again,

23  is that prior to admission?  Is that after admission?

24  Is that, you know, in a patient review?  I mean, it

1  would all completely depend upon a scenario.

2          Q.  As the RDO, what is your role in that

3  decision?

4          A.  If the administrator were to call me or

5  the, you know -- you know, maybe the liaison were to

6  call me to say I don't believe we could handle this

7  patient, you know, we would grant, you know, denial.

8          Q.  But what if an administrator called and

9  said I'm not sure if we could handle this patient?

10  Could you as the RDO say admit them anyways?

11          A.  I wouldn't.

12          Q.  That's never happened?

13          A.  No.  If an administrator says that they

14  cannot handle a patient, I would grant -- I would

15  absolutely support that administrative decision of the

16  building.

17          Q.  If you would always support it, why would

18  they even need to run it by you?

19          A.  So -- because it could be a variety of

20  different reasons of why you couldn't handle an

21  admission.  It could be a clinical reason.  It could be

22  a staffing reason.  It could be an equipment reason.

23  It could be an education reason.  So we like to know,

24  you know, what for future -- if that's a today

1    decision, is it a long-term decision?  Is that

2    something we need to fix?  Is that something we'll ever

3    be able to?  Is that something that the hospital is

4    going to be wanting us to do into the future?  You

5    know, we have partnerships with physicians, with

6    hospital programs, with all different folks for a

7    variety of different reasons.  You know, we need to

8    know our business, whether we're taking a patient or

9    not taking a patient.

10         Q.  Do you recall telling Ms. Gray that she

11   should not be involving herself in patient admissions?

12         A.  I don't recall.

13         Q.  Could have happened; could not have

14   happened?

15         A.  Correct.

16         Q.  Under what scenario would you have told

17   Ms. Gray not to review patient admissions?

18         A.  I think that I would be speculating if I

19   would be -- you know, we have a process in place for

20   our admissions departments, our directors of nursing,

21   our administrators.  So I mean, Liza would not need to

22   be involved in any admission process whatsoever.  That

23   would never have been her job.

24         Q.  Okay.  So I mean, basically, if I

1  understand, you're saying it's not her --

2          A.  I'm just turning off my ringer.  I

3  apologize.

4          Q.  No.  That's okay.  That's okay.

5          A.  Okay.  I apologize.

6          Q.  No problem.  If I understand, you're

7  saying it was not part of her job to look at the

8  admissions?

9          A.  It was not.

10          Q.  Are there times when regional nurses give

11  their opinions on particular admissions?

12          A.  We have -- we have a clinical services

13  department.  So we have a -- at the -- I don't recall

14  their -- today they're called quality assurance

15  consultants.  So we've always had nurse consultants in

16  the region.  So if we needed that, we would go through

17  our clinical service department nurses.

18          Q.  And I assume Ms. Gray was not one of

19  those clinical support nurses?

20          A.  She was not.

21          Q.  Was she at any time that you're aware of?

22          A.  Not to my knowledge.

23          Q.  All right.  Shifting gears a little bit.

24  So at some point in 2018, was there a decision made to

1    eliminate Ms. Gray's position?

2              A.  So backing up a second here.  So Liza's

3    position as a regional nurse was not paid on our

4    corporate payroll.  It was paid out of the region.  And

5    so when I took over our Oak Lawn East facility, at

6    some -- and again, time frames are a little fuzzy here.

7    At some point in time, I made the decision to help out

8    Oak Lawn East.  We were transitioning.  We had brought

9    in a new administrator, a new director of nursing and

10   had Liza there to support that facility.

11             And then at some point in time, we made the

12   decision for once Oak Lawn East was much more

13   successful and stable and independent to want to move

14   Liza out of Oak Lawn East.  It was never the intention

15   to permanently put Liza at Oak Lawn East.  Time frames

16   are a little fuzzy.

17             Q.  All right.  Well, let's talk about it.

18   You said you put in a new admin at Oak Lawn East.  Who

19   was that?

20             A.  Kelly Ciger.

21             Q.  All right.  And then I thought you said

22   somebody else new came.  Was that a senior

23   administrator?

24             A.  Director of nursing.

1          Q.   Director.   And who was that?

2          A.   That would have been Jackie -- and her

3    name -- her -- I know her well.  Her last name is

4    escaping me at the moment.

5          Q.   That's okay.  So first name is Jackie,

6    yes?

7          A.   Yes.  Sorry.

8          Q.   Okay.  No.  Not a problem.  Not a

9    problem.  All right.  So yeah.  I kind of want to see

10   how much we can flesh out this time line here.  So you

11   said you take over Oak Lawn East.  Was Ms. Ciger

12   already in place as the admin when you took over?

13         A.   No.  When I moved into the regional

14   director role, there was an open position and right

15   around shortly after I started into the regional

16   director role or transitioned into that market, Kelly

17   was -- we assigned Kelly to be the administrator over

18   Oak Lawn East.

19         Q.   Okay.  And when was that?  You thought

20   you started in, like, 2016?  Was that 2016?

21         A.   Yeah.  So it probably would have been the

22   end of 2016.  I -- I believe December of 2016.

23         Q.   And do you know what Ms. Gray was doing

24   at Oak Lawn East at that time?

 1            A.  I don't believe she was at Oak Lawn East
 2    at that time.
 3            Q.  Okay.  Was she at that time then brought
 4    over to Oak Lawn East to support the new admin, et
 5    cetera?
 6            A.  Not at the same time, no.  It would have
 7    been I think a little bit later than not.
 8            Q.  Okay.  Approximately when do you think
 9    Ms. Gray came over to Oak Lawn East?
10            A.  Roughly probably sometime in 2017, but
11    I -- I really don't remember the exact time frame.
12            Q.  Do you remember the season?  Spring,
13    fall, summer, winter?
14            A.  I -- I really do not.  I really do not
15    because she was still coming to regional meetings,
16    supporting the region, you know, during this time.  So
17    no.  I -- I do not.
18            Q.  And what was her -- I think you said she
19    was kind of brought over as support.  But what was kind
20    of her specific role in 2017 at Oak Lawn East?
21            A.  To assist with education, to assist with
22    training, to assist with monitoring of, you know,
23    staffing.  And not -- excuse me.  Monitoring of -- on
24    the floor activity, staffing, you know, things like

1    that that would be happening in the building.

2    Primarily, you know, education, training, not staffing

3    in terms of staffing of employees because Liza -- Liza

4    was never on call or Liza never, you know, hung her

5    nursing license or anything like that.

6              Q.  Was she doing anything for ManorCare

7    apart from what she was doing at Oak Lawn East at that

8    time, which is to say was she still going to other

9    buildings, any --

10              A.  I believe so.  Yes.  I believe so for

11   quite some time she was.  She would go to regional

12   meetings.  Yes.

13              Q.  Were regional meetings always held in one

14   place, or did they move around?

15              A.  No.  They would move around.

16              Q.  To different buildings?

17              A.  Uh-huh (affirmative).

18              Q.  That's a yes?

19              A.  Yes.  Sorry.

20              Q.  No problem.  It's awkward.  All right.

21   And then do you know what other buildings she was going

22   to?

23              A.  Oh, I do not.

24              Q.  You know she was doing work at Oak Lawn

1   East, but you don't know where else she was working?

2           A.   Right.  And again, you know, I do recall

3   that it -- Oak Lawn East at the time was a priority.  I

4   just don't recall at what point in time Liza went, you

5   know, more -- more time there than other places.  You

6   know, that -- that was not -- you know, many of the

7   other buildings didn't have the same transition that

8   Oak Lawn East had had or the -- when I took it over.

9           Q.   What do you mean, transition?  You mean

10  bringing in a new administrator, a new department --

11          A.   Yeah.  It had just had a struggle of some

12  administrative, you know, changes there.

13          Q.   Was kind of an administrative overhaul

14  when you took it over?

15          A.   It was empty when I was assigned it, so.

16  It -- it had to be filled and trained.

17          Q.   Kind of a mess left for you to clean up?

18  Something like that?

19          A.   It happens.

20          Q.   Okay.  So it sounds like sometime in

21  2017, Ms. Gray comes over to Oak Lawn East to kind of

22  assist with this whole transition.  At some point in

23  time, though, she was -- her position was no longer

24  needed at Oak Lawn East; is that correct?

1          A.  At some point in time, that is correct.

2          Q.  And when approximately was that?

3          A.  I -- I don't recall exact time.  I -- I

4   really -- the time frames I'm not going to be able to

5   recall exactly.

6          Q.  And I'm not asking for exact.  I guess I

7   am entitled to your best recollection, though.  So if

8   it's, you know, 2018, you know, that's it.

9          A.  I -- I really don't recall.  I -- I --

10         Q.  No idea?

11         A.  Yeah.

12         Q.  No idea when the decision was made that

13  she was no longer needed?

14         MR. TSCHANZ:  I'm just going to object.

15  Grounds of asked and answer.  You can say your answer

16  again.

17         THE WITNESS:  Yeah.  I -- I mean, these time

18  frames are -- this -- this was one small part of

19  responsibility of my job.  I'm not going to be -- time

20  frame wise, I -- I don't recall.

21         Q.  Is there anything out there that would

22  refresh your memory about when this occurred?

23         A.  I believe that at the time that we were

24  having -- because we had placed Liza on Oak Lawn East

1  payroll, which, again, was not uncommon because I think

2  during the tenure we had moved payrolls a couple of

3  times.  I -- I do believe we issued a letter

4  that -- that we were moving her.  So there probably is

5  a document.

6        Q.  I just want to make sure I understand.

7  So you think there's a letter that exists telling Liza,

8  what, her position's being eliminated and she's being

9  transferred --

10        A.  I --

11        Q.  -- or what?

12        A.  -- I don't exactly remember the contents

13  of the letter, but, yes, I do remember a letter.

14        Q.  Yeah.  You specifically remember a

15  letter?

16        A.  I do.

17        Q.  Do you know who wrote the letter?

18        A.  I don't recall.

19        Q.  Do you know if that letter was provided

20  to your lawyers in connection with this litigation?

21        A.  Oh, I don't know if it -- anything like

22  that would exist would be in -- in -- probably in an

23  employment file.  So I -- I don't know.

24        Q.  Do you know the last time you saw that

1  letter?

2          A.  Oh, probably at that time.

3          Q.  At the time it was provided to Liza?

4          A.  Yes.

5          Q.  Okay.  Okay.  Backing up a little bit, we

6  had talked about around that time frame, 2017, 2018, I

7  guess, Liza was working at Oak Lawn East, correct?

8          A.  Yes.

9          Q.  And she was also traveling to other

10 buildings, correct?

11         A.  Yes.  I mean, if we asked her to.

12         Q.  Do you know what type of stuff she was

13 then doing at those other buildings?

14         A.  Similar items in nature because, again,

15 her primary role was, you know, teaching, education, or

16 following through on special assignments.

17         Q.  Okay.  Who made the decision to eliminate

18 Ms. Gray's position?

19         A.  I -- I'm sure I was heavily involved in

20 the decision, but -- but again, I want to be clear that

21 it was about moving her need out of Oak Lawn East, not

22 because we wouldn't have needed support in the region.

23         Q.  Right.  So I guess if I'm understanding,

24 you're saying she was no longer needed to perform those

1  duties at Oak Lawn East, but she was needed in other

2  places in the region?

3            A.  Absolutely.

4            Q.  Okay.  I think you said you would have

5  been heavily involved.  Is there anyone else who would

6  have been involved?

7            A.  I would have consulted with human

8  resources.

9            Q.  What about --

10           A.  And then I would have consulted with the

11 facilities administrator, you know, in terms of the

12 need of the facility.  But I wouldn't -- to move her

13 and to offer a role inside the region, just like to

14 move her to Oak Lawn East, probably ultimately would

15 have fallen on me.  But I would have consulted with the

16 needs of buildings as well as our human resources.

17           Q.  So do you have a specific recollection as

18 you sit here today of having that conversation with Ms.

19 Ciger?

20           A.  I do recall talking with Kelly Ciger.

21 And I do recall talking with our regional human

22 resources director Deb Durham.

23           Q.  So when did you talk to Ms. Ciger about

24 this decision?

1          A.  Well, it would have been probably

2   multiple conversations on the needs of Oak Lawn East.

3          Q.  And I guess that's when I'm asking.  When

4   did those occur?

5          A.  Again, I don't know the specific time

6   frame prior to moving Liza or, you know, wanting to

7   move Liza out of Oak Lawn East.  I don't recall the

8   time frames that you're asking for dates.

9          Q.  I don't need dates.  How far in advance

10  of eliminating the position did you have the

11  conversations?

12         A.  Well, and again, I probably -- I don't

13  know.  Probably for, you know, some time in terms of

14  how were things going in the building.  So

15  whenever -- whenever we make the decision to move

16  support staff, it's -- it's probably an ongoing

17  conversation.  You know, how was this going or how was

18  that going or what is this going -- you know, what's

19  your time frame?  Are there vacations coming up?  I

20  mean, so, you know, I don't -- I don't know in this

21  scenario if it's days, weeks, or months.  I don't know.

22  But we would have probably had multiple conversations

23  making that decision.

24         Q.  And that's what I want to understand.

1  You're saying we would have probably.  I mean, did you?

2  Or you're just guessing that's what happened?

3              A.  I'm sure we had a couple of

4  conversations, but I don't know specifically if it was

5  two, three, four.  I'm sure it was more than one

6  because I recall more than one conversation that we

7  were talking about what the needs of Oak Lawn East were

8  as we transitioned.

9              This building went from a very challenging

10 building to a very successful building in, you know, a

11 year to a year and a half time.  I mean, and -- and

12 Liza was a part of that.  I mean, that building quickly

13 rebounded and it did very, very, very well.

14             Q.  How is it doing today?

15             A.  Very well.

16             Q.  Is Ms. Ciger still the administrator at

17 Oak Lawn East?

18             A.  She is not.  She is the administrator of

19 our Palos East facility.

20             Q.  So in these conversations you had with

21 Ms. Ciger about eliminating Ms. Gray's position, would

22 these have been telephone calls, in person,

23 remote -- sorry, email?  What was your practice?

24             A.  I -- I -- I don't know.  Probably

1  conversations, telephone or in person.

2         Q.  Do you remember what -- well, what was

3  Ms. Ciger's reaction to eliminating Ms. Gray's

4  position?  Did she agree with it?  Did she disagree

5  with it?

6         A.  Well, I'm sure she agreed with it because

7  it's not a position that exists in any building.  And

8  so when you're -- when it's on your payroll and it's

9  not part of your nursing department structure that's

10 normally there and your building has gotten to a point

11 where it doesn't need it anymore, I'm -- I'm sure Kelly

12 was very supportive of that decision to help another

13 building like she was helped, you know, at the time of

14 a building who might need help.

15        And also to, you know, move that payroll to

16 another building because we have business -- we have

17 business needs and decisions that have to be made.

18 Liza was not in a nursing department role that would be

19 something we could, you know, put that nurse on call

20 for or something that we would be taking credit for,

21 you know, in terms of our nursing hours.  So, you know,

22 I'm sure that it was a mutual decision where it was

23 time.

24        Q.  Do you have a specific memory of Ms.

1  Ciger agreeing with the decision?

2          A.  I do.

3          Q.  Okay.  What's your memory?

4          A.  Well, just that it was kind of

5  a -- we -- we agreed that it was the right time, that

6  Oak Lawn East didn't need that extra level of support

7  anymore.

8          Q.  Did that agreement -- your memory of that

9  agreement, was that an in person or a telephone

10 conversation?

11         A.  Oh, I -- I don't recall.

12         Q.  Okay.  When did it take place?

13         A.  I don't recall.  Again, prior to the

14 decision of talking to Liza.

15         Q.  Who was it on that call or in that

16 meeting?  Was it just you and her?  Were there other

17 people there?

18         A.  And again, I -- I do know Deb Durham was

19 involved in these conversations.  I don't recall if she

20 was with us together or they were separate

21 conversations.

22         Q.  And what did Ms. Ciger specifically say

23 about the decision to eliminate Ms. Gray's position?

24         A.  Again, I'm not -- I don't know what she

1 specifically said, but I know that we were in agreement

2 that it was time for her to go somewhere else because

3 Oak Lawn East had really developed and was doing quite

4 well.

5      Q.  And who was to deliver that message to

6 Ms. Gray?  Was it to you or Ms. Ciger?

7      A.  You know, I don't remember who initially

8 delivered the message.  I do remember sitting down and

9 one conversation with Liza.  But -- but I don't know if

10 that was the initial conversation or the second

11 conversation.  I -- I don't recall.

12      Q.  I mean, just normally in the way you do

13 business as an RDO, who would deliver that news?  Would

14 it be the person's direct supervisor or it would come

15 from you or HR or someone else?

16      A.  You know, oftentimes I would be involved

17 in those conversations, you know, depending upon, you

18 know, if there was something else going on in the

19 region.  You know, I trust my administrators implicitly

20 to help and support, you know, where need be.

21      So you know, I didn't anticipate this being

22 anything but a normal business conversation so

23 I -- I -- I don't -- I don't -- I don't recall if I

24 would have said I had to be there or I wouldn't have

1  had to be there.  You know, at some point in time I

2  know I was there for a meeting.

3           Q.  With Ms. Gray?

4           A.  Correct.

5           Q.  Okay.  I think you said you talked to HR

6  prior to eliminating the position, as well; is that

7  right?

8           A.  At some point in time we had a

9  conversation with Deb, yes.

10          Q.  Okay.  That's Deb Durham?

11          A.  Yes.

12          Q.  Okay.  Again, any idea of when that

13  conversation took place?

14          A.  I just don't recall.

15          Q.  Do you know how many conversations it

16  was?  Was it one or more than one?

17          A.  I don't recall.

18          Q.  Would those have been email, phone calls,

19  meetings?

20          A.  They probably would have been verbal

21  conversations.  I don't know if they would have been in

22  person or over the phone.

23          Q.  And when a decision is made, for example,

24  to eliminate a position like Ms. Gray, is that

1  documented anywhere?  Is there kind of like a memo or

2  anything like that created?

3            A.  Again, I recall a letter in this

4  scenario.  But this is a very unique scenario because

5  of the, you know, position where Ms. Gray was in as a

6  nurse -- a regional nurse for quite some time, I mean,

7  as long as I had known her.  So you know, there isn't

8  other -- a lot of other positions that exist like this.

9  In fact, it's the only one I believe I've had.

10            Q.  Just so I understand, though, so the

11  letter you said you think went to Ms. Gray was a letter

12  informing her of the decision?

13            A.  I don't remember if it was supplemental

14  support of -- you know, or primary.  I don't remember.

15  I remember a letter.

16            Q.  And I guess what I'm trying to understand

17  is that there's something before that, you know, and

18  you know, that's what I'm thinking about is there's

19  some sort of a justification memo or something making

20  the business case for why or why not her position

21  should be eliminated?

22            A.  I don't -- I don't believe there's a

23  document, no.

24            Q.  When you talked to HR -- so when you

1   talked to Ms. Durham, I understand you don't know when

2   that occurred but do you recall how far in advance of

3   Ms. Gray's position eliminated that occurred?  Was it a

4   week?  Was it a month?

5           A.  No.  I don't.  So again, when -- when

6   we're making decisions of what buildings need, you

7   know, it could be a day's notice.  It could be a month.

8   It could be, you know -- you know, today I could be

9   going to Oak Lawn and tomorrow I could say oh, shoot, I

10  need to, you know, completely change that.  So you

11  know, I'd be speculating on what was happening in the

12  region at the time for business needs.

13          Q.  And there's no documentary record by

14  which we could figure that out?

15          A.  No.

16          Q.  All right.  Are you aware of any

17  documents in the world that could help us show when

18  this conversation with HR occurred?

19          A.  No.

20          Q.  And same question -- any document in the

21  world that would show us when you talked to Ms. Ciger

22  about eliminating Ms. Gray's position?

23          A.  No.

24          Q.  When you talked to HR prior to Ms. Gray's

1  position being eliminated, did Ms. Durham say anything

2  about Ms. Gray having a disability?

3           A.  No.

4           Q.  Did she say anything about Ms. Gray

5  needing an accommodation?

6           A.  No.

7           Q.  At what point in time did you become

8  aware that Ms. Gray had a disability?

9           MR. TSCHANZ:  I'm going to object.  Assumes

10  facts not in evidence.

11           Go ahead and answer.

12           THE WITNESS:  I became aware after the

13  conversation that we were going to be moving Ms. Gray

14  from Oak Lawn East and offering her to please go to Elk

15  Grove because that's where we needed assistance at.

16  BY MR. WHITE:

17           Q.  You said a conversation.  Was this just a

18  conversation with you and Ms. Gray?

19           A.  I don't recall.  I think Kelly was there,

20  but I'm not certain.

21           Q.  And apart from you, Ms. Gray, and maybe

22  Ms. Ciger, was anyone else there?

23           A.  I don't recall.

24           Q.  Do you remember it being an in-person

1  conversation or a phone call?

2          A.  I remember one in-person conversation.

3          Q.  Okay.  So we kind of already covered

4  this, but at some point in time you had a conversation

5  with Ms. Gray about eliminating her position, correct?

6          A.  Well, at Oak Lawn East and not having a

7  need for it at that time and, you know, needing her at

8  Elk Grove.  I mean, I actually even specifically recall

9  saying something like, you know, this went very well at

10 Oak Lawn East.  Now we need to go do this at another

11 facility.

12         Q.  When did that conversation occur?

13         A.  Again, I don't know.

14         Q.  2017?  2018?  Any idea?

15         A.  I -- I don't know.  At the time

16 between -- and again, I don't remember the exact time

17 frame, but sometime during this time, again, I

18 mentioned that I had South Chicago.  So at that time,

19 when I originally took it, I had multiple facilities in

20 South Chicago and then we were divesting several

21 facilities after that -- excuse me.

22         And so once we started divesting

23 facilities -- and again, that would have been somewhere

24 2017 to 2018, then -- I apologize.

1            Q.  No problem.

2            A.  Two phones, so I'm turning my second

3    ringer off.

4            Q.  Peter's texting you on both with all the

5    secrets.

6            A.  All right.  I --

7            MR. TSCHANZ:  We already agreed not to do

8    that, Ethan.

9            THE WITNESS:  I did.

10                    (Simultaneous speech.)

11            THE WITNESS:  I apologize.  It's interesting

12    though.  It says spam likely, which is very cool.

13            So sometime between 2017 to '18, the region

14    changed where we were going from two regions to one

15    region.  So Elk Grove was not -- was probably newer at

16    the time, you know, because it's not something I

17    managed initially.

18            So again, sometime between 2017 -- near the

19    end of 2017, beginning of 2018, you know, the regions

20    were changing and we were divesting, and so there was a

21    lot going on in terms of changes of assignments and

22    buildings for me.

23    BY MR. WHITE:

24            Q.  But we don't know -- as you sit here

1  today, we don't know how far after that time frame the

2  decision was made to eliminate Liza?

3         A.  I don't.  But I know that that is heavily

4  integrated into part of this because, again, the region

5  changed.  I didn't have the assignments of anything

6  north of Hinsdale, and then I received those

7  assignments.

8         So again, you know, this is all an evolving

9  process in the region.

10         Q.  So we don't know -- so you don't know, I

11  guess I should say, as we sit here today, how far after

12  this process you had a conversation with Liza, actually

13  eliminating the position?

14         A.  I don't know.

15         Q.  Okay.

16         A.  But I can tell you that it was associated

17  with this new part of the assignments that had

18  happened.  But again, I don't know if that was one

19  month or six months.  I -- I don't know.  It was a

20  fairly new time frame in my tenure of running, you

21  know, a different number of buildings.

22         Q.  And so I make -- I want to make sure I

23  understand, so you recall -- and tell me if I've got it

24  wrong.  You recall a phone conversation with Ms. Gray

1  and then an in-person meeting or not?

2          A.  No.  I do not.  I recall an in-person

3  meeting, but I would have had multiple -- well, let me

4  back up.

5          Specific to Liza, I do not recall a -- a

6  phone conversation.  But I would have had, you know,

7  maybe regional calls with all of our regional team

8  members, as well, and/or meetings, you know, with the

9  changes in the region, what's going to be happening,

10  what the region's going to look like.  I mean, we would

11  have communicated that all over the region to support

12  staff -- regional staff, administrative staff.

13          Q.  And would those communications have said,

14  you know, specifically, Liza Gray's position is being

15  eliminated and she's being transferred?

16          A.  No.  But we would have been telling

17  different people at different times, like, you know

18  our -- our geography's going to change.  Our support's

19  going to change.  Our needs are going to change in the

20  region.

21          Q.  And if I understand you, those are more

22  being communicated at a high level in terms of not

23  specific names or positions or anything like that?

24          A.  Right.  Correct.

1          Q.  Okay.  Do you recall any communications

2    specifically about Ms. Gray's position being

3    eliminated?

4          A.  No.

5          Q.  Okay.  All right.  So you don't recall a

6    phone call.  You do recall an in-person meeting with

7    Ms. Gray --

8          A.  Yes.

9          Q.  -- and maybe Ms. Ciger; is that right?

10         A.  Yes.

11         Q.  Do you remember where that meeting took

12   place?

13         A.  At Oak Lawn East.

14         Q.  Okay.  Well, let me just ask, what did

15   you say to Ms. Gray and what did she say to you in that

16   meeting?

17         A.  We -- I -- I remember that we talked

18   about the decision and what we needed from her.  Again,

19   I specifically remember the -- me saying something of,

20   you know, this went very well.  We don't have a need

21   here.  We have needs in other buildings that aren't

22   doing quite as well.

23              I specifically remember, you know, at that

24   time -- at that conversation that Ms. Gray then said I

1 don't know if I can drive that far.  I'm going to have
2 to take an FMLA.  And that's when I was informed that
3 she wasn't sure she could drive that far and that she
4 would have to take an FMLA.
5          Q.  When you told her, you know, that we no
6 longer need you in this building, we need you somewhere
7 else, did she seem surprised?
8          A.  Yes.  Because I think she was attached to
9 Oak Lawn East, which is not uncommon in our industry.
10 Sometimes you become attached or not attached to
11 certain buildings or certain people that you want to
12 work with.
13          Q.  Did she express her, I guess,
14 disagreement with the decision to eliminate her
15 position?
16          A.  I -- I remember her being attached and
17 wanting to stay at Oak Lawn East, and we said well, we
18 don't -- we -- again, I'm not saying there's not work
19 to do, that there's always plenty of work to be done,
20 but it does not -- there's not a needed job for you to
21 do here compared to where that -- the job would be
22 needed elsewhere as a business decision.
23          Q.  So she was no longer needed at Oak Lawn
24 East.  She was needed in Elk Grove Village; is that

1  right?

2          A.   At that time that was probably the

3  priority, and I remember specifically it being Elk

4  Grove.

5          Q.   Would you agree that for Ms. Gray that

6  would have been a longer commute?

7          A.   I remember her telling me it would be a

8  longer commute, and that wouldn't surprise me, correct.

9          Q.   Why would it not surprise you?

10          A.   Because she had -- like a lot of us when

11  the regions were two regions, she came out of the south

12  region initially.

13          Q.   What do you mean by that?

14          A.   Meaning, you know, most of her tenure

15  with the company she had -- again, that wasn't anywhere

16  we had ever gone to before because Elk Grove had not

17  been part of that region before.

18          Q.   Okay.  Do you know where Ms. Gray was

19  living in 2018?

20          A.   I don't specifically know the town, no.

21          Q.   Okay.  Do you know how long her commute

22  was to Elk Grove Village in 2018?

23          A.   I don't.

24          Q.   Do you know how long her commute would

1  have been to -- sorry.  I already asked you that.  But

2  do you know how long her commute was to Oak Lawn East

3  in 2018?

4          A.  I -- I don't.

5          Q.  Okay.  I mean, is it safe to say you

6  don't really know where she lives so you don't know how

7  long any of her commutes would be?

8          A.  Yeah.  I mean, I -- I don't -- again, no.

9  I -- I don't.  Elk Grove isn't -- isn't terrible for

10  any of us usually.  So usually the only buildings I get

11  complaints about are, like, our north north, like

12  Libertyville Building.  So you know, no.  I don't.

13          Q.  Do you commute to the same place every

14  morning --

15          A.  I don't.

16          Q.  -- to one place, I guess I should say

17  pre-pandemic?  Okay.  Do you ever go to Elk Grove

18  Village?

19          A.  Yes.

20          Q.  How often do you go to Elk Grove Village?

21          A.  As needed, but I mean, I go to -- I try

22  to at least monthly go to all of our facilities.

23          Q.  Okay.  Where do you live?  I don't need

24  the address.  I just need the town.

1           A.   Sure.   I live in Downers Grove.

2           Q.   Okay.  And how long does it take you to

3    get from Downers Grove to Elk Grove Village in the

4    morning -- on an average morning?

5           A.   That could be 30, 40 minutes.

6           Q.   Okay.  And there's -- presumably, it's

7    Chicagoland so there's times when it's a lot worse than

8    that?

9           A.   Depends.  We're -- we can be flexible,

10   you know, depending upon time.  And I'm sure that we've

11   been flexible with Liza's time numerous times.  So

12   anybody in a regional role, you know, that's not

13   assigned to a start or an end time at a building, we

14   would be flexible on time to support Chicago traffic.

15   That's -- that's kind of common knowledge.

16          Q.   Prior to Ms. Gray's position being

17   eliminated, was she regularly going to Elk Grove

18   Village?

19          A.   No.

20          Q.   Do you know if she ever went to Elk Grove

21   Village?

22          A.   Oh, I don't know.

23          Q.   So at the time you're telling Ms. Gray we

24   no longer need you in Oak Lawn -- getting confused with

1 all the suburbs here -- with Oak Lawn, was she needed

2 at any other building besides Elk Grove Village?

3          A.   Potentially.  I mean, absolutely it could

4 have been potentially.  I just remember at the time the

5 next assignment would have been Elk Grove based on

6 needs going on and how well it went at Oak Lawn East,

7 but potentially.

8          Q.   I mean, potentially, had you talked

9 to -- bless you -- had you talked to other buildings in

10 the region about using Ms. Gray?

11          A.   Oh, I don't know.  I mean, you know,

12 again, I talk to buildings about needs all the time in

13 terms of their needs, you know, how many open positions

14 they have.  You know, at the time that -- that Liza

15 went to Oak Lawn East, we didn't have a full complement

16 of nursing positions.  So I had a budgetary ability to

17 put Liza there to help support the building from a

18 business need.

19          At the time that we were asking Liza and we

20 didn't need her at Oak Lawn East anymore, I had a full

21 complement of nursing leadership and I didn't have a

22 budgetary ability to support that.  So I'm sure the

23 decision would have also been made by, you know, who

24 has a budgetary ability to support, you know, another

1  nursing manager with a higher salary.

2          Q.  It sounds like you're kind of speculating

3  on that though, I mean.  Do you have a specific memory

4  of talking to --

5          A.  Oh, no.  I'm not speculating on that

6  because that's how we make decisions.  That's how I

7  make decisions all the time.

8          Q.  So at the time Ms. Gray's position was

9  eliminated, what other open positions were available in

10  the region?

11          A.  Oh, I can't -- I cannot specifically tell

12  you what was open or not open at that time.  But I'm

13  sure -- I'm -- I'm confident that I would have picked a

14  building that we had an open need to help support that.

15  That is how I make those decisions.

16          Q.  Would there have been -- was there an

17  open need at any building closer to Oak Lawn East at

18  that time?

19          A.  I'm sure I made the decision based on the

20  need and the opening that needed it the most.  I don't

21  know.  I don't know.

22          Q.  And I guess that's what I'm trying to

23  figure out.  Do you know if there was an open position

24  at any building closer to Oak Lawn East?

1          A.  I don't know.  I mean, if I made the

2    decision to go to Elk Grove, that's where the budgetary

3    need and opening was.

4          Q.  As you sit here today, do you recall

5    talking to other buildings closer to Oak Lawn East

6    about using Ms. Gray?

7          A.  Oh, I don't recall.  No.

8          Q.  Okay.

9          A.  I don't recall.  I -- I know where all of

10   the openings are and -- and what our building's needs

11   are.

12         Q.  And that's what I'm asking.  If you know,

13   then what were they?  What were the open positions?

14         A.  Meaning at the time.  Like today, I could

15   sit here and give you today's needs.  At that time, I

16   would have been able to do the same.

17         Q.  Okay.  But as you sit here, you don't

18   even know what time frame that was, correct?

19         A.  No.  I don't.

20         Q.  Okay.

21         MR. WHITE:  Everybody okay?  Do you need a

22   break?  We've been going about an hour.

23         THE REPORTER:  I'm okay.

24         MR. TSCHANZ:  Can we take like maybe a

1    five-minute break?

2              MR. WHITE:  That's fine.  Yeah.

3              Let's go off the record for five minutes.

4              (Off the record.)

5              MR. TSCHANZ:  Ready if you guys are.

6              MR. WHITE:  Yep.

7              Ms. Lube, are you ready?

8              THE WITNESS:  Uh-huh (affirmative).

9              MR. WHITE:  Okay.  Back on the record.

10   BY MR. WHITE:

11             Q.  Ma'am, we took a short break there.  You

12   understand you're still under oath?

13             A.  Yes.

14             Q.  And did you talk to anybody about your

15   testimony while we were on a break?

16             A.  I did not.

17             Q.  Okay.  Great.  All right, Ms. Lube, we

18   were talking about Ms. Gray's position being eliminated

19   and her being, I guess, transferred to Elk Grove

20   Village; do you remember that?

21             A.  Yes.

22             Q.  At that time, I think you said you would

23   have known, you know, what other positions were open at

24   that time, but apart from your knowledge, was it

1  documented anywhere?  I mean, was there, like, an open

2  positions report or anything like that?

3          A.  I mean, we keep open positions reports,

4  certainly, but most of our open position reports are

5  direct line staff.  I don't know if at the time we kept

6  reports for managerial open positions.

7          Q.  You could have or could not have; you

8  just don't know?

9          A.  Correct.

10          Q.  And that's the kind of position that

11  would have been available for Ms. Gray as a managerial

12  position?

13          A.  Correct.

14          Q.  Okay.  So getting back to this, I guess,

15  in-person meeting with you and Ms. Gray, you tell her

16  there's no longer a need for her at Oak Lawn East, and

17  I think you said she told you she couldn't drive all

18  the way to Elk Grove Village; is that correct?

19          A.  Correct.  And then she also said she

20  would be taking an FMLA.

21          Q.  All right.  Did she tell you in that

22  conversation that the doctors had recently discovered a

23  tumor in her spine?

24          A.  I don't recall the nature of what

1  specifically she had said, but she said that she had

2  had some new medical information that was -- she was

3  looking into.  And so I remember we specifically said

4  then we need to have you get this taken care of

5  and -- and let us know what's going on, so.

6           But I -- I don't specifically remember that

7  she had anything.  I remember she said she had been

8  undergoing some new doctor's appointments and needed to

9  get this looked into, but I don't specifically remember

10  what.

11          Q.  So you don't remember if she said she had

12  a tumor in her spine?

13          A.  I -- I don't specifically remember the

14  nature of what she needed to go on FMLA for.  I

15  remember she said she needed to look into some items

16  going on with her.

17          Q.  Did she tell you that she had recently

18  submitted a doctor's note regarding her need to sit and

19  stand frequently?

20          A.  No.  Unh-unh (negative).

21          Q.  Did she give you any details about how

22  much time she could sit or stand?

23          A.  No.

24          Q.  Did you understand in that conversation

1  that she was asking you for an accommodation?

2             A.  No.

3             Q.  She told you that she could only sit or

4  stand for 15 minutes at a time, correct?

5             A.  No.  I don't --

6             Q.  You --

7             A.  -- recall any -- any of that.  I remember

8  recalling that she had to go out on an FMLA because she

9  had some new stuff that she had to get looked into.

10            Q.  You don't recall her saying she could sit

11 or stand for 15 minutes or it did not happen?

12            A.  I -- I -- I don't -- I don't believe that

13 happened, no.  There was no restrictions given

14 into -- at any time in our conversations.

15            Q.  Your testimony is she never said she

16 couldn't sit or stand for more than 15 minutes?

17            MR. TSCHANZ:  I'm going to object.  Asked and

18 answered.

19            Go ahead and answer again.

20            THE WITNESS:  No.

21 BY MR. WHITE:

22            Q.  But you don't know when this conversation

23 occurred, correct?

24            A.  I -- I don't remember the specifics of

1    it, but no.  I -- I -- I -- there was no restrictions

2    given of any kind.

3            Q.  And you don't recall even who was

4    attending this meeting, right?

5            A.  I remember that it was with Kelly, and I

6    don't remember if it was with Deb is what I said.

7            Q.  And so you're saying now you have a

8    specific recollection of Kelly Ciger being at the

9    meeting?

10           A.  Yes.  I said I believe Kelly was there.

11           Q.  Well, that's what I'm trying to figure

12   out.  There's a difference between believing she was

13   there and testifying she was there.  Was she there or

14   not?

15           A.  Yes.  I believe so.

16           Q.  Okay.  What time of year was this?

17           A.  Gosh, I don't recall.

18           Q.  Okay.  And where -- did the meeting take

19   place at Oak Lawn East?

20           A.  At Oak Lawn East.

21           Q.  Yeah.  In what room?

22           A.  Oh, the administrator's office.

23           Q.  Is there any document in the world that

24   reflects this meeting?

1          A.  I -- I believe the only document that I
2    know of is the one I referenced earlier.
3          Q.  Okay.  What was your response to finding
4    out -- or Ms. Gray telling you she couldn't drive all
5    the way to Elk Grove Village?
6          A.  Well, so again, in the conversation when
7    she said that she also said that she had this other
8    medical stuff going on.  So my response was, well, if
9    you're going to need to go on an FMLA, we'll support
10   you during your FMLA and let us know, you know, what
11   your needs are.  And that was kind of the end of it
12   because she immediately needed to go take a leave of
13   absence related to these other medicals.
14         Q.  Did you follow up with HR after this
15   conversation with Ms. Gray?
16         A.  In terms of?
17         Q.  Anything?
18         A.  Well, when somebody goes out on an FMLA,
19   I would expect HR to follow up on our standard
20   procedures of follow-up.
21         Q.  When did Ms. Gray apply for FMLA leave?
22         A.  I -- whenever that conversation happened.
23   I assumed at the same time.
24         Q.  No.  But I'm asking when did she actually

1  apply for an FMLA?

2          A.  Oh, I -- I mean, I don't know the date.

3          Q.  Okay.  Do you know when she

4  started -- went out on FMLA leave?

5          A.  I don't know the date.

6          Q.  Do you know who was involved in the

7  decision to grant or deny FMLA leave?

8          A.  I mean, we would always send -- you know,

9  granting of FMLA through HR.

10         Q.  Okay.  Did you have anything to do with

11  the FMLA process?

12         A.  I don't, no.

13         Q.  Did you direct Ms. Gray to the forms to

14  complete for FMLA leave?

15         A.  I would have directed her to HR --

16         Q.  And did you direct her in that meeting to

17  talk to HR?

18         A.  I don't recall specifically, but I

19  probably did.

20         Q.  When Ms. Gray said she couldn't drive to

21  Elk Grove Village, you did not take that as a request

22  for an accommodation?

23         A.  No.

24         Q.  Do you know what a request for

1   accommodation is?

2           A.  I'm sorry?

3           Q.  Do you know what a request for

4   accommodation is?

5           A.  I do.

6           Q.  Okay.  What does it mean to you?

7           A.  Well, typically a request for an

8   accommodation comes from a formal note with specific

9   requirements outlined.

10          Q.  Did you ask Ms. Gray if she had such a

11  formal note?

12          A.  No.  Because at the time she said she was

13  working through a medical process.  That was the first

14  that we had discussed it.

15          Q.  What did she tell you about the medical

16  process?

17          A.  I don't recall the specifics.  I remember

18  her saying she had some more follow-up to do and that's

19  why she needed time off.

20          Q.  Did she tell you what part of her body

21  was affected?

22          A.  No.  I mean -- I mean, possibly.  I mean,

23  I remember her telling me she couldn't sit for that

24  long due to her back, so I guess yes, the back.

1          Q.  Okay.  Did she tell you what was wrong

2   with her back?

3          A.  Not specifically.  I don't recall, no.

4          Q.  Did you ask any questions about her back?

5          A.  I mean, I -- when people need to go out

6   on an FMLA, I -- I really try to make sure that I

7   always -- I'm very respectful of somebody's privacy.

8   So I would have said I hope things are okay.  I hope

9   things are -- I mean, that's my standard nature.  So I

10  probably didn't pry too much because I wouldn't have

11  wanted to invade anybody's privacy.

12         Q.  Did you ask her how her back problem

13  affected her ability to get to Elk Grove Village?

14         A.  I -- if -- again, I recall that our

15  conversation ended because she needed to go out on an

16  FMLA.  So we stopped the conversation.

17         Q.  So the conversation, you tell her her

18  position's being eliminated, you need her in Elk Grove

19  Village, and you're saying she said I'm taking FMLA,

20  and that was the end of the conversation?

21         A.  That was kind of how that went, yes.

22         Q.  Okay.  Did Ms. Ciger say anything in this

23  meeting?

24         A.  I don't recall her saying a lot.  I -- so

1    I don't -- I don't recall.

2              Q.  Do you remember when Ms. Ciger was out in

3    any of her vacation for 2018?

4              A.  I don't recall.

5              Q.  Do you -- I apologize if I asked this.

6              Did you talk to HR about Ms. Gray's FMLA

7    leave after that meeting?

8              A.  In terms of?

9              Q.  That it was going to be coming, that she

10   needs FMLA leave, anything like that?

11             A.  Oh, I remember telling Deb that she

12   needs -- it's -- to support an FMLA, yes.

13             Q.  And when did that conversation occur?

14             A.  After the conversation with Ms. Gray.

15             Q.  How long after?

16             A.  Oh, probably shortly after.

17             Q.  Like a couple weeks?

18             A.  Oh gosh, no.  No.

19             Q.  All right.  At the end of your meeting,

20   did you tell Ms. Gray she needed to make a decision

21   about the Elk Grove Village position?

22             A.  No.  Because we discussed and we left it

23   open-ended with FMLA and to let us know when she would

24   be returning.

 1              Q.  Well, did she tell you she was going out
 2     for any particular period of time?
 3              A.  No.  She did not know because she said
 4     she had to further work a process.
 5              Q.  But she hadn't even applied for FMLA yet,
 6     right?
 7              A.  Again, it was the first conversation that
 8     we -- I had heard about it.
 9              Q.  Have you ever seen a doctor's note from
10     Ms. Gray's treaters regarding her back condition?
11              A.  I have not.
12              Q.  Okay.  Even through today, you have not
13     seen that?
14              A.  I have not.
15              Q.  Okay.  Okay.  So Ms. Gray did not take
16     the Elk Grove Village position, correct?
17              A.  Again, it was left open-ended because she
18     went on FMLA.
19              Q.  Well, she was eventually terminated
20     though, correct?
21              A.  I believe she was eventually terminated
22     for not returning from her FMLA.
23              Q.  Okay.  And when did that occur?
24              A.  Again, I don't know --

1          Q.  Were you involved --

2          A.  -- the time frame.

3          Q.  Were you involved in that decision?

4          A.  I -- I may have been consulted on it, but

5    I mean, it's -- it's pretty black and white policy when

6    somebody -- you know, we have a standard of how many

7    times we should be reaching out, lack of response, how

8    long somebody's been out for, so that's not something

9    that is -- you know.  I know she was left on employment

10   for a substantial amount of time.

11         Q.  How long?

12         A.  I don't know.

13         Q.  Six months?  A year?  No idea?

14         A.  Probably at least 6 months -- somewhere

15   between 6 and 12 months.  A substantial amount of time.

16         Q.  Do you know when she was actually, I

17   guess, quote/unquote, taken off the books?

18         A.  I don't.

19         Q.  Okay.

20         A.  I do not.

21         Q.  And you're, I think, kind of describing

22   your role generally in the termination, but do you

23   recall any specifics about the decision to end Ms.

24   Gray's employment?

1           A.  Again, I remember this being a very

2    policy-driven -- you know, we have not heard back from

3    her, you know, in terms of returning from FMLA.

4           Q.  Who said that?  We have not heard back

5    from her?

6           A.  I believe Deb, but I'm not certain.

7           Q.  But you recall somebody specifically

8    saying we have not heard back from her?

9           A.  I believe that that -- yeah.  I mean,

10   we -- she wasn't coming back from FMLA.

11          Q.  Sorry.  But to me those are two very

12   different things.  Saying she's not -- we have not

13   heard back is very different than saying she's not

14   coming back from FMLA, so --

15          A.  Oh.  You know, I apologize.  I'm -- I'm

16   not certain which one.

17          Q.  Okay.  Ultimately, who would have made

18   the decision to end Ms. Gray's employment?  Would that

19   have been, as you said, just policy driven through HR

20   or would you have had to have final sign-off on that?

21          A.  I mean, again, I think because it's

22   policy driven, I'm not sure if I would have approved it

23   or not.  But it's pretty -- I mean, this is a pretty

24   standard policy.  You know, we would want to support

1  any -- any employee who was out on an FMLA, so I -- I
2  don't know.
3          Q.  Do you know if any other options were
4  discussed with Ms. Gray in terms of continuing to work
5  rather than going on FMLA?
6          A.  No.  There wasn't because Liza made it
7  very clear that she had taken FMLA.
8          Q.  When did she make this very clear?
9          A.  In that conversation.
10          Q.  The in-person meeting?
11          A.  Yes.
12          Q.  Okay.  Is that the first time you had
13  talked to Ms. Gray about FMLA?
14          A.  Yes.
15          Q.  Do you know who ended up filling that
16  role, if anybody, at Elk Grove Village?
17          A.  No.  So again, Liza's role was a
18  nurse -- you know, she was like a nurse educator, so
19  we -- we didn't specifically necessarily -- it wasn't
20  kind of a one for one.
21          Q.  What do you mean by that?
22          A.  Meaning that if -- if
23  we -- her -- if -- we just probably continued to
24  support with anybody else that we had in the region.

1 Or if we hired somebody permanently to the position of,

2 you know, nursing management.

3          Q.  So if I understand you, maybe nobody

4 filled that position at Elk Grove Village?

5          A.  I don't know.

6          Q.  Okay.  Did you propose any alternatives

7 to Liza other than going out on FMLA?

8          A.  Well, I didn't propose FMLA.  She

9 informed us she was going on FMLA, so I wouldn't

10 propose -- I would never propose an alternative if

11 somebody needs to have their medical situation looked

12 into.

13          Q.  What exactly did she say about needing

14 FMLA?

15          A.  She said that she had some new items

16 going on and that she needed to go out on medical leave

17 to get them taken care of.

18          Q.  And is that a direct quote?

19          A.  No.

20          Q.  Okay.  Did she tell you what the new

21 items were?

22          A.  Again, specifically, she may have.

23 I -- I don't -- I don't know the specifics.

24          Q.  Did she tell you that she could travel to

1    any other building in the region apart from Elk Grove

2    East [sic] to continue working?

3              A.  No.  Because again, it was -- she told me

4    she needed to go out on FMLA, so the conversation kind

5    of ended because she needed to take an FMLA.

6              Q.  Okay.  She didn't ask you about other

7    positions at other buildings?

8              A.  No.

9              Q.  And she didn't tell you that she could

10   commute less than a half an hour?

11             A.  Again, I -- I mean, I remember part of

12   the conversation, saying, you know, is -- is this the

13   only position I have available and I said -- I remember

14   saying that this is the position we have available

15   today.  But I don't remember if it was specific to Liza

16   or in general.

17             Q.  What do you mean this is the position we

18   have today?  It wasn't available after today?

19             A.  No.  No.  Meaning our needs shift and

20   that's where we had a need at the time.

21             Q.  Got it.  So the day after there could

22   have been a different position that there was a need

23   for?

24             A.  I mean, probably not the day after, but I

1  mean, someone could resign, absolutely.

2         Q.  Okay.  But you guys didn't talk about any

3  other potential positions, just the Elk Grove Village?

4         A.  We talked about the Elk Grove position

5  and then Liza needed to take an FMLA.  And that's my

6  recollection of the conversation.

7         Q.  Okay.  Is it possible she said she could

8  have commuted to other locations?

9         A.  I -- maybe.  I just know that it wouldn't

10 have mattered because she needed to take an FMLA.  She

11 made that very clear in the conversation.  So the focus

12 was Liza going out on leave at that point in time.

13        Q.  Are you aware of any documents that came

14 out of that meeting?  You know, meeting minutes,

15 summary notes, anything like that?

16        A.  No.

17        Q.  I mean, you didn't send an email to HR

18 saying Liza's going to need FMLA, correct?

19        A.  I don't recall if I did or did not.  I

20 remember telling HR that she would need it.  I don't

21 know how I communicated it.

22        Q.  Okay.  Do you know if Ms. Gray applied

23 for unemployment insurance after her employment ended?

24        A.  I'm not -- I don't believe that I would

1   be made aware of that so possibly.  I'm not sure.

2        Q.  Okay.  You don't know one way or another?

3        A.  No.

4        Q.  Do you know if she even did apply for

5   unemployment?

6        A.  I think HR might have told me she did.

7        Q.  Okay.  And that was --

8        A.  But that would go through HR.

9        Q.  And when did you find out she got

10  unemployment?

11       A.  I don't know.

12       Q.  Do you remember the year?

13       A.  No.

14       Q.  Do you remember who from HR told you?

15       A.  Deb would have probably communicated.

16       Q.  Why would you be told that a former

17  employee's getting unemployment?

18       A.  I don't know.

19       Q.  You have no idea why Deb would tell you

20  that?

21            MR. TSCHANZ:  Objection.  Asked and answered.

22            You can go ahead and answer.

23            THE WITNESS:  No.  I mean, the scenario,

24  again, was unique where she didn't return from FMLA, so

1  you know, probably had something to do with that.

2  BY MR. WHITE:

3        Q.  As you sit here today, though, do you

4  actually know or you're just kind of speculating?

5        A.  I'm not -- I'm not confident.

6        Q.  Okay.  What was your reaction to finding

7  out Ms. Gray got unemployment?

8        A.  I don't know.  I don't know.  I don't

9  know what my reaction was.  Maybe -- I mean I --

10        Q.  Positive?  Negative?

11        A.  I remember being surprised that she

12  never -- you know, that we never got further

13  communication of her return from FMLA, at least I did

14  not, so you know.

15        Q.  Would it be typical that an employee

16  would communicate with the RDO regarding their return

17  from FMLA?

18        A.  Depending upon the scenario, you know,

19  potentially.  You know, that -- either myself or Deb

20  would have been communicated with.  And again,

21  she -- you know, Liza worked for us for a long time.

22        Q.  How do you know that Ms. Gray did not

23  communicate with Ms. Durham during that time period?

24        A.  Oh, I don't.

1          Q.  Okay.

2          A.  I mean --

3          Q.  Because we don't even -- we don't even

4   know what period of time she was on FMLA, right?

5          A.  Yeah.

6          Q.  Okay.

7          A.  Quite some time, but no.  I don't know

8   the specific time frame.

9          Q.  We don't even know the year, right?

10          A.  I apologize.  I don't -- I'm -- I -- I

11   really don't know all the specific dates.

12          Q.  Okay.  Do you know if ManorCare opposed

13   Ms. Gray's unemployment -- her application for

14   unemployment benefits?

15          A.  I do not know.

16          Q.  Were you involved in any -- in Ms. Gray's

17   application for unemployment benefits at all?

18          A.  No.

19          Q.  Do you know, ultimately, if Ms. Gray even

20   received unemployment?

21          A.  I -- I don't.

22          MR. WHITE:  Okay.  I apologize.  I want to

23   try and quickly find a document just to kind of

24   short-circuit something.  So can we go off for five

1  minutes?

2            MR. TSCHANZ:  Yeah.  Absolutely.

3            MR. WHITE:  Okay.

4            THE WITNESS:  Sure.

5            MR. WHITE:  All right.

6            (Off the record.)

7            MR. WHITE:  Okay.  Back on the record.

8  BY MR. WHITE:

9            Q.  All right.  Ms. Lube, you understand

10 you're still under oath?

11           A.  I do.

12           Q.  And you didn't talk to anybody about your

13 testimony while we were on that break, correct?

14           A.  No.

15           Q.  Okay.  I'm going to drop an exhibit into

16 the chat.

17           A.  Okay.

18           Q.  I didn't have this one prepared before,

19 and I'm so sorry, but this should be fine.  And we

20 should be able to -- it's just a PDF.  Everybody should

21 be able to click on it and then access it.

22           Did that show up for you, Ms. Lube?

23           A.  I can see the PDF.  I'm just trying to

24 open it.

1          Q.  Yeah.  No.  Take your time.  It may take

2    a second.

3          A.  It keeps trying to say "save as."

4          Q.  Sometimes it goes to, like, your

5    downloads folder or something like that.

6          A.  Well, it -- so it goes to my save as

7    folder.  And I can't save it, and it won't let me open

8    it.

9          Q.  All right.  I can probably just share my

10   screen.  It might be easier.

11         A.  It just says I don't have permission to

12   save it, and it's not giving me an "open" option.

13         Q.  Okay.  Let me share my screen here.  Let

14   me know if you can --

15         A.  I think I just -- yeah.  Oh, maybe that's

16   your document.

17         Q.  Do you see --

18         A.  Like maybe it opened at the same time.

19   Yep.  I can see it.

20         Q.  Okay.  Let me see if I can do this.

21   Okay.

22              So do you see an email, looks like it's from

23   Oak Lawn East, 458, Jones, Sharon.

24         A.  I do.

1          Q.  And this is -- I'll represent to

2    you -- this is a document that was produced to us in

3    this litigation.  It is Bates stamped, Gray 000222

4    through 224.  I don't think so, but I'll ask the

5    question:  Have you seen this document before?

6          A.  No.

7          Q.  Okay.  Who is Sharon Jones?

8          A.  At the time, she was the human resources

9    director of our Oak Lawn East facility.

10         Q.  And maybe I'm confused.  I thought that

11   was Deb Durham?

12         A.  Deb is the regional director --

13         Q.  Got it.  Got it.  So Ms. Jones was in

14   charge of HR for Oak Lawn East?  Ms. Durham was in

15   charge for the whole region?

16         A.  Correct.

17         Q.  Okay.  And this email is to a Melissa

18   Sternreich (ph).  Do you know who that is?

19         A.  I don't.

20         Q.  Okay.  And it looks like in the next

21   email down in this chain, Melissa, based on her email

22   address, works for somebody called Barnett Associates.

23   Do you have any idea what that company is?

24         A.  I think they handle unemployment.

1            Q.  Okay.  All right.  I just want to kind of

2   read through this email.

3            MR. TSCHANZ:  And Ethan, I'm just going

4   to -- just to get it out of the way.  I'm just going to

5   say, you know, I object to the extent that we're asking

6   the witness to testify around a document that she's

7   never seen or authored.  But you can go ahead and

8   answer Mr. White's questions as he asks them, Diane.

9   BY MR. WHITE:

10           Q.  So in the second sentence, this says, "On

11  June 18, 2018, a conversation between Liza Gray and

12  Diane Lube, regional director of operations,

13  too" -- presumably that's took -- "place, explaining

14  that her position was being eliminated due to the needs

15  of the building."  Do you see that sentence?

16           A.  I see it.

17           Q.  Is that the meeting that we've been

18  talking about, the in-person meeting that we've been

19  talking about previously?

20           A.  I'd assume so.

21           Q.  Okay.  And it says, "Liza Gray was

22  offered to be transferred to another facility and

23  refused the assignment, stating that it was too far of

24  a job."  Does that sentence match your recollection of

1  the meeting?

2         A.  No.  Because again, at that time, Liza

3  stated that it was too far and that she had to go on

4  FMLA.  I would never -- I probably wouldn't

5  characterize it as a refusal or a lack of refusal.  It

6  was, this is too far, and by the way, I have to do

7  that.  That's my recollection of it.

8         Q.  Do you have any idea where Ms. Jones

9  would have gotten this information?

10        A.  I don't -- I don't know.

11        Q.  Do you remember talking to Ms. Jones

12  about --

13        A.  I do not remember talking to Sharon about

14  it.  No.

15        Q.  -- about the meeting?  Okay.

16        If Sharon didn't get it -- sorry, if Ms.

17  Jones didn't get it from you, do you have any idea

18  where she would've gotten the information?

19        A.  She would've -- Sharon would've reported

20  --

21        MR. TSCHANZ:  I'm going to object.  It calls

22  for speculation.  But you can go ahead and answer.

23        THE WITNESS:  Okay.  So Sharon would have

24  reported to Kelly Ciger, and then Deb Durham would be

1 her consultant. And they both were involved in knowing

2 what was happening. Because like I had explained

3 earlier, technically Liza was on Oak Lawn East payroll.

4 And she had -- but because she had done so much

5 regional support, you know, I was involved and Deb was

6 involved in supporting all of this. So -- so Deb or

7 Kelly.

8 BY MR. WHITE:

9　　　　Q. And this email continues, "June 18th was

10 Liza last day of work, where she went home early due to

11 said conversation." First of all, do you know if Ms.

12 Gray went home early on the day of your meeting?

13　　　　A. I remember her saying she had to start

14 her leave immediately, so -- I don't -- I don't recall

15 if that was early or not. And I don't recall what time

16 of day the conversation took place at. But I

17 absolutely remember her saying she had to start

18 immediately.

19　　　　Q. Okay. So this email -- or this is about

20 a discussion on June 18th. It says, "On July 13th,

21 2018, Liza was placed on FMLA due to a medical

22 condition." Do you see that?

23　　　　A. I do.

24　　　　Q. Is it your understanding -- well, I guess

1   I already asked you.  I apologize.

2           You don't have any idea when Ms. Gray

3   actually went on FMLA, right?

4           A.  I don't.

5           Q.  Okay.  I asked you a couple times or you

6   told me a couple times about a letter you think exists

7   that documents the end of Ms. Gray's employment.  Do

8   you remember talking about that?

9           A.  I do.

10          Q.  Do you have any idea what that letter

11  says?

12          A.  I don't specifically.  No.

13          Q.  Do you know when it was dated?

14          A.  I don't.

15          Q.  Do you know who wrote it?

16          A.  I don't recall if I wrote it or if I

17  authored it or if I was involved in it or if I -- I

18  don't.  I just don't.

19          Q.  And if you had, you know, wrote it or

20  been involved in it in any way, would you still have a

21  copy of it somewhere?

22          A.  If I -- if I was involved in it in any

23  way, I would have turned it in to HR for her employment

24  file.

1     Q.  I guess another way of asking is, if it's

2  not in the personnel files, is it fair to say it

3  doesn't exist?

4     A.  I don't -- if you're asking me if I have

5  a copy of it, I do not.

6     Q.  Okay.

7     A.  But, you know --

8     Q.  I'm sorry.  Go ahead.

9     A.  So I don't know where else it -- it would

10  be.

11     Q.  Other than the personnel file?

12     A.  I -- I would not believe it should be

13  anywhere else.

14     Q.  Now, I'm just asking because we have Ms.

15  Gray's entire personnel file or what's been represented

16  to us as her entire personnel file, and there's no

17  letter in there.  So I'm trying to figure out if it

18  would be somewhere else.

19     A.  Oh.  I -- I don't -- I wouldn't think so.

20     Q.  Okay.  Do you know why the letter would

21  have been sent?

22     A.  Probably just to memorialize a

23  conversation.

24     Q.  Which conversation?  The meeting you and

1    Ms. Gray had?

2              A.  Correct.

3              Q.  But you don't know the substance of how

4    it memorialized that conversation?

5              A.  I'm -- I'm sure in the same way the

6    conversation did, which is we don't have a position for

7    you for Oak Lawn East payroll, you know, but we have a

8    position for you here.

9              Q.  And would it have said anything about

10   FMLA or disability?

11             A.  I -- I would doubt it.  We -- we would

12   have prepared that letter prior to the conversation, so

13   I don't think so.

14             Q.  Well, that's what I'm trying to

15   understand.  Because you're saying, you know, you

16   offered her a position, she said I'm going out on FMLA

17   leave, and that was the end of the conversation.  So if

18   there is a letter memorializing that conversation,

19   wouldn't it be important to mention that she said I'm

20   going out on FMLA --

21             A.  Sorry.  Let me -- let me make sure.  When

22   I say "memorialize the conversation," our intents for

23   the conversation.  Not the intent of the conversation.

24             Q.  Got it.  So the letter was written prior

1  to the meeting?

2          A.  Yes.

3          Q.  And so what actually happened in that

4  meeting might not be reflected in that letter?

5          A.  Correct.  Correct.

6          Q.  As you sit here today, do you know the

7  nature of Ms. Gray's disability -- or at least the

8  disability that existed back then?

9          A.  I do not.

10          Q.  Have you ever seen a note from her

11  treating physician regarding a need for an

12  accommodation?

13          A.  No.  I have not.

14          Q.  Have you ever talked to Ms. Durham about

15  Ms. Gray's potential need for an accommodation?

16          A.  I believe we have had -- had follow-up

17  conversations, but nothing more than to say, you know,

18  there's not a lot, you know, happening or there's been

19  no updates.  So nothing specific to the nature of her

20  disability.

21          Q.  So when you say, you know, there's not a

22  lot happening, are you talking about her being out on

23  FMLA leave?

24          A.  Correct.  Meaning we didn't -- you know,

1 I don't have an update specifically to kind of give
2 you.
3          Q.  Okay.  Did you talk to Ms.
4 Durham -- prior to your in-person meeting with Ms. Gray
5 where you tell her her position is being eliminated,
6 had you talked to Ms. Durham about eliminating that
7 position?
8          A.  I believe so.  Yes.
9          Q.  Okay.  So Ms. Durham would not have been
10 surprised that the Elk Grove -- sorry, the Oak Lawn
11 East position was being eliminated?
12          A.  No.
13          Q.  Okay.  Have you ever heard of the
14 Americans with Disabilities Act?
15          A.  I have.
16          Q.  Have you received any training from
17 ManorCare regarding the Americans with Disabilities
18 Act?
19          A.  What do you mean by "training"?
20          Q.  Well, which is to say, you know, here's
21 what the ADA is, here's what it requires, here's what
22 as an employer we need to do, steps to follow.
23 Anything like that?
24          A.  Probably.  Yes.

1        Q.  Do you have a recollection of receiving

2   that training or --

3        A.  I mean, you know, explanation,

4   conversation, teaching.  Yes.  I mean, I -- I've been

5   in operations for 20 years, so yes.

6        Q.  So when's the most recent time you

7   received training on the ADA?

8        A.  I don't know.

9        Q.  Okay.  Who provided the training?

10       A.  Anything like that would be human

11  resources.

12       Q.  And I just want to be clear, are you

13  remembering a specific recollection?  Or you're just

14  saying, you know, I've worked there for 20 years, I

15  probably got it at some point?

16       A.  Probably the latter.  Yes.

17       Q.  Okay.  Meaning you don't have any

18  specific recollection, but it probably happened?

19       A.  Yes.

20       Q.  Okay.  And do you have any specific

21  memory of what, you know, you've learned in the

22  training, if anything?

23       A.  No.  No.

24       Q.  All right.  If an employee comes to you

1  and says I need an accommodation, for example, I need

2  to sit or stand every 15 minutes, how would you handle

3  that?

4           A.  If my employee comes to me and says I

5  need to make an accommodation, I would call HR and I

6  would say okay, let me know what that is, give me your

7  information, and then we'll evaluate it and we'll get

8  back with you.  That's how we would handle that.

9           Q.  Have you done that in the past with

10 employees?

11          A.  Yes.

12          Q.  What information do you ask for?

13          A.  I think anything pertinent to, you know,

14 what they're referencing as their accommodation.

15          Q.  How much time do you give them to come up

16 with that information?

17          A.  I -- I wouldn't have a time frame on

18 that.

19          Q.  I mean, a day?  A week?  A month?

20          A.  I -- I wouldn't even venture a guess.

21          Q.  Okay.

22          A.  We would certainly make any -- I mean, we

23 would absolutely support our employees with what their

24 needs are.

1          Q.  How many employees do you think have come

2    to you over the years asking for an accommodation?

3          A.  Oh, I wouldn't even venture a guess as to

4    how many.  I mean, we have employees who have

5    accommodations.  So I don't know.

6          Q.  And I'm just trying to get an order of

7    magnitude.  Is this something that happens to you once

8    a month?  Once a year?

9          A.  I don't know because they may go directly

10   to HR.  They may go directly to, you know, me.  You

11   know, I don't know.

12         Q.  What is -- how does --

13         A.  Less -- less frequently in my role as an

14   RDO than probably as an administrator.

15         Q.  Okay.

16         A.  Because my personnel doesn't change that

17   much these days.

18         Q.  Do you know if ManorCare has a process or

19   a policy regarding the reasonable accommodation

20   process?

21         A.  I'm sure we have -- you know, depending

22   whether we are just supporting the regulations or the

23   rules set forth or, you know, specific to it, I would

24   consult HR.

1          Q.  Okay.  So sitting here today, off the top
2    of your head, you don't know what that policy says?
3          A.  No.  Not specifically.  Not to quote.
4    No.
5          Q.  Give me just a second.  All right.  Ms.
6    Lube, did you do anything to prepare for your
7    deposition today?
8          A.  What do you mean by "prepare"?
9          Q.  Did you review any documents?  Did you
10   talk to anybody besides your lawyer?  Anything like
11   that?
12         A.  No.
13         Q.  Okay.  And I don't want to know the
14   substance, I just want to know if it occurred.  Did you
15   talk to your lawyer about your deposition?
16         A.  I did.
17         Q.  And approximately how long did you spend
18   talking to your lawyer about your deposition?
19         A.  Oh, gosh, I don't know.  Forty-five
20   minutes, maybe?
21         Q.  Okay.  And was that one conversation or
22   multiple conversations?
23         A.  Primarily just the one conversation.
24         Q.  And when did that conversation occur?

1          A.  On Friday.  We talked briefly this
2    morning to make sure we were --
3          Q.  I don't need to know any of the
4    substance, but the conversation that you're talking
5    about happened last Friday?
6          A.  Correct.
7          Q.  Okay.  Did you look at any documents to
8    prepare for your deposition?
9          A.  I did not.  No.
10          Q.  What is your understanding, if any, of
11    what this lawsuit is about?
12          A.  I mean, my understanding is that -- I
13    don't know.  I mean, I don't know how exactly I want to
14    answer this because I -- you know, my understanding is
15    what we have today, which is, you know, there's a
16    clarity of, you know, if Ms. Gray had a accommodation
17    that was not made.
18          Q.  Okay.  So your understanding is the
19    lawsuit's about an accommodation that was not provided
20    to Ms. Gray?
21          A.  Correct.
22          Q.  I don't remember when the lawsuit was
23    filed, but, you know, let's say a year and a half ago,
24    something like that.  Have you talked to Ms. Ciger

1 about Ms. Gray's lawsuit?

2          A.  About the lawsuit?  No.  I mean, we

3 certainly have exchanged conversation, you know, over

4 time of, you know -- but nothing specific.  No.

5          Q.  Okay.  Anything specific about the

6 lawsuit?

7          A.  Other than that it's happening and that

8 we're getting deposed?  No.

9          Q.  Okay.  What, if any, was Ms. Ciger's

10 reaction about the lawsuit or getting deposed?

11          A.  I mean, I don't -- there's not really a

12 reaction I can describe.  It's more matter of fact.

13          Q.  What about Ms. Durham?  Say in the last

14 year and a half, have you talked to her about this

15 lawsuit or your deposition?

16          A.  Again, kind of the same answer.  Other

17 than to say, you know, this is happening and we're

18 getting deposed, no.

19          Q.  Okay.  No discussion about whether Liza's

20 right -- or Ms. Gray's right or wrong or anything like

21 that?

22          A.  No.  Not really.  No.  Deb and I talked

23 about, you know, the process of this but nothing

24 specific to the knowledge.  No.

1          Q.  Process?  You mean, like, the process of

2    litigation or the deposition?

3          A.  Correct.

4          Q.  Okay.  In the last, say, year and a half,

5    have you talked to Ms. Ciger about this in-person

6    meeting with Ms. Gray we've talked about a number of

7    times?

8          A.  I don't -- I don't recall that.  No.

9          Q.  Okay.  Have you talked to either Ms.

10   Ciger or Ms. Durham about Ms. Gray's request for an

11   accommodation?

12         A.  I don't recall.  No.

13         Q.  When an employee requests an

14   accommodation from ManorCare, do you know what, if any,

15   kind of documents they're required to provide?

16         A.   I -- I would probably be the wrong person

17   to quote the requirements.  Again, I would be

18   consulting HR.

19         Q.  Okay.  And if I understand -- and I'm not

20   trying to trick you.  It's more just we got to figure

21   out what different people know.  So if I'm

22   understanding you right, you're saying if an employee

23   came to you with an accommodation, you would go to HR

24   to figure out what to do?

1              A.  I would -- I would never independently

2    manage that.  Correct.

3              Q.  Okay.  So you would go to HR and say

4    so-and-so said this, what do I do now?

5              A.  We would always converse on it.  Yes.

6              MR. WHITE:  All right.  I may be about done.

7    If you guys just want to take five minutes, let me go

8    through my notes.

9              MR. TSCHANZ:  That's fine.

10             MR. WHITE:  Okay.  Sounds good.  Give me five

11   minutes.  Thanks.

12             UNIDENTIFIED VOICE:  We're all good.  Thank

13   you.

14             (Off the record.)

15             MR. WHITE:  All right.  I reviewed it.

16   Everybody ready?

17             THE WITNESS:  Yes.

18             MR. TSCHANZ:  Yep.

19             MR. WHITE:  Okay.  Just a few more.

20   BY MR. WHITE:

21             Q.  Ms. Lube, again you understand you're

22   still under oath?

23             A.  Yes.

24             Q.  Did you talk to anyone about the

1  substance of your testimony during our break?

2          A.  I did not.

3          Q.  Okay.  When we were talking about

4  potential positions at other buildings around the time

5  Ms. Gray's position at Elk Grove -- not at Elk

6  Grove -- at Oak Lawn was eliminated, do you know if Ms.

7  Gray called any other buildings in the region to see if

8  they needed her?

9          A.  No.  I don't know.

10          Q.  Do you recall ever telling Ms. Gray to

11  stop calling other buildings about potential

12  opportunities?

13          A.  No, I don't.

14          Q.  Okay.  Have you ever seen an email that

15  Ms. Gray sent to ManorCare's CEO regarding her position

16  elimination?

17          A.  I -- I don't recall if I have or not.  I

18  think I've heard about it, and I don't know if I've

19  seen it or not.

20          Q.  Who would you have heard about it from?

21          A.  Probably my supervisor or HR at the time.

22          Q.  And who was your supervisor at that time?

23          A.  I changed supervisors in -- I think I

24  changed supervisors both in 2017 or 2018, so I'm not

1  exactly sure at what time frame that everybody changed
2  at.
3          Q.  Well, I'll just take them both.  Who was
4  2017?
5          A.  Alan Hash.
6          Q.  Okay.  And 2018?
7          A.  I had a couple of different people in
8  transition.  I had David Parker in transition, and then
9  my current supervisor is Rami Ubaydi.
10          Q.  Okay.  Do you know how to spell Rami's
11  last name?
12          A.  U-B-A-Y-D-I.
13          Q.  And you said you may have heard about the
14  CEO email from one of these individuals.  Do you know
15  which one?
16          A.  I -- I don't.  No.
17          Q.  And do you recall what they told you
18  about the email?
19          A.  I do not.
20          Q.  I think you said maybe you heard about it
21  from HR?  Is that right?
22          A.  I said or -- or potentially HR.
23          Q.  And would that have been Deb Durham in HR
24  or somebody else?

1          A.   Probably through Deb.

2          Q.   And again, do you remember the substance

3   of anything she might have said about this email?

4          A.   I do not.

5          Q.   But as far as you know, you've never seen

6   the email?

7          A.   I -- I potentially could have, but I -- I

8   don't recall.

9          Q.   Okay.  One of the things Ms. Gray

10  testified to was that she had heard, you know, through

11  the grapevine that you had said when you became an RDO,

12  she would be one of the first people to go.  Do you

13  agree or disagree with that?

14         A.   I disagree.

15         Q.   Okay.  Why do you disagree with that?

16         A.   Because I wouldn't say that.  And I

17  didn't say that.

18         Q.   Did you think Ms. Gray was an asset to

19  the company?

20         A.   You know, I don't know that I would

21  comment one way or another if she was an asset or not

22  an asset.  She did great work for us at Oak Lawn East

23  and helped us in many -- you know, many situations and

24  has worked for us a long time.  So I would not say

1    that.

2              Q.  But if she did such a great job at Oak

3    Lawn East, why would you not say she's an asset to the

4    company?

5              A.  I -- I'm just saying I wouldn't

6    necessarily characterize yes or no.  I'm just saying

7    that's how I would characterize it.

8              Q.  You would characterize it that she did a

9    great job at Oak Lawn East?

10             A.  She -- she helped us out in numerous

11   situations.  Yes.

12             Q.  I guess I'm just trying to understand.

13   What word would you use to describe her performance, if

14   not an asset to the company?

15             A.  Excuse me.  I mean, her performance was

16   solid.  She just -- she was in a support role so, you

17   know, I wouldn't not use the word "asset."  It just is

18   a different role.

19             Q.  How so?

20             A.  It's just not, you know, a super -- you

21   know, when you -- when you have a need for someone in

22   that -- you know, need for someone in that role

23   educationally, you know, you need them.  And sometimes

24   you don't always need -- let me back up a second.

1          It's just it's a very unique role of, you

2    know, when you need somebody in that role for

3    education, you know, that it waxes and wanes on, you

4    know, where you need them.  So it's -- it's just -- you

5    know, it's not an everyday role in a facility I guess

6    is what I'm trying to say.

7          Q.  How long had Ms. Gray been a nurse

8    educator, if I'm saying that right?

9          A.  I don't know her to be in a different

10   role.

11          Q.  So as far as you know, her whole career

12   was in that nurse education role?

13          A.  I mean, I believe early on in her career

14   with ManorCare, it was something different.  I don't

15   exactly know what it was, but most of the time I've

16   known her.

17          Q.  So going back to the early 2000s, she was

18   in that nurse education role?

19          A.  Uh-huh (affirmative).

20          Q.  Yes?

21          A.  Yes.

22          Q.  Okay.  And it didn't, I guess, really wax

23   or wane for those 20 years?

24          A.  No.  I'm sure -- I mean, again, you know,

1    support roles, you know, always are need-based on where

2    you're going and what's going on at the time.

3    Absolutely.

4              Q.  I apologize.  I think I already asked you

5    this, but do you know if anyone took the role at -- the

6    nurse educator role that Ms. Gray was slated for at Elk

7    Grove Village?

8              A.  I do not.

9              Q.  How's Elk Grove Village doing as a

10   building?

11             A.  Today?

12             Q.  Yes.

13             A.  Good.

14             Q.  And what do you credit that turnaround

15   to?

16             A.  So again, at the time that there -- you

17   know, we asked Liza to go there, there were open

18   positions.  You know, today I don't have open positions

19   at Elk Grove.  I have a different administrator.  I

20   have a full complement of staff.

21             Q.  So if I'm understanding, it was just

22   getting the facility staffed up that led to the

23   turnaround?

24             A.  A lot of the times, that's what it takes

1  is, you know, managing open positions.

2          Q.  Is there a nurse educator in every

3  facility?

4          A.  No.

5          Q.  How many are there in your region?

6          A.  I don't have any nurse educators in the

7  region.

8          Q.  So how are you, I guess, managing that

9  process?

10          A.  You know, we defer and rely heavily on

11  our clinical services personnel.  You know, individuals

12  in the region to help each other and support each

13  other.

14          Q.  Apart from talking with Ms. Gray about,

15  you know, having her go to Elk Grove Village as a nurse

16  educator, was there any thought into having her perform

17  a different role anywhere?

18          A.  There's a variety of different roles that

19  Liza could have performed.  And I'm sure at some point

20  in time we discussed them, you know, in terms of

21  directors of nursing or unit managers.  But Liza did

22  not want to work five days a week or utilize her

23  license, so she -- I think at one point in time -- this

24  would have been prior to going to Oak Lawn East, you

1  know, we talked about, you know, being more of a mobile

2  DON.  But again, Liza did not want to work five days a

3  week or hang her license.

4         Q.  Did she tell you why she didn't want to

5  work five days a week?

6         A.  No.  Liza hasn't worked five days a week

7  for as long as I've known her.

8         Q.  And do you know why?

9         A.  I don't.  She just -- I know she liked

10  her schedule.

11         Q.  But you don't know why she asked for that

12  particular schedule?

13         A.  No.

14         MR. WHITE:  I think that's all I have for the

15  moment.  I don't know if your lawyer has any questions

16  for you.

17         MR. TSCHANZ:  I just have one question.

18                         DIANE LUBE

19  testified as follows on:

20                         EXAMINATION

21  BY MR. TSCHANZ:

22         Q.  Would you be able to explain the concept

23  of hanging one's license, briefly?

24         A.  Sure.  So as an administrator/director of

1  nursing, you are responsible to be able to say, I have

2  to be a licensed individual in charge of that role.  So

3  Illinois Department of Public Health says that we have

4  to employ, you know, a licensed administrator and a

5  licensed director of nursing, you know, at all times.

6  And there are specific requirements behind that.

7            So when we have an opening, maybe for like a

8  mobile director of nursing -- or, excuse me, for a

9  director of nursing, our mobile director of nursing

10 would be stepping in, meaning that they would be the

11 one legally responsible to be saying, yes, I'm the

12 director of nursing at that time.  And so that person

13 would be moving from facility to facility, you know,

14 based on openings and needs as well, but they would

15 also have that responsibility of saying yes, I'm

16 legally in charge in this given role.

17            MR. TSCHANZ:  I have nothing further.

18            MR. WHITE:  That's all we got for you.  Thank

19 you, Ms. Lube.  We appreciate your time.

20            THE WITNESS:  Sure.  No problem.  Thank you.

21            MR. TSCHANZ:  Thank you.

22            Thanks, everybody.

23            THE REPORTER:  How would you guys like to

24 handle signatures?

1                MR. TSCHANZ:  We'll sign -- review and sign.

2                THE REPORTER:  All right.  Sounds good.

3                Mr. White, would you like the transcript?

4                MR. WHITE:  We're going to hold off for now.

5                THE REPORTER:  All right.  How about you, Mr.

6   Tschanz?

7                MR. TSCHANZ:  Yes.

8                THE REPORTER:  All right.  Sounds good.  I

9   got all the spellings I need while we were on break.

10  So that is all that I need.  Thanks, guys.

11               MR. WHITE:  All right.  Thank you.

12  Appreciate it.  Have a nice day.

13               THE REPORTER:  You too.  Have a good rest of

14  your day.

15    (Whereupon, the deposition concluded at 12:17 p.m.)

16

17

18

19

20

21

22

23

24

1                    TRANSCRIBER'S CERTIFICATE

2

3              I hereby certify that the foregoing pages are

4    a true, accurate, and complete transcript of the

5    proceedings transcribed from a copy of the electronic

6    sound recording to the best of my knowledge and

7    ability.

8              I further certify that I am not a relative,

9    employee, attorney, employee of such attorney or

10   counsel, or financially interested directly or

11   indirectly in this action.

12

13

14   *Rachel Cook*

15   _____

16   Rachel Cook

17   Legal Transcriber

18

19

20

21

22

23

24

**0**

**000222** 80:3

**1**

**10** 10:17 12:19
**10:02** 4:16
**11** 12:21
**12** 69:15
**12:17** 106:15
**13th** 83:20
**15** 61:4,11,16 90:2
**18** 47:13 81:11
**18th** 4:15 83:9,20

**2**

**20** 89:5,14 101:23
**2000s** 13:10 19:14
  101:17
**2001** 9:11,15
**2002** 22:6
**2003** 22:6
**2008** 20:3
**2016** 22:12 23:19
  29:20,22
**2017** 23:19 30:10,20
  32:21 35:6 46:14,24
  47:13,18,19 97:24
  98:4
**2018** 27:24 33:8
  35:6 46:14,24 47:19
  52:19,22 53:3 67:3
  81:11 83:21 97:24
  98:6
**2021** 4:15
**224** 80:4

**3**

**30** 54:5

**4**

**40** 54:5
**458** 79:23

**6**

**6** 69:14,15

**8**

**8** 10:17

**A**

**a.m.** 4:16
**ability** 55:16,22,24
  66:13
**able** 26:3 33:4 57:16
  78:20,21 104:22
  105:1
**abnormal** 16:15
**about** 6:1,22 12:19,
  21 16:9 17:17,19,21
  18:1,12,17 19:1
  20:12 21:6 22:5
  23:10,12,15 24:19
  28:17 33:22 35:6,21
  36:9,23 38:7,21
  40:23 43:18 44:22
  45:2,4 46:5 50:2,18
  53:11 55:10,12
  57:6,22 58:14,18
  60:21 65:15 66:4
  67:6,21 68:8 69:23
  71:13 72:13 73:6
  74:2,4 78:12 81:18,
  19 82:12,13,15
  83:19 84:6,8 86:9
  87:14,22 88:6
  92:15,18 93:5,11,19
  94:1,2,5,10,13,14,
  19,23 95:5,6,10
  96:6,24 97:3,11,18,
  20 98:13,18,20 99:3
  103:14 104:1 106:5
**absence** 63:13
**absolutely** 25:15
  36:3 55:3 74:1 78:2
  83:17 90:23 102:3
**access** 78:21
**accommodation**
  45:5 61:1 64:22
  65:1,4,8 87:12,15
  90:1,5,14 91:2,19
  93:16,19 95:11,14,
  23

**accommodations**
  91:5
**accurate** 8:10
**Act** 88:14,18
**activity** 30:24
**actually** 46:8 48:12
  63:24 69:16 76:4
  84:3 87:3
**ADA** 88:21 89:7
**added** 13:3
**address** 53:24 80:22
**admin** 28:18 29:12
  30:4
**administered** 4:8
  5:4
**administrative**
  25:15 32:12,13
  49:12
**administrator** 10:3,
  6,8,12,13,22 11:13,
  17,18,20,23 12:6,7,
  12 15:22 16:7 19:16
  20:1,4,7,11 22:5
  24:18 25:4,8,13
  28:9,23 29:17 32:10
  36:11 38:16,18
  91:14 102:19 105:4
**administrator's**
  62:22
**administrator/
  director** 104:24
**administrators**
  14:15 17:11 19:8
  24:1 26:21 41:19
**admission** 24:23
  25:21 26:22
**admissions** 9:17,20
  23:10,20,21,22
  24:4,7 26:11,17,20
  27:8,11
**admit** 25:10
**admitted** 24:14,17,
  20
**advance** 14:20 37:9
  44:2
**advanced** 21:13
**affected** 65:21 66:13
**affirmative** 14:19
  31:17 58:8 101:19
**affluent** 19:11

**after** 5:11 10:2,5,11,
  19,21 21:2,4 22:15
  24:23 29:15 45:12
  46:21 48:1,11 63:14
  67:7,14,15,16
  73:18,21,24 74:23
**afterwards** 17:10,21
**again** 11:3 12:9
  24:22 28:6 32:2
  33:16 34:1 35:14,20
  37:5,12 40:13,18,24
  42:12 43:3 44:5
  46:13,16,17,23
  47:18 48:4,8,18
  50:18 51:18 52:15
  53:8 55:12 61:19
  63:6 66:14 68:7,17,
  24 70:1,21 71:17
  72:22 73:3,11 75:24
  76:20 82:2 94:16
  95:17 96:21 99:2
  101:24 102:16
  104:2
**ago** 6:6,24 19:6
  93:23
**agree** 4:7 8:24 9:3,4
  15:7,10 39:4 52:5
  99:13
**agreed** 17:2 39:6
  40:5 47:7
**agreeing** 40:1
**agreement** 5:8 40:8,
  9 41:1
**ahead** 45:11 61:19
  75:22 81:7 82:22
  85:8
**Alan** 98:5
**alcoholic** 23:16
**all** 4:4,5 5:5 7:11,18
  8:18 9:9 10:14
  11:22 13:2,4 15:2
  16:21 18:8 20:12
  23:8 25:1 26:6
  27:23 28:17,21 29:9
  31:20 44:16 47:4,6
  48:8 49:7,11 50:5
  53:22 55:1,12 56:7
  57:9 58:17 59:17,21
  63:4 67:19 77:11,17
  78:5,9 79:9 81:1
  83:6,11 89:24 92:5
  96:6,12,15 104:14
  105:5,18 106:2,5,8,

  9,10,11
**alleged** 16:1
**almost** 13:22,23
**along** 13:2
**already** 16:23 29:12
  46:3 47:7 53:1 84:1
  102:4
**also** 14:4 35:9 39:15
  55:23 59:19 63:7
  105:15
**alternative** 72:10
**alternatives** 72:6
**although** 10:22
**always** 25:17 27:15
  31:13 51:19 64:8
  66:7 96:5 100:24
  102:1
**am** 9:14 11:7 13:6
  33:7
**Americans** 88:14,17
**among** 19:20
**amongst** 24:17,18
**amount** 69:10,15
**an** 10:3,6,12 11:13,
  16 12:5,6,8 15:22,
  23,24 16:6,14,15
  17:23 19:11,15
  22:4,7 23:16 25:8,
  13,20,22,23 29:14
  32:13 34:22 37:16
  40:9 41:13 45:5,24
  48:8 49:1,2 50:6
  51:2,4 54:4,13
  56:14,16,23 57:22
  59:1,20 61:1,8 63:9,
  18 64:1,22 65:7
  66:6,15 67:12 71:1
  72:10 73:5,10 74:5,
  10,17 76:15 78:15
  79:12,22 87:11,15
  88:1,22 89:24 90:1,
  5 91:2,6,13,14
  93:19 95:10,13,22,
  23 97:14 99:11,18,
  21,22 100:3,14
  101:5 104:24 105:7
**and** 4:4,5,10,15,20,
  23 5:1,12,17 6:16
  7:14,15,16 8:21,24
  9:4,12,19 10:1,4,5,
  8,11,12,17,18,23
  11:2,6 12:4,9,20,22,

24 13:1 14:7,9,13,
14,16,20 15:21
16:14,18 17:8,10
18:4,8 19:4,12,17,
18 20:4,24 22:16,21
24:2,22 25:8 27:18
28:4,6,9,11,13,21
29:1,2,14,19,23
30:18,23 31:21
32:2,16 33:2,6,15
34:8 35:9 36:10,13,
21 37:3,12,24
38:11,13 39:7,8,10,
15,17 40:16,18,22
41:3,5,8,20 42:23
43:16,17 44:9,13,20
45:11,14,18,21
46:6,7,16,20,22,23
47:20,21 48:6,22,23
49:1,13,15,21 50:9,
15,18 51:2,3,16,17
52:3,8 54:2,6,10
55:6,19,21 56:20,22
57:3,10,12,15
58:14,19 59:10,15,
16,19 60:3,5,8,18
61:17,19 62:3,5,7,
13,18 63:10,11
64:16 65:18 66:19,
20 67:13,22,23
68:23 69:5,15,21
72:16,18 73:9,13,19
74:5 75:7,9,21,22
76:20 77:23 78:12,
19,21 79:7,12 80:1,
10,17,20 81:3,7,11,
21,22 82:3,6,22,24
83:1,4,5,9,15 84:19
85:16,24 86:9,17
87:3 89:12,20 90:1,
4,5,7 91:6 92:13,17,
21,24 93:23 94:7,
14,17,22 95:4,19
96:3 97:18,22 98:6,
8,13,17,23 99:2,16,
23 100:23 101:3,22
102:2,14 103:10,12,
19 104:8 105:4,6,
12,14 106:1
**and/or** 49:8
**annoyed** 18:1
**annoying** 18:5
**another** 17:13
39:12,16 46:10

55:24 75:2 81:22
85:1 99:21
**answer** 7:14,24 8:6
33:15 45:11 61:19
75:22 81:8 82:22
93:14 94:16
**answered** 15:18
61:18 75:21
**answers** 7:18
**anticipate** 41:21
**any** 4:8 7:22 8:3,9,
16 13:18 14:22
15:2,4 20:14 23:9
26:22 27:21 31:9
39:7 42:12 44:16,20
46:14 50:1 53:7,10
55:2 56:17,24 60:21
61:7,14 62:2,23
66:4 67:3 68:2
69:23 71:1,3 72:6
73:1 74:2,13 77:16
80:23 82:8,17 84:2,
10,20,22 88:16
89:17,20 90:22 92:9
93:3,7,10 94:9
95:14 97:7 103:6,16
104:15
**anybody** 9:1,5 14:22
17:15 20:17 54:12
58:14 71:16,24
78:12 92:10
**anybody's** 66:11
**anymore** 23:7 39:11
40:7 55:20
**anyone** 8:14 20:21
36:5 45:22 96:24
102:5
**anything** 7:20 8:18
15:6 18:11,24 19:7,
23 31:5,6 33:21
34:21 41:22 43:2
45:1,4 48:5 49:23
59:2 60:7 63:17
64:10 66:22 67:10
74:15 86:9 88:23
89:10,22 90:13
92:6,10 94:5,20
99:3
**anyways** 25:10
**anywhere** 43:1
52:15 59:1 85:13
103:17

**apart** 31:7 45:21
58:24 73:1 103:14
**apologize** 14:20
27:3,5 46:24 47:11
67:5 70:15 77:10,22
84:1 102:4
**applicable** 19:13
**application** 77:13,
17
**applied** 68:5 74:22
**apply** 63:21 64:1
75:4
**appointments** 60:8
**appreciate** 105:19
106:12
**approved** 70:22
**approximately** 5:24
16:3 23:18 30:8
33:2 92:17
**are** 4:4,6 9:12 11:6,
18 12:14 13:4 14:17
15:3 17:24 20:23
23:6,21 27:10 28:6,
16 33:18 37:19
44:16 49:19,21
53:11 57:10,11
58:5,7 59:4 63:11
66:8,9 70:11 74:13
87:22 89:12 90:24
91:22 102:1 103:5,8
105:1,6
**area** 11:4,11 19:11
22:20
**aren't** 50:21
**around** 29:15 31:14,
15 35:6 81:6 97:4
**as** 5:1,11,12 7:5,6
11:4,13,16 12:3,6,7,
24 13:2,16,19 17:11
19:13,24 20:7 21:15
22:4,14 24:6 25:2,
10 28:3 29:12 30:19
36:16,17 38:8 41:13
42:6 43:5,7 47:24
48:11 49:8 50:22
51:22 53:21 57:4,17
59:11 64:21 70:19
76:3 79:3,6 81:8
82:5 85:16 87:6
88:22 90:14 91:3,
13,14 99:5 101:11
102:9 103:15 104:7,

19,24 105:14
**ask** 4:4 7:13,14,24
8:12 50:14 65:10
66:4,12 73:6 80:4
90:12
**asked** 33:15 35:11
53:1 61:17 67:5
75:21 84:1,5 102:4,
17 104:11
**asking** 8:7 24:12
33:6 37:3,8 55:19
57:12 61:1 63:24
81:5 85:1,4,14 91:2
**asks** 81:8
**asset** 99:18,21,22
100:3,14,17
**assigned** 16:12
17:10 29:17 32:15
54:13
**assignment** 11:1
55:5 81:23
**assignments** 13:19
14:2 35:16 47:21
48:5,7,17
**assist** 30:21,22
32:22
**assistance** 17:23
45:15
**assistant** 10:3 22:4
**associated** 6:9 48:16
**Associates** 80:22
**assume** 8:6 12:13
27:18 81:20
**assumed** 63:23
**Assumes** 45:9
**assurance** 27:14
**at** 4:5 8:18 9:9,20
10:6,7,8,13 11:12,
13,17,22,23 12:6,
12,14 13:20,21
14:6,8 16:13,17
17:22 18:1 20:8
21:8 22:3,12,21
23:6,18,20 24:15
27:7,13,21,24 28:5,
7,11,15,18 29:4,24
30:1,2,3,6,20 31:7,
24 32:3,4,22,24
33:1,23 35:2,3,7,13
36:1 38:16 39:13
42:1,8 44:12 45:7,
15 46:4,6,7,9,10,15,

18 47:15 49:17,22
50:13,23,24 51:17,
23 52:2 53:22
54:13,23 55:2,4,6,
8,19,20 56:8,12,
17,24 57:14,15
58:22,23 59:5,16
61:4,14 62:8,19,20
63:23 65:12 67:19
69:14 71:16 72:4
73:7,20 74:12 76:13
77:17 79:18 80:8
82:2 83:16 87:7
89:15 93:7 97:4,5,6,
21,22 98:1,2 99:22
100:2,9 102:2,5,6,
16,19 103:19,23
105:5,12 106:15
**attached** 51:8,10,16
**attending** 62:4
**authored** 81:7 84:17
**authority** 23:19,23
**available** 56:9 59:11
73:13,14,18
**average** 54:4
**aware** 4:6 15:3
27:21 44:16 45:8,12
74:13 75:1
**awkward** 31:20

**B**

**back** 22:2,20 49:4
58:9 59:14 65:24
66:2,4,12 68:10
70:2,4,8,10,13,14
78:7 87:8 90:8
100:24 101:17
**backing** 28:2 35:5
**Barnett** 80:22
**based** 13:20 20:15
55:5 56:19 80:21
105:14
**basically** 26:24
**Bates** 80:3
**be** 4:6 7:9,18 14:1,2,
5,7,11 16:17 19:22
20:18 24:17,20
25:19,21,22,23
26:3,4,11,18,19,22
29:17 31:1 32:16
33:4,19 34:22 35:20

39:17,18,20 41:14,
16,20,24 42:1 43:21
44:7,8,11 45:13
49:9 51:19,21 52:7
53:7 54:5,9,14
59:20 67:9,24 69:7
75:1,16 76:15
78:19,20,21 79:10
81:22 82:24 85:10,
12,18 86:19 87:4
89:10,12 95:16,17
96:6 99:12 101:9
104:22 105:1,2,10,
11,13
**became** 10:3,6,12,
21,24 11:23 12:4,8,
18 22:7 23:6 45:12
99:11
**because** 7:12 8:6,12
18:6 22:2 25:19
30:15 31:3 33:24
34:1 35:14,22 38:6
39:6,16 41:2 43:4
45:15 47:16 48:4
51:8 52:10,16 56:6
61:8 63:12 65:12
66:10,15 67:22
68:3,17 70:21 71:6
73:3,5 74:10 77:3
82:2 83:2,4 85:14
86:15 91:9,16 93:14
99:16
**become** 12:22 45:7
51:10
**been** 5:11,21 6:11,
13 13:3 16:23 18:4
19:7 20:8 22:6
26:23 29:2,21 30:7
36:5,6 37:1 38:22
42:18,20,21 46:23
49:16 52:6,17 53:1
54:11 55:4,5,23
56:16 57:16,22
59:11 60:7 69:4,8
70:19 73:22 76:20
81:17,18 84:20
85:15,21 87:18 88:9
89:4 98:23 101:7
103:24
**before** 5:22 7:14,24
20:5,11 43:17
52:16,17 78:18 80:5
**beforehand** 17:7
18:2,17

**beginning** 4:18
47:19
**begins** 4:12
**behind** 105:6
**being** 7:5 18:12
21:21,22 24:14 34:8
41:21 45:1,24
49:14,15,22 50:2
51:16 52:3 54:16
58:18,19 62:8 66:18
70:1 76:11 81:14
87:22 88:5,11 104:1
**beings** 4:12
**believe** 13:14 20:3,
24 22:21 25:6 29:22
30:1 31:10 33:23
34:3 43:9,22 61:12
62:10,15 63:1 68:21
70:6,9 74:24 85:12
87:16 88:8 101:13
**believing** 62:12
**benefits** 77:14,17
**besides** 8:19 55:2
92:10
**best** 33:7
**between** 10:17
46:16 47:13,18
62:12 69:15 81:11
**bit** 6:14,16,18 10:1
11:11 12:11 14:1
19:5 20:9 27:23
30:7 35:5
**black** 24:22 69:5
**bless** 55:9
**body** 65:20
**books** 69:17
**boss** 21:9
**both** 47:4 83:1 97:24
98:3
**break** 7:22 8:1
57:22 58:1,11,15
78:13 97:1 106:9
**briefly** 93:1 104:23
**bringing** 32:10
**brought** 28:8 30:3,
19
**budgetary** 55:16,22,
24 57:2
**building** 10:13 14:6,
8 17:12,14,16 18:13
19:12,15 25:16 31:1

37:14 38:9,10,12
39:7,10,13,14,16
51:6 53:12 54:13
55:2,17 56:14,17,24
73:1 81:15 102:10
**building's** 57:10
**buildings** 11:1 12:20
13:1,3 22:15,22
31:9,16,21 32:7
35:10,13 36:16 44:6
47:22 48:21 50:21
51:11 53:10 55:9,12
57:5 73:7 97:4,7,11
**business** 26:8 39:16,
17 41:13,22 43:20
44:12 51:22 55:18
**but** 7:10 8:14 11:11
14:15 15:18 17:11,
22 19:22 20:10,19
21:1 25:8 30:10,19
32:1 34:13 35:20
36:1,12,15 37:22
38:4 41:1,9,22 43:4
44:2 45:20 46:4,17
47:24 48:3,16,18
49:3,6,16 51:20
53:1,21 55:7 56:12
57:17 58:24 59:4
60:1,6,9 61:22 62:1
63:24 64:18 68:5
69:4,22 70:6,7,11,
23 73:15,24 74:2
75:8 77:7 78:19
80:4 81:7 82:22
83:4,16 85:7 86:3,7
87:17 89:18 93:4,23
94:4,23 99:5,7
100:2 101:15 102:5
103:21 104:2,11
105:14
**by** 4:8 5:14 14:21
15:19 16:12 21:21,
22 25:18 44:13
45:16 47:23 52:13
55:23 58:10 61:21
71:21 76:2 78:8
81:9 82:6 83:8
88:19 92:8 96:20
104:21

**C**

**call** 17:10 25:4,6
31:4 39:19 40:15

46:1 50:6 90:5
**called** 5:11 25:8
27:14 80:22 97:7
**calling** 97:11
**calls** 15:18 38:22
42:18 49:7 82:21
**came** 15:23 16:14
28:22 30:9 52:11
74:13 95:23
**can** 8:22 17:8 21:15
29:10 33:15 48:16
51:1 54:9 57:24
75:22 77:24 78:23
79:9,14,19,20 81:7
82:22 94:12
**can't** 7:19 8:9 56:11
79:7
**cannot** 25:14 56:11
**capacity** 13:18
**capital** 19:21
**care** 17:13,15,16,18,
22 60:4 72:17
**career** 22:4 101:11,
13
**case** 6:7,8,14,21
13:5 17:9 43:20
**central** 4:16 11:1
12:20 22:15
**CEO** 97:15 98:14
**certain** 45:20 51:11
70:6,16
**certainly** 14:21 59:4
90:22 94:3
**cetera** 24:18 30:5
**chain** 80:21
**challenge** 4:7
**challenging** 4:4 38:9
**change** 44:10 49:18,
19 91:16
**changed** 11:10
12:24 47:14 48:5
97:23,24 98:1
**changes** 32:12 47:21
49:9
**changing** 47:20
**characterize** 82:5
100:6,7,8
**charge** 80:14,15
105:2,16

**chat** 78:16
**checked** 16:23
**Chicago** 12:24
22:22,24 23:1,4,5
46:18,20 54:14
**Chicagoland** 11:4
12:23 22:20 54:7
**Ciger** 28:20 29:11
36:19,20,23 38:16,
21 40:1,22 41:6
44:21 45:22 50:9
62:8 66:22 67:2
82:24 93:24 95:5,10
**Ciger's** 39:3 94:9
**clarify** 24:12
**clarity** 93:16
**clean** 7:15 32:17
**clear** 21:20 35:20
71:7,8 74:11 89:12
**clearly** 4:5
**click** 78:21
**clinical** 14:14 25:21
27:12,17,19 103:11
**closer** 56:17,24 57:5
**coffee** 8:19,20
**come** 41:14 90:15
91:1
**comes** 32:21 65:8
89:24 90:4
**coming** 17:6 30:15
37:19 67:9 70:10,14
**comment** 99:21
**common** 54:15
**communicate** 76:16,
23
**communicated**
49:11,22 74:21
75:15 76:20
**communication**
21:5 76:13
**communications**
49:13 50:1
**commute** 52:6,8,21,
24 53:2,13 73:10
**commuted** 74:8
**commutes** 53:7
**company** 52:15
80:23 99:19 100:4,
14

compared 51:21

complaints 53:11

complement 55:15, 21 102:20

complete 8:9 11:19 64:14

completely 25:1 44:10

concept 104:22

concerns 23:10,12, 15

concluded 106:15

conclusions 17:3

condition 68:10 83:22

conference 4:13 8:13

confident 56:13 76:5

confused 54:24 80:10

connection 34:20

consult 14:14 91:24

consultant 83:1

consultants 27:15

consulted 36:7,10, 15 69:4

consulting 95:18

contents 34:12

context 16:10

continue 73:2

continued 71:23

continues 83:9

continuing 71:4

conversation 6:19 18:16,19 21:2 36:18 37:17 38:6 40:10 41:9,10,11,22 42:9, 13 44:18 45:13,17, 18 46:1,2,4,12 48:12,24 49:6 50:24 59:22 60:24 61:22 63:6,15,22 66:15, 16,17,20 67:13,14 68:7 71:9 73:4,12 74:6,11 81:11 83:11,16 85:23,24 86:4,6,12,17,18,22, 23 89:4 92:21,23,24 93:4 94:3

conversations 37:2, 11,22 38:4,20 39:1 40:19,21 41:17 42:15,21 61:14 87:17 92:22

converse 96:5

cool 47:12

copy 84:21 85:5

corporate 28:4

correct 21:3,24 26:15 32:24 33:1 35:7,10 42:4 46:5 49:24 52:8 57:18 59:9,13,18,19 61:4, 23 68:16,20 74:18 78:13 80:16 86:2 87:5,24 93:6,21 95:3 96:2

could 5:17 14:1,2,4, 7 19:19 24:12 25:6, 9,10,19,21,22,23 26:13 39:19 44:7,8, 9,14,17 51:3 54:5 55:3 57:14 59:7 60:22 61:3,10 72:24 73:9,21 74:1,7 99:7 103:19

couldn't 25:20 59:17 61:16 63:4 64:20 65:23

counsel 4:18

couple 4:2 6:6 10:23 12:2 34:2 38:3 67:17 84:5,6 98:7

court 4:8,9,17 7:19

covered 46:3

created 43:2

credit 39:20 102:14

cup 8:20

current 98:9

currently 9:13 11:6

── D ──

D-I-A-N-E 5:19

date 4:15 64:2,5

dated 84:13

dates 37:8,9 77:11

David 98:8

day 73:21,24 83:10, 12,16 90:19 106:12,

14

day's 44:7

days 37:21 91:17 103:22 104:2,5,6

Deb 36:22 40:18 42:9,10 62:6 67:11 70:6 75:15,19 76:19 80:11,12 82:24 83:5,6 94:22 98:23 99:1

December 9:11 29:22

decision 24:14 25:3, 15 26:1 27:24 28:7, 12 33:12 35:17,20 36:24 37:15,23 39:12,22 40:1,14,23 42:23 43:12 48:2 50:18 51:14,22 55:23 56:19 57:2 64:7 67:20 69:3,23 70:18

decision-making 24:7,10

decisions 39:17 44:6 56:6,7,15

declared 5:6

defendant 5:1 7:4

defer 103:10

deliver 41:5,13

delivered 41:8

denial 25:7

deny 64:7

department 23:22 27:13,17 32:10 39:9,18 105:3

departments 26:20

depend 24:21 25:1

depending 41:17 54:10 76:18 91:21

depends 14:7 24:4 54:9

deposed 5:22 6:13 7:5 94:8,10,18

deposition 4:13 8:22 9:6 92:7,15,18 93:8 94:15 95:2 106:15

depositions 4:4 6:11

describe 94:12 100:13

describing 69:21

details 60:21

determination 14:10

developed 41:3

Diane 4:13 5:10,19 81:8,12 104:18

did 9:9 10:2,4,15,16, 18,19 11:15,22 12:10 17:10,13 19:17,24 20:14,17, 19 22:3,7,9,10 31:14 36:23 37:4,10 38:1,13 39:4 40:8, 12,22 45:1,4,7 46:12 47:9 50:14,15 51:7,13 58:14,16 59:21 60:17,21,24 61:11 62:18 63:14, 21,24 64:10,13,16, 19,21 65:10,15,20 66:1,4,12,22 67:6, 13,20 68:1,3,15,23 71:8 72:6,13,20,24 74:19 75:4,6,9 76:13,22 78:22 86:6 88:3 92:6,9,14,16, 17,24 93:7,9 96:24 97:2 99:18,22 100:2,8 103:21 104:2,4

didn't 12:8 18:1 32:7 40:6 41:21 48:5 55:15,20,21 66:10 71:19 72:8 73:6,9 74:2,17 75:24 78:12,18 82:16,17 87:24 99:17 101:22 104:4

differ 11:22,23

difference 62:12

different 11:3 13:18, 20 14:3 22:1 25:20 26:6,7 31:16 48:21 49:17 70:12,13 73:22 95:21 98:7 100:18 101:9,14 102:19 103:17,18

differently 6:15,17

difficult 19:10

direct 41:14 59:5 64:13,16 72:18

directed 64:15

directly 91:9,10

director 9:17,20 10:24 11:5 12:1,13, 19,23 13:2 14:12,17 16:13 17:10,22 24:2 28:9,24 29:1,14,16 29:20 80:9,12 81:12 105:5,8,9,12

directors 26:20 103:21

Disabilities 88:14,17

disability 45:2,8 86:10 87:7,8,20

disagree 39:4 99:13, 14,15

disagreed 17:3

disagreement 51:14

disagreements 24:16

discipline 20:14

disciplined 20:21

discovered 59:22

discussed 65:14 67:22 71:4 103:20

discussion 83:20 94:19

dispute 24:19

disrespect 14:22 18:9

disrespectful 18:6

divested 13:1

divesting 46:20,22 47:20

do 4:23 6:7,16,21,23 7:1,4,7,8,15 8:16, 17,18,23 10:2,15, 18,19 13:7,12,15 15:22 16:2,3,5,6,8, 9,14,16,21 17:2,5,9, 18,20 18:3,11,16, 18,19,23,24 19:2 20:13,14,17 21:11, 18 22:1 23:9,12,15, 22 26:4,10 29:23 30:8,12,14,17 31:21,23 32:2,9 34:3,13,16,17,19,24 35:12 36:17,20,21 39:2,24 40:2,18 41:8,12 42:15 44:2

45:24 46:10 47:7
49:2,5 50:1,6,11
51:19,21 52:13,18,
21,24 53:2,13,17,
20,23 54:20 56:3,23
57:4,16,21 58:20
64:3,6,10,24 65:3,5,
18 67:2,5 69:16,20,
22 71:3,15,21 73:17
74:22 75:4,12,14
76:1,3,22 77:12,15,
19 78:11 79:17,20,
22,24 80:18,23
81:15 82:6,8,11,13,
17 83:11,22,23
84:7,9,10,13,15
85:5,20 87:6,9
88:19,22 89:1,20
90:12,15 91:1,18
92:6,8 95:14,24
96:4 97:6,10 98:10,
14,17,19 99:2,4,12,
15 102:5,8,14 104:8

**doctor's** 60:8,18
68:9

**doctors** 59:22

**document** 34:5
43:23 44:20 62:23
63:1 77:23 79:16
80:2,5 81:6

**documentary** 44:13

**documented** 43:1
59:1

**documents** 44:17
74:13 84:7 92:9
93:7 95:15

**does** 19:9 51:20 54:2
65:6 81:24 91:12

**doesn't** 39:11 85:3
91:16

**doing** 12:6,14 17:14,
16 29:23 31:6,7,24
35:13 38:14 41:3
50:22 102:9

**dollars** 19:21

**DON** 104:2

**don't** 6:19 8:3 9:22
14:22 15:2 16:11,
20,24 18:14,21 19:6
20:19,20,22,24
21:4,7,14,17,19,22,
24 22:2 23:17 24:13
25:6 26:12 27:13

30:1,11 32:1,4 33:3,
9,20 34:12,18,21,23
37:5,7,9,12,20,21
38:4,24 40:11,13,
19,24 41:7,9,11,23
42:14,17,21 43:13,
14,22 44:1,5 45:19,
23 46:13,15,16
47:24 48:1,3,10,14,
18,19 50:5,20 51:1,
18 52:20,23 53:4,6,
8,9,12,15,23 54:22
55:11 56:20,21
57:1,7,9,17,19 59:5,
8,24 60:6,9,11,13
61:5,10,12,22,24
62:3,6,17 64:2,5,12,
18 65:17 66:3,24
67:1,4 68:24 69:12,
18 71:2 72:5,23
73:15 74:19,20,24
75:2,11,18 76:8,24
77:3,7,9,10,11,21
79:11 80:4,19 82:10
83:14,15 84:2,4,12,
14,16,18 85:4,9,19
86:3,6,13 88:1 89:8,
17 91:5,9,11 92:2,
13,19 93:3,13,22
94:11 95:8,12 97:9,
13,17,18 98:16
99:8,20 100:24
101:9,14 102:18
103:6 104:9,11,15

**done** 16:24 22:15
51:19 83:4 90:9
96:6

**doubt** 86:11

**down** 11:1 41:8
80:21

**Downers** 54:1,3

**downloads** 79:5

**drive** 51:1,3 59:17
63:4 64:20

**driven** 70:19,22

**drop** 78:15

**drug** 17:1 20:23

**drugs** 16:1,22 17:4

**due** 65:24 81:14
83:10,21

**duly** 5:12

**Durham** 36:22
40:18 42:10 44:1

45:1 76:23 80:11,14
82:24 87:14 88:4,6,
9 94:13 95:10 98:23

**during** 5:6 8:21 17:1
21:4 30:16 34:2
46:17 63:10 76:23
97:1

**duties** 36:1

---

**E**

**each** 7:16 103:12

**earlier** 63:2 83:3

**early** 13:8,10 19:14
22:4 83:10,12,15
101:13,17

**easier** 8:13 79:10

**East** 22:3,8,14 23:2,
9,20 28:5,8,12,14,
15,18 29:11,18,24
30:1,4,9,20 31:7
32:1,3,8,21,24
33:24 35:7,21 36:1,
14 37:2,7 38:7,17,
19 40:6 41:3 45:14
46:6,10 50:13 51:9,
17,24 53:2 55:6,15,
20 56:17,24 57:5
59:16 62:19,20 73:2
79:23 80:9,14 83:3
86:7 88:11 99:22
100:3,9 103:24

**education** 12:3
13:19 25:23 30:21
31:2 35:15 101:3,
12,18

**educationally**
100:23

**educator** 71:18
101:8 102:6 103:2,
16

**educators** 103:6

**either** 76:19 95:9

**eliminate** 28:1 35:17
40:23 42:24 48:2
51:14

**eliminated** 34:8
43:21 44:3 45:1
49:15 50:3 54:17
56:9 58:18 66:18
81:14 88:5,11 97:6

**eliminating** 37:10

38:21 39:3 42:6
44:22 46:5 48:13
88:6

**elimination** 97:16

**Elk** 45:14 46:8
47:15 51:24 52:3,
16,22 53:9,17,20
54:3,17,20 55:2,5
57:2 58:19 59:18
63:5 64:21 66:13,18
67:21 68:16 71:16
72:4 73:1 74:3,4
88:10 97:5 102:6,9,
19 103:15

**else** 8:3 9:1 20:9
28:22 32:1 36:5
41:2,15,18 45:22
51:7 71:24 85:9,13,
18 98:24

**elsewhere** 51:22

**email** 18:22 38:23
42:18 74:17 79:22
80:17,21 81:2 83:9,
19 97:14 98:14,18
99:3,6

**employ** 105:4

**employee** 15:8 71:1
76:15 89:24 90:4
95:13,22

**employee's** 75:17

**employees** 31:3
90:10,23 91:1,4

**employer** 88:22

**employment** 6:14
34:23 69:9,24 70:18
74:23 84:7,23

**empty** 32:15

**end** 22:12 29:22
47:19 54:13 63:11
66:20 67:19 69:23
70:18 84:7 86:17

**ended** 66:15 71:15
73:5 74:23

**enough** 14:23

**entire** 85:15,16

**entitled** 33:7

**equipment** 23:13
25:22

**escaping** 29:4

**et** 24:18 30:4

**Ethan** 4:22 5:15
47:8 81:3

**evaluate** 90:7

**even** 4:9 25:18 46:8
57:18 62:3 68:5,12
75:4 77:3,9,19
90:20 91:3

**eventually** 68:19,21

**ever** 5:21 19:3,22
22:3 26:2 52:16
53:17 54:20 68:9
87:10,14 88:13
97:10,14

**every** 24:13 53:13
90:2 103:2

**everybody** 57:21
78:20 96:16 98:1
105:22

**everyday** 101:5

**evidence** 45:10

**evolving** 48:8

**exact** 9:22 30:11
33:3,6 46:16

**exactly** 24:12 33:5
34:12 72:13 93:13
98:1 101:15

**EXAMINATION**
5:13 104:20

**examined** 5:12

**example** 42:23 90:1

**exchanged** 94:3

**excuse** 30:23 46:21
100:15 105:8

**exhibit** 78:15

**exist** 34:22 43:8 85:3

**existed** 87:8

**exists** 34:7 39:7 84:6

**expect** 63:19

**experience** 15:13

**explain** 104:22

**explained** 83:2

**explaining** 81:13

**explanation** 89:3

**express** 51:13

**extent** 81:5

**extra** 40:6

**extremely** 19:16

**F**

**facilities** 12:2,3
13:21 36:11 46:19,
21,23 53:22

**facility** 9:18 10:7
11:19,21 15:21,24
16:22 18:7 28:5,10
36:12 38:19 46:11
80:9 81:22 101:5
102:22 103:3
105:13

**fact** 18:1 43:9 94:12

**facts** 45:10

**fair** 24:6 85:2

**fairly** 48:20

**fall** 30:13

**fallen** 36:15

**familiar** 13:4

**far** 21:15 37:9 44:2
48:1,11 51:1,3
81:23 82:3,6 99:5
101:11

**felt** 18:8

**few** 96:19

**figure** 44:14 56:23
62:11 85:17 95:20,
24

**file** 14:23 34:23
84:24 85:11,15,16

**filed** 93:23

**files** 85:2

**filled** 32:16 72:4

**filling** 71:15

**final** 70:20

**find** 75:9 77:23

**finding** 63:3 76:6

**fine** 7:23 9:22 22:13
58:2 78:19 96:9

**finish** 7:14

**first** 5:11 10:24
12:18 13:7,13
14:21,24 22:21 29:5
65:13 68:7 71:12
83:11 99:12

**five** 6:2,4 58:3 77:24
96:7,10 103:22
104:2,5,6

**five-minute** 58:1

**fix** 26:2

**flesh** 29:10

**flexible** 54:9,11,14

**floater** 13:23

**floor** 30:24

**FMLA** 51:2,4 59:20
60:14 61:8 63:9,10,
18,21 64:1,4,7,9,11,
14 66:6,16,19 67:6,
10,12,23 68:5,18,22
70:3,10,14 71:1,5,7,
13 72:7,8,9,14 73:4,
5 74:5,10,18 75:24
76:13,17 77:4 82:4
83:21 84:3 86:10,
16,20 87:23

**focus** 74:11

**folder** 79:5,7

**folks** 26:6

**follow** 63:14,19
88:22

**follow-up** 63:20
65:18 87:16

**followed** 19:15 20:7

**following** 35:16

**follows** 5:12 104:19

**for** 4:22 5:1,17 6:10
7:15,22 10:3,4,15,
17 11:20 12:21 14:6
15:18,24 16:16,22
17:23 20:2,11 22:5
23:13,22,23 24:5,7
25:24 26:6,19 28:12
31:6,10 32:17 33:6
37:8,13 39:20 41:2
42:2,23 43:6,20
44:12 46:7 47:22
51:20 52:5 53:9
58:3 59:6,11,16
60:14 61:1,4,11,16
63:21 64:1,14,22,24
65:3,7,23 67:3 68:2,
5,22 69:8,10 71:20
73:23 74:23 75:4
76:21 77:13,17,24
78:22 80:14,15,22
82:22 84:23 86:6,7,
8,22 87:11,15 89:5,
14 90:1,12 91:2
92:6 93:8 95:10
99:22,24 100:21,22

**formal** 65:8,11

**former** 75:16

**forms** 64:13

**forth** 91:23

**Forty-five** 92:19

**four** 6:2,4 38:5

**frame** 30:11 33:20
35:6 37:6,19 46:17
48:1,20 57:18 69:2
77:8 90:17 98:1

**frames** 28:6,15 33:4,
18 37:8

**frequently** 60:19
91:13

**Friday** 93:1,5

**from** 17:21 18:9,10
19:5 22:19 31:7
38:9 41:15 45:14,21
47:14 50:18 54:3
55:17 58:24 65:8
68:9,22 70:2,3,5,8,
10,14 73:1 75:4,24
76:13,17 79:22
82:17 87:10 88:16
95:14 97:20 98:14,
21 103:14 105:13

**front** 8:16,18

**frustrating** 18:5

**full** 8:9 55:15,20
102:20

**further** 68:4 76:12
105:17

**future** 25:24 26:4

**fuzzy** 10:16 28:6,16

**G**

**gears** 27:23

**general** 73:16

**generally** 15:14,15
69:22

**geography's** 49:18

**get** 10:14 12:12
19:19 24:3,13 53:10
54:3 60:4,9 61:9
66:13 72:17 81:4
82:16,17 90:7 91:6

**gets** 10:16

**getting** 10:19 20:21
24:15 54:24 59:14
75:17 94:8,10,18
102:22

**give** 8:9 9:6 16:10
27:10 57:15 60:21
88:1 90:6,15 92:5
96:10

**given** 61:13 62:2
105:16

**giving** 21:13 79:12

**go** 7:10 27:16 31:11
41:2 45:11,14 46:10
53:17,20,21,22 57:2
58:3 60:14 61:8,19
63:9,12 66:5,15
72:16 73:4 75:8,22
77:24 81:7 82:3,22
85:8 91:9,10 95:23
96:3,7 99:12 102:17
103:15

**goes** 63:18 79:4,6

**going** 4:3 8:6,24 9:2,
5 15:17 26:4 31:8,
21 33:4,14,19
37:14,17,18 41:18
44:9 45:9,13 47:14,
21 49:9,10,18,19
51:1 54:17 55:6
57:22 60:5,16 61:17
63:8,9 67:9 68:1
71:5 72:7,9,16
74:12,18 78:15
81:3,4 82:21 86:16,
20 101:17 102:2
103:24 106:4

**gone** 52:16

**good** 4:22,24 5:15
15:8 96:10,12
102:13 106:2,8,13

**gosh** 62:17 67:18
92:19

**got** 48:23 73:21 75:9
76:7,12 80:13 86:24
89:15 95:20 105:18
106:9

**gotten** 39:10 82:9,18

**grant** 25:7,14 64:7

**granting** 64:9

**grapevine** 99:11

**Gray** 4:14 13:5,7
15:3,23 16:21 17:14
18:9,11 20:13 23:9
26:10,17 27:18
29:23 30:9 32:21
41:6 42:3,24 43:5,
11 45:2,4,8,13,18,
21 46:5 48:24 50:7,
15,24 52:5,18 54:23
55:10 57:6 59:11,15
63:4,15,21 64:13,20
65:10 67:14,20
68:15 71:4,13 74:22
76:7,22 77:19 80:3
81:11,21 83:12 84:2
86:1 88:4 93:16,20
95:6 97:7,10,15
99:9,18 101:7 102:6
103:14

**Gray's** 17:3 21:21
28:1 35:18 38:21
39:3 40:23 44:3,22,
24 49:14 50:2 54:16
56:8 58:18 67:6
68:10 69:24 70:18
77:13,16 84:7 85:15
87:7,15 94:1,20
95:10 97:5

**great** 58:17 99:22
100:2,9

**Grounds** 33:15

**Grove** 45:15 46:8
47:15 51:24 52:4,
16,22 53:9,17,20
54:1,3,17,20 55:2,5
57:2 58:19 59:18
63:5 64:21 66:13,18
67:21 68:16 71:16
72:4 73:1 74:3,4
88:10 97:5,6 102:7,
9,19 103:15

**guess** 14:9 22:11,15
24:15 33:6 35:7,23
37:3 43:16 48:11
51:13 53:16 56:22
58:19 59:14 65:24
69:17 83:24 85:1
90:20 91:3 100:12
101:5,22 103:8

**guessing** 38:2

**guys** 58:5 74:2 96:7
105:23 106:10

**H**

**had** 11:1 12:19 16:22,23 21:2 22:15 23:19 24:6,9 27:15 28:8,10 32:8,11,16 33:24 34:2 35:6 37:22 38:3,20 41:3, 24 42:1,8 43:7,9 45:8 46:4,18,19 48:12,17 49:3,6 52:10,15,16 55:8,9, 16,20 56:14 59:22 60:1,2,7,11,17 61:8, 9 63:7 65:10,14,18 68:4,8 70:20 71:7, 12,24 72:15 73:20 76:1 82:3 83:2,4,13, 17 84:19 86:1 87:16 88:6 93:16 98:7,8 99:10,11 101:7

**hadn't** 68:5

**half** 38:11 73:10 93:23 94:14 95:4

**hand** 5:3

**handful** 6:1

**handle** 23:16 25:6,9, 14,20 80:24 90:2,8 105:24

**hang** 104:3

**hanging** 104:23

**happen** 61:11

**happened** 21:16,18 25:12 26:13,14 38:2 48:18 61:13 63:22 87:3 89:18 93:5

**happening** 13:20 31:1 44:11 49:9 83:2 87:18,22 94:7, 17

**happens** 32:19 91:7

**hard** 15:10

**has** 5:5 11:10 19:12 39:10 55:24 91:18 99:24 104:15

**Hash** 98:5

**hasn't** 104:6

**have** 4:2 5:7,21,23 6:13 7:15 8:16,18, 20 11:19 12:9 13:3 17:6 18:4,8 19:3,8

20:8,20 22:5,8 23:21 24:1 26:5,13, 16,19,23 27:12,13 29:2,21 30:6 32:7 35:22 36:4,6,7,10, 15,17 37:1,10,22 38:1,22 39:16,17,24 41:24 42:18,20,21 46:23 48:5 49:3,6, 11,13,16 50:20,21 51:1,4 52:6 53:1 55:4,5,14,15,21,23 56:3,13,16 57:16 58:23 59:7,11 60:4 62:7 64:10,15 66:8, 10 68:9,11,12,14 69:4,6 70:2,4,8,12, 17,19,20,22 72:11, 22 73:13,14,18,22 74:8,10 75:6,15,19 76:20 78:18 79:11 80:5,23 82:6,8,9,17, 23 84:2,10,20,23 85:4,14,21 86:6,7,9, 12 87:10,13,14,16 88:1,9,13,15,16 89:1,17,20 90:9,17 91:1,4,21 93:15,24 94:3,14 95:5,9 97:14,17,20 98:13, 23 99:3,7 100:21 102:18,19,20 103:6, 19,24 104:14,17 105:1,3,7,15,17 106:12,13

**having** 5:11 18:16, 17 33:24 36:18 45:2 46:6 103:15,16

**he** 81:8

**head** 7:19 92:2

**Health** 4:14 105:3

**heard** 19:3 68:8 70:2,4,8,13 88:13 97:18,20 98:13,20 99:10

**heavily** 35:19 36:5 48:3 103:10

**held** 13:13 31:13

**help** 12:11 16:14 28:7 39:12,14 41:20 44:17 55:17 56:14 103:12

**helped** 39:13 99:23

100:10

**helping** 12:2

**her** 13:13,15 15:4 17:10 23:12,15 26:23 27:1,7 29:2,3 30:18,20 31:4 32:23 34:4,8 35:11,15,21 36:12,14 40:16 41:2 43:7,12,20 45:14 46:5,7 50:18 51:5, 13,14,16 52:7,14, 21,24 53:2,7 55:20 58:19 59:15,16,23 60:12,16,18 61:10 64:15,16 65:18,20, 23,24 66:2,4,12,13, 17,18,24 67:3 68:10,22 70:3,5,8 71:23 74:23 76:13 77:13 80:21 81:14 83:1,13,14,17 84:23 85:16 86:16 87:10, 19,22 88:5 94:14 97:8,15 100:13,15 101:9,11,13,16 103:15,16,22 104:3, 7,10

**here** 4:12 8:10 10:16 20:2 28:2,6 29:10 36:18 47:24 48:11 50:21 51:21 55:1 57:4,15,17 76:3 79:13 86:8 87:6 92:1

**here's** 88:20,21

**herself** 26:11

**high** 49:22

**higher** 56:1

**Hinsdale** 10:13,20, 23 11:12,13,17,24 12:6,9,12,15 15:21 16:22 19:4,8,12,14, 15,19,24 20:14 21:12 48:6

**Hinsdale's** 19:10,11

**hired** 72:1

**hold** 106:4

**home** 83:10,12

**hope** 66:8

**hospital** 26:3,6

**hour** 57:22 73:10

**hours** 39:21

**how** 5:24 9:19 10:8, 15 11:22 29:10 37:9,14,17 38:14 42:15 44:2 48:1,11 52:21,24 53:2,6,20 54:2 55:6,13 56:6, 15 60:21 66:12,21 67:15 69:6,7,11 74:21 76:22 86:3 90:2,8,15 91:1,4,12 92:17 93:13 98:10 100:7,19 101:7 103:5,8 105:23 106:5

**How's** 102:9

**HR** 41:15 42:5 43:24 44:18,24 63:14,19 64:9,15,17 67:6 70:19 74:17,20 75:6,8,14 80:14 84:23 90:5 91:10,24 95:18,23 96:3 97:21 98:21,22,23

**human** 14:15 36:7, 16,21 80:8 89:10

**hung** 31:4

**I**

**I'D** 44:11 81:20

**I'LL** 7:10 80:1,4 98:3

**I'M** 13:22 15:17,21 17:24 21:20 24:11, 15 25:9 27:2 33:4,6, 14,19 35:19,23 37:3 38:3,5 39:6,11,22 40:24 43:16,18 45:9,20 47:2 51:1, 18 54:10 55:22 56:5,12,13,19,22 57:12,23 61:17 62:11 63:24 65:2 66:7,19 70:6,15,22 74:24 75:1 76:5 77:10 78:15,19,23 80:10 81:3,4 82:21 85:8,14,17 86:5,14, 16,19 91:6,21 95:19,21 97:24 100:5,6,12 101:6,8, 24 102:21 103:19 105:11,15

**I'VE** 8:5 16:24 43:9 48:23 89:4,14 97:18 101:15 104:7

**idea** 33:10,12 42:12 46:14 69:13 75:19 80:23 82:8,17 84:2, 10

**if** 4:9 5:16 6:19 7:22 8:3,6 11:22 14:16 15:21 16:6,16 17:2, 15,16,18,24 19:18 20:17,18 21:4,17,19 24:3,12,15,16 25:4, 8,9,13,17,24 26:18, 24 27:6,16 33:7 34:19,21 35:11,23 37:21 38:4 40:19 41:9,18,23 42:21 43:13 48:18,23 49:21 51:1 54:20 56:23 57:1,12 58:5 59:5 60:11 62:6 63:8 65:10 66:14 67:5 70:22 71:3,16, 22,23 72:1,3,10 73:15 74:19,22 75:4 77:12,19 79:14,20 82:16 83:11,15 84:16,17,19,22 85:1,4,17 86:17 89:22,24 90:4 91:18 92:14 93:10,16 94:9 95:14,19,21,22 96:7 97:6,7,17,18 99:21 100:2,13 101:8 102:5,21 104:15

**Illinois** 11:1 12:20 22:16 105:3

**immediately** 63:12 83:14,18

**implicitly** 41:19

**important** 7:12 86:19

**in** 4:6,10,13,20 5:16 6:11,14 7:2,4 8:13, 14,16,18 9:15 10:15,22 11:1,11 12:3,14,20,23 13:5, 8,10,11,18 14:20 15:3,13,20 16:14 17:9,14,15,20 18:13,22 19:11,13 20:3,13 22:4,6,15, 22 24:13,24 25:2

26:11,19,22 27:15,
24 28:7,9,11,18
29:12,20 30:10,20
31:1,3,13 32:4,10,
20,22 33:1 34:20,22
35:14,19,22 36:1,2,
11 37:9,13,14,20
38:10,20,22 39:1,7,
18,21 40:9,15,19
41:1,12,17,18 42:1,
8,21 43:3,5,9 44:2,
11,17,20 45:7,10
46:4,19 47:21 48:9,
20 49:9,19,22
50:15,21 51:6,9,24
52:19,22 53:3 54:1,
3,12,24 55:9,12
56:9 59:21,23
60:12,24 61:14
62:21,23 63:6,16
64:6,16 66:18,22
67:2,8 69:3,22 70:3
71:4,9,24 73:1,16
74:11,12 77:16
80:2,13,14,20,21
81:10 83:1,6 84:17,
20,22,23 85:2,17
86:5 87:3,4 89:5,21
90:9 91:13 94:13
95:4 97:7,23,24
98:7,8,23 99:23
100:10,16,21,22
101:2,5,9,12,13,18
103:2,5,6,12,20,23
105:2,10,16

**in-person** 45:24
46:2 49:1,2 50:6
59:15 71:10 81:18
88:4 95:5

**include** 22:24

**independent** 28:13

**independently**
19:18 96:1

**Indiana** 11:2 12:20
22:16

**individual** 105:2

**individuals** 98:14
103:11

**industry** 51:9

**information** 8:22
9:6 60:2 82:9,18
90:7,12,16

**informed** 51:2 72:9

**informing** 43:12

**initial** 41:10

**initially** 12:8,18,23
41:7 47:17 52:12

**inside** 36:13

**instance** 15:23

**instances** 21:11

**insurance** 74:23

**integrated** 48:4

**intent** 86:23

**intention** 28:14

**intents** 86:22

**interchangeably**
14:16

**interesting** 47:11

**into** 15:23,24 21:12
26:4 29:13,15,16
48:4 60:3,9,15 61:9,
14 72:12 78:15
103:16

**introduce** 4:19

**invade** 66:11

**investigation** 15:24
16:14,19 17:14,16,
23 18:12 20:13,15
21:3,6,8

**investigations** 17:1
20:23

**involved** 24:3,13
26:22 35:19 36:5,6
40:19 41:16 64:6
69:1,3 77:16 83:1,5,
6 84:17,20,22

**involving** 26:11

**is** 4:9,15,16 5:6,15,
19,20 6:5,10 7:13,
24 8:14 9:2,6 11:13
13:19,22,23,24
14:4,5,8 16:15 17:7
19:13 22:14 23:5
24:6,15,23,24 25:2
26:1,2,3 29:3,5 31:8
32:24 33:1,21 34:4
36:5 37:18 38:14,
16,18 42:6,23,24
43:1,4,17,18 47:12
48:3,8 49:14 50:9
51:9,24 53:5 56:15
59:18 61:15 62:6,23
63:2 65:1,4 69:9
70:13,23 71:12

72:18 73:12,14,17
74:7 80:1,2,3,7,12,
17,18,23 81:17 82:6
83:19,24 85:1,2
86:6,18 88:5,20,21
90:6 91:7,12 93:10,
11,12,14,15,18
94:17 98:9,21
100:17 101:6 103:1,
2 106:10

**isn't** 43:7 53:9

**issued** 34:3

**it** 6:8,11,18,19 11:22
13:19,22,23 14:1,2,
4 16:6 17:17,19,21
18:2,22 19:13 20:3
21:4,16,17,18 24:6,
21,24 25:17,18,19,
21,22,23 26:1 27:7,
9 28:4,14,17 29:21
30:6 32:3,8,11,14,
15,16,19,20 33:8
34:21 35:3,21 37:1
38:4,5,13,14 39:4,5,
6,11,22 40:4,5,12,
15,16 41:2,6,14
42:15,16 43:13
44:3,4,7,8 45:24
46:7,19 47:12
48:16,19,23 51:20
52:3,7,9 53:5 54:2
55:3,6 56:2,20
58:24 61:11 62:1,5,
6 63:11 65:6,14
67:9,22 68:7,8,17
69:4 70:22 71:6,19
73:3,15,18,21 74:7,
9,20,21 76:15
78:21,24 79:1,3,4,6,
7,8,10,11,12,18,19
80:3,13,20 81:4,16,
21,23 82:3,5,7,14,
16,17,21 83:20,24
84:13,15,16,17,19,
20,21,22,23 85:2,5,
9,12,17 86:4,9,11,
19,24 88:21 89:15,
18 90:7 91:23 92:14
96:5,15 97:18,19,20
98:20 100:7,8,17
101:3,14,15,22
102:21,24 106:12

**it's** 8:13 13:21 14:22
15:21 18:6 19:6,7,

10 27:1 31:20 33:8
37:16,21 39:7,8
43:9 47:11,16 54:6,
7 67:12 69:5 70:21,
23 78:20 79:12,22
85:1 94:7,12 95:20
100:20 101:1,4,5

**item** 16:16 23:24

**items** 35:14 60:15
72:15,21

---

**J**

**Jackie** 29:2,5

**job** 26:23 27:7 33:19
51:20,21 81:24
100:2,9

**John** 20:7,10

**joke** 19:5,6,9,18

**Jones** 79:23 80:7,13
82:8,11,17

**July** 83:20

**June** 81:11 83:9,20

**just** 4:2 7:5,10,15,23
8:5 9:24 12:7 14:23
15:17 16:10 21:5,20
23:4 27:2 32:4,11
33:14 34:6 36:13
38:2 40:4,16 41:12
42:14 43:10 45:17
50:14 53:24 55:4
59:8 70:19 71:23
74:3,9 76:4 77:23
78:20,23 79:9,11,15
81:1,3,4 84:18
85:14,22 89:12,13
91:6,22 92:5,14,23
95:20 96:7,19 98:3
100:5,6,12,16,17,20
101:1,4 102:21
104:9,17

**justification** 43:19

---

**K**

**keep** 59:3

**keeps** 79:3

**Kelly** 28:20 29:16,
17 36:20 39:11
45:19 62:5,8,10
82:24 83:7

**kept** 59:5

**kind** 6:7,19 7:10
9:24 13:18,24 14:5
19:11,17,18 20:9
23:4,5 29:9 30:19
32:13,17,21 40:4
43:1 46:3 54:15
56:2 59:10 62:2
63:11 66:21 69:21
71:20 73:4 76:4
77:23 81:1 88:1
94:16 95:15

**kindly** 4:4

**knew** 17:17,19

**know** 6:19 7:4,7,13,
23 8:5 11:19 13:2,8,
15,20 14:3,8 15:5
16:3,6,15 17:11
18:1,19 19:7,14,15,
17,18,22,23 20:14,
17 21:17 23:24
24:3,16,24 25:5,7,
23,24 26:5,7,8,19
29:3,23 30:16,22,24
31:2,4,21,24 32:1,2,
5,6,12 33:8 34:17,
19,21,23,24 35:12,
15 36:11 37:5,6,13,
17,18,20,21 38:4,
10,24 39:13,15,19,
21 40:18,24 41:1,7,
9,16,17,18,19,20,21
42:1,2,15,21 43:5,7,
14,17,18 44:1,7,8,
10,11 46:7,9,13,15
47:16,19,24 48:1,3,
8,10,14,18,19,21
49:6,8,14,17 50:20,
23 51:1,5 52:14,18,
20,21,24 53:2,6,12
54:10,12,20,22
55:11,13,14,23,24
56:21,23 57:1,9,12,
18 58:23 59:5,8
60:5 61:22 63:2,10
64:2,3,5,6,8,24 65:3
67:23 68:3,24 69:6,
9,12,16 70:2,3,15,
24 71:2,3,15,18
72:2,5,23 73:12
74:9,14,21,22 75:2,
4,11,18 76:1,4,8,9,
12,14,18,19,21,22
77:4,7,9,11,12,15,
19 79:14 80:18 81:5
82:10 83:5,11

84:13,15,19 85:7,9,
20 86:3,7,15 87:6,
17,18,21,24 88:20
89:3,8,14,21 90:6,
13 91:5,9,10,11,18,
21,23 92:2,13,14,19
93:3,13,14,15,16,23
94:3,4,17,23 95:14,
21 97:6,9,18 98:10,
14 99:5,10,20,23
100:17,20,21,22,23
101:2,3,4,5,9,11,15,
24 102:1,5,17,18
103:1,10,11,15,20
104:1,8,9,11,15
105:4,5,13
**knowing** 83:1
**knowledge** 27:22
54:15 58:24 94:24
**known** 17:6 43:7
58:23 101:16 104:7

## L

**L-U-B-E** 5:20
**lack** 19:1 23:16 69:7
82:5
**lacking** 23:13
**large** 19:12
**last** 5:20 29:3 34:24
83:10 93:5 94:13
95:4 98:11
**later** 22:7 30:7
**latter** 89:16
**Lawn** 22:3,8,14
23:2,9,20 28:5,8,12,
14,15,18 29:11,18,
24 30:1,4,9,20 31:7,
24 32:3,8,21,24
33:24 35:7,21 36:1,
14 37:2,7 38:7,17
40:6 41:3 44:9
45:14 46:6,10 50:13
51:9,17,23 53:2
54:24 55:1,6,15,20
56:17,24 57:5 59:16
62:19,20 79:23
80:9,14 83:3 86:7
88:10 97:6 99:22
100:3,9 103:24
**lawsuit** 5:16 7:2,5,7
93:11,22 94:1,2,6,
10,15

**lawsuit's** 93:19
**lawyer** 9:1,5 92:10,
15,18 104:15
**lawyers** 34:20
**leadership** 55:21
**learned** 89:21
**least** 53:22 69:14
76:13 87:7
**leave** 63:12,21 64:4,
7,14 67:7,10 72:16
74:12 83:14 86:17
87:23
**led** 102:22
**left** 32:17 67:22
68:17 69:9
**legally** 105:11,16
**Leslie** 16:13 18:17
21:10 22:19
**less** 12:21 73:10
91:13
**let** 7:14,23 8:5 20:2
22:2 49:3 50:14
60:5 63:10 67:23
79:7,13,20 86:21
90:6 96:7 100:24
**let's** 10:18 14:9
28:17 58:3 93:23
**letter** 34:3,7,13,15,
17,19 35:1 43:3,11,
15 84:6,10 85:17,20
86:12,18,24 87:4
**level** 40:6 49:22
**liaison** 25:5
**Libertyville** 53:12
**license** 31:5 103:23
104:3,23
**licensed** 11:20
105:2,4,5
**like** 6:2,3 7:20 13:23
19:21 20:22 24:4
25:23 29:20 30:24
31:5 32:18,20 34:21
36:13 39:13 42:24
43:1,2,8 46:9 49:10,
17,23 52:10 53:11
56:2 57:14,24 59:1,
2 67:10,17 71:18
74:15 79:4,5,18,22
80:20 83:2 88:23
89:10 92:10 93:24
94:20 95:1 105:7,23

106:3
**liked** 15:14 104:9
**likely** 47:12
**Lindsay** 4:16
**line** 29:10 59:5
**litigation** 34:20 80:3
95:2
**little** 6:14,16,18
10:1,16 12:11,21
14:1 19:5 20:9
27:23 28:6,16 30:7
35:5
**live** 14:23 53:23
54:1
**lives** 53:6
**living** 52:19
**Liza** 13:5 16:12
26:21 28:10,14,15
31:3,4 32:4 33:24
34:7 35:3,7 37:6,7
38:12 39:18 40:14
41:9 48:2,12 49:5,
14 55:14,17,19 71:6
72:7 73:15 74:5,12
76:21 81:11,21 82:2
83:3,10,21 102:17
103:19,21 104:2,6
**Liza's** 28:2 54:11
71:17 74:18 94:19
**LLC** 4:14
**locations** 74:8
**long** 9:19 10:15
14:6,23 19:5 20:11
43:7 52:21,24 53:2,
7 54:2 65:24 67:15
69:8,11 76:21 92:17
99:24 101:7 104:7
**long-term** 26:1
**longer** 10:8 32:23
33:13 35:24 51:6,23
52:6,8 54:24 59:16
**look** 27:7 49:10
60:15 93:7
**looked** 16:17 60:9
61:9 72:11
**looking** 24:5 60:3
**looks** 79:22 80:20
**lot** 13:19 17:1 43:8
47:21 52:10 54:7
66:24 87:18,22
102:24

**loud** 7:18
**Lube** 4:13 5:2,10,19,
21 58:7,17 78:9,22
81:12 92:6 96:21
104:18 105:19

## M

**ma'am** 5:15 58:11
**made** 14:10 27:24
28:7,11 33:12 35:17
39:17 42:23 48:2
55:23 56:19 57:1
70:17 71:6 74:11
75:1 93:17
**magnitude** 91:7
**majority** 23:23
**make** 34:6 37:15
48:22 56:6,7,15
66:6 67:20 71:8
86:21 90:5,22 93:2
**making** 37:23 43:19
44:6
**manage** 96:2
**managed** 47:17
**management** 72:2
**manager** 56:1
**managerial** 59:6,11
**managers** 103:21
**managing** 10:23
22:22 103:1,8
**Manorcare** 4:14
9:10 13:9 19:4 31:6
77:12 88:17 91:18
95:14 101:14
**Manorcare's** 97:15
**many** 5:24 6:23 19:7
32:6 42:15 55:13
69:6 91:1,4 99:23
103:5
**market** 29:16
**marketing** 24:2
**match** 81:24
**matter** 4:14 94:12
**mattered** 74:10
**may** 5:9 14:20 69:4
72:22 79:1 91:9,10
96:6 98:13
**maybe** 9:21 19:21
25:5 45:21 49:7

50:9 57:24 72:3
74:9 76:9 79:15,18
80:10 92:20 98:20
105:7
**me** 7:14,23 8:5
10:17 12:11 16:10
17:10 20:2,11 22:2
25:4,6 29:4 30:23
36:15 46:21 47:22
48:23 49:3 50:14,19
52:7,8 65:23 70:11
73:3 75:6 79:7,12,
13,14,20 84:6 85:4
86:21 90:4,6 91:10
92:5 96:7,10
100:15,24 105:8
**mean** 6:16 11:10
14:1,22 17:18 19:9
23:24 24:22,24
26:21,24 32:9 33:17
35:11 37:20 38:1,
11,12 41:12 43:6
46:8 49:10 52:13
53:5,8,21 55:3,8,11
56:3 57:1 59:1,3
64:2,8 65:6,22 66:5,
9 69:5 70:9,21,23
71:21 73:11,17,24
74:1,17 75:23 76:9
77:2 88:19 89:3,4
90:19,22 91:4 92:8
93:12,13 94:2,11
95:1 100:15 101:13,
24
**meaning** 17:20
52:14 57:14 71:22
73:19 87:24 89:17
105:10
**medical** 60:2 63:8
65:13,15 72:11,16
83:21
**medicals** 63:13
**meeting** 40:16 42:2
49:1,3 50:6,11,16
59:15 62:4,9,18,24
64:16 66:23 67:7,19
71:10 74:14 81:17,
18 82:1,15 83:12
85:24 87:1,4 88:4
95:6
**meetings** 30:15
31:12,13 42:19 49:8
**Melissa** 80:17,21

**members** 49:8
**memo** 43:1,19
**memorialize** 85:22 86:22
**memorialized** 86:4
**memorializing** 86:18
**memory** 20:20 33:22 39:24 40:3,8 56:3 89:21
**mention** 4:3 86:19
**mentioned** 46:18
**mess** 32:17
**message** 9:1 41:5,8
**met** 13:7,13
**might** 14:14 20:8 39:14 75:6 79:10 87:4 99:3
**minutes** 54:5 58:3 61:4,11,16 74:14 78:1 90:2 92:20 96:7,11
**mishandled** 15:24 16:1
**mispronounced** 8:5
**mobile** 104:1 105:8, 9
**moment** 29:4 104:15
**monitoring** 30:22, 23
**month** 44:4,7 48:19 90:19 91:8
**monthly** 53:22
**months** 10:4 12:22 22:5 37:21 48:19 69:13,14,15
**more** 4:4 6:18 14:9 19:6,20,21,23 23:24 28:12 32:5 38:5,6 42:16 49:21 61:16 65:18 87:17 94:12 95:20 96:19 104:1
**morning** 4:22,24 5:15 53:14 54:4 93:2
**most** 6:5 7:12 52:14 56:20 59:4 89:6 101:15
**mostly** 14:12
**move** 28:13 31:14, 15 36:12,14 37:7,15 39:15
**moved** 11:2 22:19 29:13 34:2
**moving** 34:4 35:21 37:6 45:13 105:13
**Mr** 4:22,24 5:14 15:17,19 33:14 45:9,16 47:7,23 57:21,24 58:2,5,6,9, 10 61:17,21 75:21 76:2 77:22 78:2,3,5, 7,8 81:3,8,9 82:21 83:8 96:6,9,10,15, 18,19,20 104:14,17, 21 105:17,18,21 106:1,3,4,5,7,11
**Ms** 4:13 5:2,21 13:7 15:3,23 16:21 17:3, 13 18:9,11 20:13 21:2,12,21 22:2 23:9 26:10,17 27:18 28:1 29:11,23 30:9 32:21 35:18 36:18, 23 38:16,21 39:3,24 40:22,23 41:6 42:3, 24 43:5,11 44:1,3, 21,22,24 45:1,2,4,8, 13,18,21,22 46:5 48:24 50:2,7,9,15, 24 52:5,18 54:16,23 55:10 56:8 57:6 58:7,17,18 59:11,15 63:4,15,21 64:13,20 65:10 66:22 67:2,6, 14,20 68:10,15 69:23 70:18 71:4,13 74:22 76:7,22,23 77:13,16,19 78:9,22 80:13,14 82:8,11,16 83:11 84:2,7 85:14 86:1 87:7,14,15 88:3,4,6,9 92:5 93:16,20,24 94:1,9, 13,20 95:5,6,9,10 96:21 97:5,6,10,15 99:9,18 101:7 102:6 103:14 105:19
**much** 28:12 29:10 60:22 66:10 83:4 90:15 91:17
**multiple** 37:2,22 46:19 49:3 92:22
**mutual** 39:22
**my** 4:16 5:15,19 8:4 10:24 13:2,8 17:1 22:4 27:2,22 33:19 41:19 47:2 48:20 63:8 66:9 74:5 76:9 79:6,9,13 82:7 90:4 91:13,16 93:12,14 96:8 97:21 98:9
**myself** 24:2 76:19

**N**

**name** 4:16 5:15,17, 19,20 7:1 14:21 29:3,5 98:11
**names** 14:24 49:23
**Naperville** 10:7,9
**nature** 24:5 35:14 59:24 60:14 66:9 87:7,19
**near** 47:18
**necessarily** 71:19 100:6
**need** 7:18,22 9:22 23:23 24:3 25:18 26:2,7,21 35:21 36:12 37:9 39:11,14 40:6 41:20 44:6,10 46:7,10 50:20 51:6 53:23,24 54:24 55:18,20 56:14,17, 20 57:3,21 59:16 60:4,18 63:9 66:5, 18 73:20,22 74:18, 20 87:11,15 88:22 90:1,5 93:3 100:21, 22,23,24 101:2,4 106:9,10
**need-based** 102:1
**needed** 12:3 13:19, 24 14:8 27:16 32:24 33:13 35:22,24 36:1 45:15 50:18 51:20, 22,23,24 53:21 55:1 56:20 60:8,14,15 63:12 65:19 66:15 67:20 72:16 73:4,5 74:5,10 97:8
**needing** 45:5 46:7 72:13
**needs** 36:16 37:2 38:7 39:17 44:12 49:19 50:21 55:6, 12,13 57:10,15 63:11 67:10,12 72:11 73:19 81:14 90:24 105:14
**negative** 60:20 76:10
**never** 24:13 25:12 26:23 28:14 31:4 61:15 72:10 76:12 81:7 82:4 96:1 99:5
**new** 28:9,18,22 30:4 32:10 48:17,20 60:2,8 61:9 72:15, 20
**newer** 47:15
**news** 41:13
**next** 55:5 80:20
**nice** 106:12
**no** 7:3,8 8:11,15 9:4 12:7,15,16 15:6 19:2 20:16 22:13 23:11,14 24:8 25:13 27:4,6 29:8,13 30:6, 17 31:15,20 32:23 33:10,12,13 35:24 43:23 44:5,13,15, 19,23 45:3,6 47:1 49:2,16 50:4 51:5, 23 52:20 53:8,12 54:19,24 56:5 57:7, 19 59:16 60:20,23 61:2,5,13,20 62:1 63:24 64:12,23 65:12,22 66:3 67:18,22 68:3 69:13 71:6,17 72:19 73:3, 8,19 74:16 75:3,13, 19,23 77:7,18 78:14 79:1 80:6 82:2,14 84:12 85:16 87:13, 19 88:12 89:23 92:3,4,12 93:9 94:2, 4,8,18,19,22,24 95:8,12 97:9,13 98:16 100:6 101:24 103:4 104:6,13 105:20
**nobody** 8:22 72:3
**nobody's** 9:5
**nodding** 7:19
**normal** 41:22
**normally** 8:13 39:10 41:12
**north** 23:4 48:6 53:11
**not** 4:7,9,10 6:23 7:8,16 8:17,24 12:18 15:21 16:5,8, 15 17:5,22 18:12, 17,23 19:2,13 20:23 21:18 23:6 24:11, 17,20,22 25:9 26:9, 11,13,17,21 27:1,7, 9,18,20,22 28:3 29:8 30:6,7,14,17, 23 31:2,23 32:6 33:4,6,19 34:1 35:21 38:18 39:7,9, 18 40:24 43:20 45:10,20 46:6 47:7, 15,16 49:1,2,5,22 51:9,10,18,20 52:9, 16 54:12 56:5,12 58:16 59:7 61:11 62:14 64:21 66:3 68:3,11,12,14,15,22 69:8,20 70:2,4,6,8, 12,13,16,22,23 73:24 74:19,24 75:1 76:5,14,22 77:15 79:12 82:13 83:15 85:2,5,12 86:23 87:4,9,13,18,21 88:9 92:3 93:9,17, 19 94:11,22 95:19 97:2,5,17,19,24 98:19 99:4,21,24 100:3,14,17,20 101:5 102:8 103:22 104:2
**notable** 15:5,6
**notary** 4:10
**note** 60:18 65:8,11 68:9 87:10
**notes** 8:16 74:15 96:8
**nothing** 15:5 19:22 87:17,19 94:4,23 105:17
**notice** 18:17 19:1 21:13 44:7
**noticing** 4:18
**notified** 18:12

**now** 10:14 12:9 46:10 62:7 85:14 96:4 106:4

**number** 48:21 95:6

**numerous** 54:11 100:10

**nurse** 13:14,16 14:5, 11 16:16 20:18 27:15 28:3 39:19 43:6 71:18 101:7, 12,18 102:6 103:2, 6,15

**nurses** 13:17 27:10, 17,19

**nursing** 26:20 28:9, 24 31:5 39:9,18,21 55:16,21 56:1 72:2 103:21 105:1,5,8,9, 12

---

**O**

**Oak** 22:3,8,14 23:2, 9,20 28:5,8,12,14, 15,18 29:11,18,24 30:1,4,9,20 31:7,24 32:3,8,21,24 33:24 35:7,21 36:1,14 37:2,7 38:7,17 40:6 41:3 44:9 45:14 46:6,10 50:13 51:9, 17,23 53:2 54:24 55:1,6,15,20 56:17, 24 57:5 59:16 62:19,20 79:23 80:9,14 83:3 86:7 88:10 97:6 99:22 100:2,9 103:24

**oath** 4:8 5:4 58:12 78:10 96:22

**object** 15:17 33:14 45:9 61:17 81:5 82:21

**Objection** 75:21

**occur** 37:4 46:12 67:13 68:23 92:24

**occurred** 18:20 33:22 44:2,3,18 61:23 92:14

**October** 4:15

**of** 4:2,8,13,14,20 5:7 6:1,7,18,19 7:1,7, 10,19 8:4,16,18,20 9:11,17,24 10:24 12:13 13:18,19,24 14:3,5,6,10,17 15:3 16:18 17:1,11 19:1, 5,6,11,17,18,20 20:9,10,15,21 21:8 22:12,22 23:4,5,16, 23,24 24:5,14 25:15,19,20 26:7,20 27:7,18,21 28:4,9, 14,24 29:9,22 30:19,20,22,23 31:3 32:6,11,13,17,21 33:15,18,19 34:2,13 35:12,21 36:11,12, 16,18 37:2,7,10,13 38:3,7,12,18 39:9, 12,13,21,24 40:4,6, 8,14 42:12 43:1,5,8, 12,14,19 44:2,6,16 46:3 47:19,21 48:4, 5,6,17,20,21 49:7, 22 50:19 51:19 52:10,11,14,17 53:7,10,22 54:15 55:13,16,21 56:2,4 57:9 59:4,10,24 60:4,14 61:7,24 62:2,8,16 63:2,11, 12,16,20 64:9 65:20 66:7,20,21 67:3,8, 19 68:2 69:6,7,10, 15,21 70:3 71:4,20 72:1,17 73:5,11 74:6,13,14 75:1 76:4,13 77:4,23 80:9,14 81:1,4,12, 15,23,24 82:5,7 83:6,10,11,12,16 84:7,21 85:1,5 86:3, 17,23 87:7,19 88:1, 13 89:1,21 91:6 92:2 93:3,10,16 94:4,12,16,23 95:1, 6,15 97:1 98:7,14 99:3,9,12 101:1,15 102:20,24 103:18, 20,21 104:1,23,24 105:2,3,5,8,9,12,15 106:13

**off** 27:2 47:3 58:3,4 65:19 69:17 77:24 78:6 92:1 96:14 106:4

**offense** 15:2

**offer** 36:13

**offered** 81:22 86:16

**offering** 45:14

**office** 62:22

**often** 19:16,17 53:20

**oftentimes** 41:16

**oh** 9:12 14:12 16:20 18:23 31:23 34:21 35:2 40:11 44:9 54:22 55:11 56:5,11 57:7 62:22 64:2 67:11,16,18 70:15 76:24 79:15 85:19 91:3 92:19

**Ohm** 16:14 18:17 21:2,10,12

**okay** 5:24 6:2,5,10, 16,21 7:9,16,17,20, 21 8:2,7,8,21 9:4,7, 19 10:1,5,18 11:8, 12 12:4,17 13:4,12 14:9,13,20 15:7,16, 20 16:3 18:4,24 20:4,12,20 21:11,20 22:1,10,18 23:3 24:9 26:24 27:4,5 29:5,8,19 30:3,8 32:20 35:5,17 36:4 40:3,12 42:5,10,12 46:3 48:15 50:1,5, 14 52:18,21 53:5, 17,23 54:2,6 57:8, 17,20,21,23 58:9,17 59:14 62:16,18 63:3 64:3,10 65:6 66:1,8, 22 68:12,15,23 69:19 70:17 71:12 72:6,20 73:6 74:2,7, 22 75:2,7 76:6 77:1, 6,12,22 78:3,7,15, 17 79:13,20,21 80:7,17,20 81:1,21 82:15,23 83:19 84:5 85:6,20 88:3,9,13 89:9,17,20 90:6,21 91:15 92:1,13,21 93:7,18 94:5,9,19 95:4,9,19 96:3,10, 19 97:3,14 98:6,10 99:9,15 101:22

**on** 4:3 5:8 7:11 8:12 9:2 13:20 20:15

27:11 28:3 30:23 31:4 33:24 35:16 36:15 37:2 39:8,19 40:15 41:18 44:11 47:4,21 54:4,14 55:5,6 56:3,5,19 58:9,15 60:5,14,16 61:8 63:8,9,18,19 64:4 66:6,15 68:18 69:4,9 70:20 71:1,5 72:7,9,16 73:4 74:12 77:4 78:7,13, 21 80:21 81:10 82:3 83:3,12,20,21 84:3 86:16,20 87:22 89:7 90:17 93:1 96:5 101:3,13 102:1,2 103:10 104:19 105:14 106:9

**once** 12:4,8 28:12 46:22 91:7,8

**one** 4:5 6:14 9:5 17:13 21:16,17 27:18 31:13 33:18 38:5,6 41:9 42:16 43:9 46:2 47:14 48:18 53:16 63:2 70:16 71:20 75:2 78:18 92:21,23 98:14,15 99:9,12,21 103:23 104:17 105:11

**one's** 104:23

**onetime** 21:5

**ongoing** 9:7 37:16

**only** 7:23 8:12 43:9 53:10 61:3 63:1 73:13

**open** 29:14 55:13 56:9,12,14,17,23 57:13 58:23 59:1,3, 4,6 78:24 79:7,12 102:17,18 103:1

**open-ended** 67:23 68:17

**opened** 79:18

**opening** 56:20 57:3 105:7

**openings** 57:10 105:14

**operations** 10:24 12:13 14:17 81:12 89:5

**opinions** 27:11

**opportunities** 97:12

**opposed** 77:12

**option** 79:12

**options** 71:3

**or** 6:2 7:5,20 8:4,19 9:1,5,16 12:15 13:3 14:5 15:22 16:1,7, 13 17:2,13 18:5,9 19:1 20:18 21:4,18 22:22 24:2,4,17,20 25:4 26:8,9 29:16 31:4,5,14 32:8 34:11 35:15 37:6, 17,18,21 38:2 39:1, 20 40:9,15,20 41:6, 10,14,15,24 42:16, 22 43:1,14,19,20 46:1 48:19 49:1,23 51:10,11 54:13 56:12 59:2,7 60:22 61:3,11,16 62:13 63:4 64:7 70:20,23 72:1 73:16 74:19 75:2 76:4,19 79:5 81:7 82:5 83:6,15, 19 84:5,16,17,19 85:15 86:10 87:7,18 89:2,13 90:2 91:18, 22,23 92:21 94:10, 15,20 95:2,10 97:17,19,21,24 98:22,24 99:13,21 100:6 101:23 103:21,22 104:3 105:8

**order** 91:6

**organization** 15:13

**originally** 46:19

**other** 6:10 7:16 10:23 12:2,3 21:11, 22 31:8,21 32:5,7 35:9,13 36:1 40:16 43:8 50:21 55:2,9 56:9 57:5 58:23 63:7,13 71:3 72:7 73:1,6,7 74:3,8 85:11 94:7,16 97:4, 7,11 103:12,13

**others** 21:19

**our** 9:17 10:6,13 11:3 12:24 19:11 26:8,20,21 27:17

28:3,5 36:16,21
38:19 39:21 49:7,
18,19 51:9 53:11,22
57:10 59:4 61:14
63:19 66:14 73:19
80:9 86:22 90:23
97:1 103:11 105:9

**out** 7:18 12:2 16:23
28:4,7,14 29:10
33:21 35:21 37:7
44:14 52:11 56:23
61:8 62:12 63:4,18
64:4 66:5,15 67:2
68:1 69:7,8 71:1
72:7,16 73:4 74:12,
14 75:9 76:7 81:4
85:17 86:16,20
87:22 95:21,24
100:10

**outcome** 7:7 16:18
20:15 21:1

**outlined** 65:9

**over** 7:16 11:8,19
12:2,23 18:22
19:14,24 22:8,14
23:8,19 28:5 29:11,
12,17 30:4,9,19
32:8,14,21 42:22
49:11 91:2 94:3

**overhaul** 32:13

**oversight** 11:18,20
12:2,9

**P**

**p.m.** 106:15

**page** 7:11

**paid** 28:3,4

**Palos** 9:18,20 38:19

**Parker** 98:8

**part** 20:10 27:7
33:18 38:12 39:9
48:4,17 52:17 65:20
73:11

**participants** 4:5

**particular** 24:17
27:11 68:2 104:12

**particularly** 7:12

**parties** 4:6,7 5:7

**partnerships** 26:5

**party** 4:18

**past** 90:9

**patient** 6:8,9,12
23:10,13,16 24:7,
14,17,20,24 25:7,9,
14 26:8,9,11,17

**patients** 16:22

**payroll** 28:4 34:1
39:8,15 83:3 86:7

**payrolls** 34:2

**PDF** 78:20,23

**penalty** 5:7

**pending** 7:24

**people** 40:17 49:17
51:11 66:5 95:21
98:7 99:12

**people's** 14:24

**perform** 35:24
103:16

**performance** 15:4
100:13,15

**performed** 103:19

**perhaps** 24:15

**period** 10:15 14:6
21:8 68:2 76:23
77:4

**perjury** 5:7

**permanently** 28:15
72:1

**permission** 79:11

**person** 18:22 38:22
39:1 40:9 42:22
95:16 105:12

**person's** 41:14

**personnel** 85:2,11,
15,16 91:16 103:11

**pertinent** 90:13

**Peter** 4:24

**Peter's** 47:4

**ph** 80:18

**phone** 18:22 42:18,
22 46:1 48:24 49:6
50:6

**phones** 47:2

**phrase** 8:4

**physically** 4:9

**physician** 87:11

**physicians** 26:5

**pick** 7:19

**picked** 56:13

**place** 26:19 29:12
31:14 40:12 42:13
50:12 53:13,16
62:19 81:13 83:16

**placed** 14:11 33:24
83:21

**places** 32:5 36:2

**plaintiff** 4:23 5:16
7:1 13:5

**please** 4:19 5:2,18
8:5 45:14

**plenty** 51:19

**point** 12:14 27:24
28:7,11 32:4,22
33:1 39:10 42:1,8
45:7 46:4 74:12
89:15 103:19,23

**policy** 69:5 70:19,
22,24 91:19 92:2

**policy-driven** 70:2

**position** 9:16 13:12
28:1,3 29:14 32:23
35:18 37:10 38:21
39:4,7 40:23 42:6,
24 43:5,20 44:3,22
45:1 46:5 48:13
49:14 50:2 51:15
54:16 56:8,23 58:18
59:4,10,12 67:21
68:16 72:1,4 73:13,
14,17,22 74:4 81:14
86:6,8,16 88:5,7,11
97:5,15

**position's** 34:8
66:18

**positions** 43:8 49:23
55:13,16 56:9 57:13
58:23 59:2,3,6 73:7
74:3 97:4 102:18
103:1

**Positive** 76:10

**possible** 14:4 74:7

**possibly** 65:22 75:1

**potential** 74:3 87:15
97:4,11

**potentially** 55:3,4,7,
8 76:19 98:22 99:7

**practice** 38:23

**pre** 6:18

**pre-pandemic** 53:17

**prepare** 92:6,8 93:8

**prepared** 78:18
86:12

**present** 4:10

**presumably** 54:6
81:13

**pretty** 7:9 69:5
70:23

**previously** 81:19

**Primarily** 31:2
92:23

**primary** 35:15
43:14

**prior** 4:3 24:23 37:6
40:13 42:6 44:24
54:16 86:12,24 88:4
103:24

**priority** 32:3 52:3

**privacy** 66:7,11

**probably** 6:1,6 7:9,
12 12:19,21 13:8,10
19:12,13 22:6,12
29:21 30:10 34:4,22
35:2 36:14 37:1,12,
13,16,22 38:1,24
42:20 47:15 52:2
64:19 66:10 67:16
69:14 71:23 73:24
75:15 76:1 79:9
82:4 85:22 88:24
89:15,16,18 91:14
95:16 97:21 99:1

**problem** 27:6 29:8,9
31:20 47:1 66:12
105:20

**problems** 15:4

**procedural** 23:24

**procedures** 63:20

**proceed** 5:9

**proceeding** 5:6

**process** 26:19,22
48:9,12 64:11
65:13,16 68:4
91:18,20 94:23 95:1
103:9

**processes** 23:23

**produced** 80:2

**programs** 26:6

**promoted** 12:13

**properties** 10:23

**property** 12:23

**propose** 72:6,8,10

**provide** 8:22 95:15

**provided** 34:19 35:3
89:9 93:19

**pry** 66:10

**public** 4:10 105:3

**put** 28:15,18 39:19
55:17

**Q**

**quality** 27:14

**question** 7:13,24
19:10 44:20 80:5
104:17

**questions** 8:4 66:4
81:8 104:15

**quick** 7:11

**quickly** 20:9 38:12
77:23

**quite** 6:19,23 9:12
31:11 41:3 43:6
50:22 77:7

**quote** 72:18 92:3
95:17

**quote/unquote**
69:17

**R**

**raise** 5:3

**raising** 23:9,12,15

**Rami** 98:9

**Rami's** 98:10

**rather** 71:5

**RDO** 11:6 12:5,8
14:16 16:13 18:9,10
22:7,14 23:6,8 24:6
25:2,10 41:13 76:16
91:14 99:11

**reaching** 69:7

**reaction** 39:3 76:6,9
94:10,12

**read** 81:2

**ready** 58:5,7 96:16

**realigned** 12:22

**really** 30:11,14 33:4,
9 41:3 53:6 66:6
77:11 94:11,22

101:22

**reason** 7:23 8:9
25:21,22,23

**reasonable** 91:19

**reasons** 25:20 26:7

**rebounded** 38:13

**recall** 6:7 13:12
15:23 16:9,11,20,
21,24 17:21 18:3,
11,14,15,16 21:4,7,
11,14,18,19,21,22,
24 22:1 23:12,15,17
26:10,12 27:13
32:2,4 33:3,5,9,20
34:18 36:20,21 37:7
38:6 40:11,13,19
41:11,23 42:14,17
43:3 44:2 45:19,23
46:8 48:23,24 49:2,
5 50:1,5,6 57:4,7,9
59:24 61:7,10 62:3,
17 64:18 65:17
66:3,14,24 67:1,4
69:23 70:7 74:19
83:14,15 84:16
95:8,12 97:10,17
98:17 99:8

**recalling** 61:8

**receive** 20:14

**received** 19:17 48:6
77:20 88:16 89:7

**receiving** 89:1

**recent** 6:5 14:10
89:6

**recently** 59:22 60:17

**recollection** 33:7
36:17 62:8 74:6
81:24 82:7 89:1,13,
18

**record** 4:3 5:8,17
7:16 44:13 58:3,4,9
78:6,7 96:14

**refer** 14:21

**referenced** 63:2

**referencing** 23:5
90:14

**reflected** 87:4

**reflects** 62:24

**refresh** 33:22

**refresher** 7:11

**refusal** 82:5

**refused** 81:23

**regarding** 17:3
60:18 68:10 76:16
87:11 88:17 91:19
97:15

**regime** 20:10

**region** 10:4,22 11:8,
10 12:24 13:17
27:16 28:4 30:16
35:22 36:2,13 41:19
44:12 47:13,15
48:4,9 49:9,11,20
52:12,17 55:10
56:10 71:24 73:1
80:15 97:7 103:5,7,
12

**region's** 49:10

**regional** 10:24 11:5
12:1,13,19,22 13:2,
14,16,17 14:5,11,
12,17 16:12,16
17:9,22 27:10 28:3
29:13,15 30:15
31:11,13 36:21 43:6
49:7,12 54:12 80:12
81:12 83:5

**regions** 11:4 23:6,7
47:14,19 52:11

**regularly** 54:17

**regulations** 91:22

**related** 6:11 63:13

**rely** 103:10

**remember** 6:21 7:1
16:12 17:2,9 18:24
20:19,24 21:1,15
23:9 30:11,12
34:12,13,14 39:2
41:7,8 43:13,14,15
45:24 46:2,16
50:11,17,19,23
51:16 52:3,7 55:4
58:20 60:3,6,7,9,11,
13,15 61:7,24 62:5,
6 65:17,23 67:2,11
70:1 73:11,13,15
74:20 75:12,14
76:11 82:11,13
83:13,17 84:8 93:22
99:2

**remembering** 89:13

**remote** 4:3 7:13

38:23

**remotely** 4:7,21
5:11

**report** 59:2

**reported** 82:19,24

**reporter** 4:2,9 5:2,5
7:19 57:23 105:23
106:2,5,8,13

**Reporters** 4:17

**reports** 59:3,4,6

**represent** 4:19 5:16
80:1

**represented** 85:15

**reputation** 19:20

**request** 64:21,24
65:3,7 95:10

**requests** 95:13

**required** 95:15

**requirements** 65:9
95:17 105:6

**requires** 88:21

**resides** 4:11

**resign** 74:1

**resolves** 24:19

**resources** 14:15
36:8,16,22 80:8
89:11

**respectful** 66:7

**respective** 11:18

**response** 63:3,8 69:7

**responsibilities**
11:16 13:15

**responsibility** 22:8,
10 24:1 33:19
105:15

**responsible** 105:1,
11

**rest** 106:13

**restrictions** 61:13
62:1

**resume** 10:1

**retired** 22:19

**return** 75:24 76:13,
16

**returning** 67:24
68:22 70:3

**review** 24:24 26:17
92:9 106:1

**reviewed** 96:15

**right** 5:3,5 9:9 10:14
11:14 13:4,23 14:18
15:2 16:21 18:8
20:5,12 23:8 27:23
28:17,21 29:9,14
31:20 32:2 35:23
40:5 42:7 44:16
47:6 49:24 50:5,9
52:1 58:17 59:21
62:4 67:19 68:6
77:4,9 78:5,9 79:9
81:1 84:3 89:24
92:5 94:20 95:22
96:6,15 98:21 101:8
106:2,5,8,11

**ringer** 27:2 47:3

**role** 9:16 13:21 25:2
29:14,16 30:20
35:15 36:13 39:18
54:12 69:22 71:16,
17 91:13 100:16,18,
22 101:1,2,5,10,12,
18 102:5,6 103:17
105:2,16

**roles** 102:1 103:18

**room** 8:13,14 62:21

**roughly** 9:21 10:4,
10 11:11 22:12
30:10

**rules** 91:23

**run** 19:8 25:18

**running** 18:7 48:20

---

**S**

**safe** 53:5

**said** 12:4,5 19:1
20:5,23,24 22:21
25:9 28:18,21 29:11
30:18 36:4 41:1,24
42:5 43:11 45:17
49:13 50:24 51:17
58:22 59:17,19
60:1,3,7,11,15
61:15 62:6,10 63:7
64:20 65:12 66:8,19
68:3 70:4,19 72:15
73:13 74:7 83:11
86:9,16,19 96:4
98:13,20,22 99:3,11

**salary** 56:1

**same** 6:20 7:11,15
11:8,11 14:17 20:10
30:6 32:7 44:20
53:13 57:16 63:23
79:18 86:5 94:16

**save** 79:3,6,7,12

**saw** 34:24

**say** 14:5,16 15:6
17:7 24:6 25:6,10
31:8 33:15 40:22
44:9 45:1,4 48:11
50:15 53:5,16 66:22
72:13 79:3 81:5
85:2 86:22 87:17,21
88:20 90:6 93:23
94:13,17 95:4 96:3
99:16,17,24 100:3
101:6 105:1

**saying** 16:21 17:24
18:11 19:3 27:1,7
35:24 38:1 46:9
50:19 51:18 61:10
62:7 65:18 66:19,24
70:8,12,13 73:12,14
74:18 83:13,17
86:15 89:14 95:22
100:5,6 101:8
105:11,15

**says** 25:13 47:12
79:11 81:10,21
83:20 84:11 90:1,4
92:2 105:3

**scenario** 17:20
24:21 25:1 26:16
37:21 43:4 75:23
76:18

**schedule** 104:10,12

**screen** 79:10,13

**season** 30:12

**second** 20:2 28:2
41:10 47:2 79:2
81:10 92:5 100:24

**secrets** 47:5

**see** 10:18 29:9 78:23
79:17,19,20,22
81:15,16 83:22 97:7

**seem** 51:7

**seen** 68:9,13 80:5
81:7 87:10 97:14,19
99:5

**send** 64:8 74:17

**senior** 10:13,22 11:23 12:7,12 15:22 16:7 28:22

**sent** 21:12 85:21 97:15

**sentence** 81:10,15, 24

**separate** 40:20

**service** 27:17

**services** 4:14 14:15 27:12 103:11

**set** 91:23

**several** 46:20

**share** 79:9,13

**Sharon** 79:23 80:7 82:13,16,19,23

**she** 13:12 15:7,10,14 16:14 17:6 18:13 26:10 27:20,21 30:1,3,15,18 31:6,7, 8,11,21,24 32:1,23 33:13 35:9,12,24 36:1 38:18 39:4,6, 13 40:19,24 45:4 50:15 51:3,7,8,13, 23,24 52:10,11,15 53:6 54:17,20 55:1 59:17,19,21 60:1,2, 7,11,14,15,17,21,22 61:1,3,8,9,10,15 62:12,13 63:4,7,12, 24 64:3,20 65:10, 12,15,18,19,20,23 66:1,15,19 67:9,11, 20,23 68:1,3,4,5,17, 19,21 69:9,16 70:10 71:7,8,18 72:8,9,13, 15,16,20,22,24 73:3,4,5,6,9 74:7, 10,20 75:4,6,9,24 76:11,21 77:4 80:8 82:3,18,19 83:4,10, 13,17 86:16,19 99:3,10,12,21,22 100:2,8,10,16 101:17 103:23 104:4,9,11

**she's** 34:8 49:15 70:12,13 81:6 100:3

**shift** 73:19

**Shifting** 27:23

**shoot** 44:9

**short** 58:11

**short-circuit** 77:24

**shortly** 29:15 67:16

**should** 14:5,11 17:8, 11 24:17,20 26:11 43:21 48:11 53:16 69:7 78:19,20 85:12

**shoulders** 7:20

**show** 44:17,21 78:22

**shrugging** 7:20

**sic** 73:2

**Side** 22:22

**sign** 106:1

**sign-off** 70:20

**signatures** 105:24

**similar** 7:10 35:14

**simultaneous** 47:10

**sit** 36:18 47:24 48:11 57:4,15,17 60:18,22 61:3,10,16 65:23 76:3 87:6 90:2

**sitting** 8:13 41:8 92:1

**situation** 16:9 72:11

**situations** 99:23 100:11

**six** 22:5 48:19 69:13

**sixish** 10:4

**slated** 102:6

**small** 33:18

**so** 4:12,23 6:2,19 7:11,15,19 9:12 10:1,19 11:12,19 12:10,11,12,18 13:1,17,18 14:24 15:2 17:24 19:8,20 21:2,15,20 23:4,8, 18 24:4,12,13 25:19,23 26:21,24 27:13,15,16,24 28:2,5 29:5,9,10,21 30:16 31:10 32:15, 20 33:7 34:4,7,23 35:23 36:17,23 37:14,20 38:20 39:8,21 41:21,22 43:7,10,24 44:5,10 46:3,18,22 47:2,13, 15,18,20 48:8,10, 22,23 50:5 51:23

53:6,10,12 54:7,11, 23 55:16,22 56:8 59:14 60:3,5,11 62:7,15 63:6,8 65:24 66:8,9,16,17, 24 68:15 69:8 70:14 71:1,17,18 72:3,9 73:4,21 74:11 75:1, 24 76:14 77:24 78:19 79:6,22 80:4, 13 81:10,20 82:23 83:4,6,14,19 85:9, 17,19 86:12,13,17, 24 87:3,19,21 88:8, 9 89:5,6 91:5 92:1 93:18 95:21 96:3 97:24 99:24 100:16, 19 101:4,11,17 102:16,21 103:8,23 104:24 105:2,7,12 106:10

**so-and-so** 96:4

**solid** 100:16

**some** 13:1 15:24 27:24 28:6,7,11 31:11 32:11,22 33:1 37:13 42:1,8 43:6, 19 46:4 60:2,8,15 61:9 65:18 72:15 77:7 89:15 103:19

**somebody** 14:4 18:6 20:9,19 21:12 28:22 63:18 69:6 70:7 72:1,11 80:22 98:24 101:2

**somebody's** 66:7 69:8

**someone** 41:15 74:1 100:21,22

**something** 6:2 8:5, 19 16:16 19:19 26:2,3 32:18 39:19, 20 41:18 43:17,19 46:9 47:16 50:19 69:8 76:1 77:24 79:5 91:7 93:24 101:14

**sometime** 13:11 30:10 32:20 46:17 47:13,18

**sometimes** 51:10 79:4 100:23

**somewhere** 10:17

41:2 46:23 51:6 69:14 84:21 85:18

**sorry** 4:12 29:7 31:19 38:23 53:1 65:2 70:11 78:19 82:16 85:8 86:21 88:10

**sort** 43:19

**sounds** 32:20 56:2 96:10 106:2,8

**south** 12:24 22:22, 24 23:1,4 46:18,20 52:11

**spam** 47:12

**speak** 4:5

**special** 35:16

**specific** 19:23 20:20 30:20 36:17 37:5 39:24 49:5,23 56:3 62:8 65:8 73:15 77:8,11 87:19 89:13,18,20 91:23 94:4,5,24 105:6

**specifically** 19:2 21:21 34:14 38:4 40:22 41:1 46:8 49:14 50:2,19,23 52:3,20 56:11 60:1, 3,6,9,13 64:18 66:3 70:7 71:19 72:22 84:12 88:1 92:3

**specifics** 61:24 65:17 69:23 72:23

**speculating** 20:18 26:18 44:11 56:2,5 76:4

**speculation** 15:18 82:22

**speech** 47:10

**spell** 5:17 98:10

**spellings** 106:9

**spend** 92:17

**spending** 19:21

**spine** 59:23 60:12

**Spring** 30:12

**stable** 28:13

**staff** 23:16 37:16 49:12 59:5 102:20

**staffed** 102:22

**staffing** 25:22 30:23, 24 31:2,3

**stamped** 80:3

**stand** 60:19,22 61:4, 11,16 90:2

**standard** 63:19 66:9 69:6 70:24

**start** 9:9 14:23 22:11 54:13 83:13, 17

**started** 9:15 11:13 22:13 29:15,20 46:22 64:4

**starting** 10:14

**state** 4:11,19 5:17

**stated** 5:7 82:3

**stating** 81:23

**stationed** 14:6

**stay** 51:17

**stepping** 105:10

**steps** 88:22

**Sternreich** 80:18

**still** 10:22 11:5 12:5, 6,14 30:15 31:8 38:16 58:12 78:10 84:20 96:22

**stipulate** 4:20,23 5:1

**stop** 24:3 97:11

**stopped** 66:16

**strike** 21:1

**structure** 39:9

**struggle** 32:11

**stuff** 35:12 61:9 63:8

**submitted** 60:18

**substance** 86:3 92:14 93:4 97:1 99:2

**substantial** 69:10,15

**subtracted** 13:3

**suburb** 19:11

**suburbs** 55:1

**successful** 19:16 20:6 28:13 38:10

**such** 65:10 100:2

**summary** 74:15

**summer** 30:13

**super** 100:20

**supervisor** 41:14 97:21,22 98:9

**supervisors** 97:23,

24
**supplemental** 43:13
**support** 13:17,21
16:15 25:15,17
27:19 28:10 30:4,19
35:22 37:16 40:6
41:20 43:14 49:11
54:14 55:17,22,24
56:14 63:9 67:12
70:24 71:24 83:5
90:23 100:16 102:1
103:12
**support's** 49:18
**supported** 12:1
**supporting** 30:16
83:6 91:22
**supportive** 39:12
**sure** 5:19 13:22
15:1,21 24:11 25:9
34:6 35:19 38:3,5
39:6,11,22 48:22
51:3 54:1,10 55:22
56:13,19 66:6 70:22
75:1 78:4 86:5,21
91:21 93:2 98:1
101:24 103:19
104:24 105:20
**surprise** 52:8,9
**surprised** 21:21,22
51:7 76:11 88:10
**swearing** 4:20
**sworn** 4:6 5:12

———————

**T**

**take** 7:22 8:1 15:2
19:24 29:11 40:12
51:2,4 54:2 57:24
62:18 63:12 64:21
68:15 73:5 74:5,10
79:1 96:7 98:3
**taken** 60:4 69:17
71:7 72:17
**takes** 102:24
**taking** 26:8,9 39:20
59:20 66:19
**talk** 28:17 36:23
55:12 58:14 64:17
67:6 74:2 78:12
88:3 92:10,15 96:24
**talked** 35:6 42:5
43:24 44:1,21,24

50:17 55:8,9 71:13
74:4 87:14 88:6
93:1,24 94:14,22
95:5,6,9 104:1
**talking** 7:16 36:20,
21 38:7 40:14 56:4
57:5 58:18 81:18,19
82:11,13 84:8 87:22
92:18 93:4 97:3
103:14
**tasked** 20:13
**teaching** 35:15 89:4
**team** 24:18 49:7
**technically** 83:3
**telephone** 38:22
39:1 40:9
**tell** 17:8 48:16,23
56:11 59:15,21
60:17 65:15,20
66:1,17 67:20 68:1
72:20,24 73:9 75:19
88:5 104:4
**telling** 26:10 34:7
49:16 52:7 54:23
63:4 65:23 67:11
74:20 97:10
**tenure** 13:8 34:2
48:20 52:14
**term** 13:23
**terminated** 68:19,21
**termination** 69:22
**terms** 31:3 36:11
37:13 39:21 47:21
49:22 55:13 63:16
67:8 70:3 71:4
103:20
**terrible** 53:9
**testified** 5:12 99:10
104:19
**testify** 81:6
**testifying** 62:13
**testimony** 5:6 8:10
9:2 58:15 61:15
78:13 97:1
**text** 9:1
**texting** 47:4
**than** 12:21 19:23
30:7 32:5 38:5,6
42:16 54:7 61:16
70:13 71:5 72:7
73:10 85:11 87:17

91:14 94:7,17
**Thank** 5:21 96:12
105:18,20,21
106:11
**Thanks** 96:11
105:22 106:10
**that** 4:6 6:3,7,10,11,
21,23 7:2,4,7,14,20,
24 8:1,4,21,24 9:4
10:2,4,5,11,15,16
11:8,13,19,22
12:11,14,20 14:4,22
15:7,10 16:4,9,18,
22 17:9,13,21 18:1,
3,4,8,19,24 19:1,7,
8,20,22,23 20:5,10,
13,15 21:1,5,8,17
22:5,10,14,20
23:18,22 24:4,6,11,
19,23,24 25:2,13,15
26:1,2,3,10,18,22
27:16,21 28:10,19,
22 29:1,2,16,19,20,
24 30:2,3 31:1,5,7
32:3,6,7,18,24 33:1,
2,12,21,23 34:4,7,
19,22,24 35:2,6,20
36:18 37:8,18,23
38:6,12 39:7,12,15,
17,18,19,20,22
40:4,5,6,8,9,15
41:1,2,5,10,13 42:6,
12,24 43:2,8,17
44:2,3,10,14,17,21
45:8,13 46:7,12,18,
21,23 47:8 48:1,3,
16,17,18 49:11,23
50:9,11,15,17,21,
23,24 51:1,2,3,5,11,
19,21,24 52:2,5,8,
13,15,17 53:1 54:5,
8,10 55:14,19,22
56:3,5,12,13,14,15,
18,20 57:15,18
58:20,22,24 59:2,
10,18,21,22 60:1,2,
6,17,24 61:1,3,7,8,
9,12 62:5,23 63:1,7,
11,22 64:16,21
65:13,14,23 66:6,
14,20,21 67:7,9,10,
11,13 68:7,13,23
69:3,9 70:4,9,18,20
71:7,9,12,15,21,22,
24 72:4,15,16,18,24

73:9,14,22 74:9,11,
12,13,14,15,20,24
75:1,7,8,16,20 76:1,
11,12,15,19,22,23
78:13,22 79:5 80:2,
10,18,23 81:5,6,14,
15,17,18,23,24
82:2,3,7 83:15,22
84:7,8,10 86:4,12,
17,18,19 87:3,4,8
88:6,10,23 89:2,10
90:3,6,8,9,16,18
91:7,16 92:2,11,21,
24 93:4,12,17,19,24
94:7,21 95:8 96:2
97:14,22 98:1,21,23
99:10,11,13,15,16,
17,20 100:1,8,22
101:2,3,8,12,18
102:6,14,16,22
103:8,18 104:11
105:2,3,6,10,12,15
106:10
**that's** 7:23 9:22 19:5
22:13 23:24 25:12,
24 27:4 29:5 31:18
33:8 37:3,24 38:2
39:9 42:10 43:18
45:15 51:2 54:12,15
56:6,22 57:2,12
58:2 59:10 62:11
65:18 66:9 69:8
73:20 74:5 79:15
81:13 82:7 86:14
90:8 96:9 100:7
102:24 104:14
105:18
**the** 4:2,3,6,7,8,9,10,
11,12,13,15,20,23
5:1,2,5,7,8,16,17
6:5,10,20 7:1,7,11,
12,15,19 8:14 9:17,
19 10:4,7,21,22,24
11:4,6,8,10,11,20
12:1,19,22,23 13:5,
10,17,21,22,24
14:10,12,17,23
15:13,18,20,23
16:10,12,13,18,22
17:9,11,14,15,16,
21,22 18:1,9,10,12,
13,22 19:3,4,9,13,
15,24 20:4,7,8,10,
15 21:1,3,6,8,16,17
22:12,14,15,20,22,

23 23:6,8,23 24:2,4,
6,7,9,18,21 25:2,4,
5,10,15 26:3,4 27:7,
13,16 28:4,7,11,14
29:4,12,13,15,17,21
30:4,6,11,12,16,24
31:1 32:3,6,7,8
33:4,12,17,23 34:2,
12,13,17,24 35:3,
17,20,22 36:2,10,
11,12,13,15 37:2,5,
7,10,14,15 38:7,16,
18 39:13 40:1,5,13,
23 41:8,10,12,14,18
42:6,22 43:5,9,10,
12,20 44:11,12,17,
20 45:12 46:15,16
47:4,9,11,13,16,18,
19 48:1,4,5,9,13,17
49:8,9,10,11,11,19
50:18,19 51:14,21
52:2,11,15,20
53:10,13,24 54:3,23
55:1,4,10,12,14,17,
19,22 56:7,8,10,19,
20 57:1,2,10,13,14,
16,23 58:3,4,8,9
59:5,10,18,22,24
60:13 61:20,24
62:8,18,22,23 63:1,
2,5,6,11,23 64:2,5,
6,11,13 65:12,13,
15,17,24 66:16,17,
20 67:14,19,21
68:7,16 69:2,17,22,
23 70:18 71:10,12,
24 72:1,20,23 73:1,
4,12,14,17,20,21,24
74:3,4,6,11 75:12,
23 76:16,18 77:8,9,
11 78:4,6,7,16,23
79:18 80:4,8,12,15,
20 81:4,5,6,10,14,
15,17,18,23 82:1,6,
15,18,23 83:12,16
84:7 85:2,11,20,24
86:3,5,12,17,22,23,
24 87:1,6,7,19
88:10,13,17,21
89:6,7,9,16,21 90:9
91:2,19,22 92:1,13,
23 93:3,4,18,22
94:2,5,10,13,16,23,
24 95:1,2,4,16,17
96:14,17,24 97:4,7,

21 98:13,18 99:2,6, 9,11,12,19 100:3, 14,17 101:15,17 102:2,5,16,22,24 103:6,12 104:14,22 105:10,11,20,23 106:2,3,5,8,9,13,15

**their** 5:6,8 14:21 27:11,14 55:13 72:11 76:16 90:14, 23

**them** 25:10 72:17 81:8 90:15 98:3 100:23 101:4 103:20

**themselves** 4:19

**then** 10:12,21 11:2 12:4,9,22,24 17:10 19:4 22:7 24:1,2 28:11,21 30:3 31:21 35:13 36:10 46:20, 24 48:6 49:1 50:24 57:13 59:19 60:4 74:5 78:21 82:24 87:8 90:7 98:8

**there** 9:13 10:19 13:11 20:8,11 21:19 27:10,24 28:10 29:14 32:5,12 33:21 34:4 36:5 37:19 39:10 40:16,17 41:18,24 42:1,2 43:1,7 45:19,22 47:20 55:17 56:16, 23 58:11 59:1 61:13 62:1,10,13,23 71:6 73:21,22 85:17 86:18 89:14 102:16, 17 103:2,5,16 105:6

**there's** 16:16 19:3,4, 7 24:16,22 34:7 43:17,18,22 44:13 51:18,19,20 54:6,7 59:16 62:12 85:16 87:18,21 93:15 94:11 103:18

**these** 33:17 38:20,22 40:19 63:13 91:17 98:14

**they** 4:19 13:23 19:19 25:13,18 31:14,15 40:20 42:20,21 55:14 57:13 80:24 83:1

91:9,10 97:8 98:17 105:10,14

**they're** 27:14 90:14 95:15

**thing** 6:20

**things** 4:2 14:3,18 19:17,20,21 24:4 30:24 37:14 66:8,9 70:12 99:9

**think** 6:13,18 12:5 13:7,10 14:9 19:6 20:2,5,8 22:3 26:18 30:7,8,18 34:1,7 36:4 42:5 43:11 45:19 51:8 58:22 59:17 69:21 70:21 75:6 79:15 80:4,24 84:6 85:19 86:13 90:13 91:1 97:18,23 98:20 99:18 102:4 103:23 104:14

**thinking** 20:12 43:18

**this** 5:6,16 7:9 8:12 13:5 17:9,20 19:12 20:12 21:15,18 22:14 25:6,9 29:10 30:16 32:22 33:18, 22 34:20 36:24 37:17,18,20 38:9 41:21 43:3,4,8 44:18 45:17 46:4,9, 10,17 48:4,8,12,17 50:20 51:6 59:14 60:4,9 61:22 62:4, 16,24 63:7,14 66:22 67:5 70:1,23 71:8 73:12,14,17 78:18, 19 79:20 80:1,2,3,5, 17,21 81:2,10 82:6, 9 83:6,9,19 91:7 93:1,11,14 94:14, 17,23 95:5 96:4 99:3 102:5 103:23 105:16

**Thompson** 4:17

**those** 7:10 14:17 17:3 27:19 35:13,24 37:4 41:17 42:18 48:6 49:13,21 56:15 70:11 101:23

**though** 6:15 21:6 32:23 33:7 43:10

47:12 56:3 68:20 76:3

**thought** 28:21 29:19 80:10 103:16

**three** 10:10 38:5

**through** 7:10 27:16 35:16 64:9 65:13 68:12 70:19 75:8 80:4 81:2 96:8 99:1, 10

**time** 4:5,15 6:14 10:7,15 12:14 13:2, 21 14:6,10 15:3 16:13 17:1,22 19:6 20:8,11 21:8,16,18 22:1 23:6,18 27:21 28:6,7,11,15 29:10, 24 30:2,3,6,11,16 31:8,11 32:3,4,5,23 33:1,3,4,17,19,23 34:24 35:2,3,6 37:5, 8,13,19 38:11 39:13,23 40:5 41:2 42:1,8 43:6 44:12 45:7 46:4,7,15,16, 17,18 47:16 48:1,20 50:24 52:2 54:10, 11,13,14,23 55:4, 12,14,19 56:7,8,12, 18 57:14,15,18 58:22,24 59:5 60:22 61:4,14 62:16 63:23 65:12,19 68:2 69:2, 10,15 71:12 73:20 74:12 76:21,23 77:4,7,8 79:1,18 80:8 82:2 83:15 89:6 90:15,17 94:4 97:4,21,22 98:1 99:24 101:15 102:2, 16 103:20,23 105:12,19

**times** 5:24 6:1 27:10 34:3 49:17 54:7,11 69:7 84:5,6 95:7 102:24 105:5

**to** 4:3,5,7,20 6:11 7:10,18,22 8:6,24 9:6,24 10:14 11:2,4 12:13,22 14:21,22, 23 15:17 16:14,16 17:7 18:5,6,11 19:9, 19,23 20:13 22:20 23:16 24:3,6,23

25:4,5,6,18,23 26:2, 3,4,7,17,21 27:7,22, 24 28:7,10,13,15 29:9,17 30:4,9,15, 21,22 31:8,11,16,22 32:16,17,21 33:4,7, 14,19 34:6,20 35:3, 9,11,17,20,24 36:12,13,14,23 37:6,15,24 38:10,11 39:3,10,12,15,17 40:13,14,23 41:2,5, 6,20,24 42:1,5,6,24 43:11,16,24 44:1,9, 10,21,24 45:9,13,14 46:10,24 47:7,13,14 48:2,22 49:5,9,10, 11,18,19 50:15 51:1,2,4,8,10,11,14, 17,19,20,21 52:16, 22 53:1,2,5,13,16, 17,20,21,22 54:2,3, 13,14,16,17,20 55:9,12,15,16,17, 22,24 56:4,14,17, 22,24 57:2,5,16 58:14,19 59:14,18 60:4,8,14,15,18 61:8,9,17 62:11 63:3,5,9,12,13,19 64:7,10,13,15,16, 17,20 65:6,18,24 66:5,6,11,13,15 67:6,9,12,20,23 68:4 69:23 70:11, 18,20,24 71:4,13,23 72:1,7,11,16,17,24 73:2,4,5,15 74:5,8, 10,17,18 76:1,6 77:22,23 78:12,15, 20,21,23 79:3,4,6, 11 80:1,2,17 81:1,4, 5,6,14,22 82:6,3,11, 13,21,24 83:10,13, 17,21 84:23 85:2, 16,17,22 86:12,14, 19 87:1,14,17,19 88:1,3,4,6,20,22 89:12,24 90:2,4,5, 13,15 91:2,3,6,7,10, 23 92:3,6,10,13,14, 15,18 93:2,3,7,13, 20,24 94:14,17,24 95:5,9,15,17,20,23, 24 96:3,7,24 97:7,

10,15 98:10 99:10, 12,18 100:3,12,13, 14 101:6,9,17 102:15,17,22 103:12,15,22,24 104:2,4,22 105:1,2, 4,11,13,23 106:4

**today** 8:10 19:13 25:24 27:14 36:18 38:14 44:8 48:1,11 57:4,14 68:12 73:15,18 76:3 87:6 92:1,7 93:15 102:11,18

**today's** 4:15 57:15

**together** 40:20

**told** 17:21 26:16 51:5 59:17 61:3 73:3 75:6,14,16 84:6 98:17

**tomorrow** 44:9

**ton** 16:11

**too** 66:10 81:13,23 82:3,6 106:13

**took** 19:14 28:5 29:12 32:8,14 42:13 46:19 50:11 58:11 81:13 83:16 102:5

**top** 92:1

**totally** 7:23

**town** 52:20 53:24

**trach** 23:13

**traffic** 54:14

**trained** 32:16

**training** 12:3 30:22 31:2 88:16,19 89:2, 7,9,22

**transcript** 106:3

**transferred** 34:9 49:15 58:19 81:22

**transition** 32:7,9,22 98:8

**transitioned** 11:3 29:16 38:8

**transitioning** 28:8

**travel** 72:24

**traveling** 35:9

**treaters** 68:10

**treating** 87:11

**trick** 95:20

**true** 6:10

**trust** 41:19

**try** 7:14 53:21 66:6
77:23

**trying** 43:16 56:22
62:11 78:23 79:3
85:17 86:14 91:6
95:20 100:12 101:6

**Tschanz** 4:24 15:17
33:14 45:9 47:7
57:24 58:5 61:17
75:21 78:2 81:3
82:21 96:9,18
104:17,21 105:17,
21 106:1,6,7

**tumor** 59:23 60:12

**turnaround** 102:14,
23

**turned** 84:23

**turning** 27:2 47:2

**two** 9:21 10:1 23:6,7
38:5 47:2,14 52:11
70:11

**type** 35:12

**typical** 76:15

**typically** 65:7

---

**U**

**U-B-A-Y-D-I** 98:12

**Ubaydi** 98:9

**Uh-huh** 14:19 31:17
58:8 101:19

**ultimate** 23:19 24:1,
7,9

**ultimately** 23:22
24:2,19 36:14 70:17
77:19

**uncommon** 20:23
34:1 51:9

**under** 5:7 26:16
58:12 78:10 96:22

**undergoing** 60:8

**understand** 8:3,21
9:3,24 12:11 24:11
27:1,6 34:6 37:24
43:10,16 44:1 48:23
49:21 58:12 60:24
72:3 78:9 86:15
95:19 96:21 100:12

**understanding**
17:24 35:23 83:24
93:10,12,14,18
95:22 102:21

**understood** 8:7 9:8

**unemployment**
74:23 75:5,10,17
76:7 77:13,14,17,20
80:24

**Unfortunately**
20:22

**Unh-unh** 60:20

**UNIDENTIFIED**
96:12

**unique** 43:4 75:24
101:1

**unit** 103:21

**up** 7:19 11:2,3,4
22:2 28:2 32:17
35:5 37:19 49:4
63:14,19 71:15
78:22 90:15 100:24
102:22

**update** 88:1

**updates** 87:19

**upon** 14:7 24:4,21
25:1 41:17 54:10
76:18

**us** 26:4 40:20 44:17,
21 52:10 53:10 60:5
63:10 67:23 72:9
76:21 80:2 85:16
99:22,23,24 100:10

**use** 14:24 100:13,17

**used** 8:4

**using** 13:22 55:10
57:6

**usually** 53:10

**utilize** 103:22

---

**V**

**vacation** 67:3

**vacations** 37:19

**validity** 4:8

**variety** 14:3 25:19
26:7 103:18

**various** 13:18

**venture** 90:20 91:3

**verbal** 42:20

**versus** 4:14

**very** 19:12 20:5
38:9,10,13,15 39:12
43:4 46:9 47:12
50:20 66:7 70:1,11,
13 71:7,8 74:11
101:1

**Village** 51:24 52:22
53:18,20 54:3,18,21
55:2 58:20 59:18
63:5 64:21 66:13,19
67:21 68:16 71:16
72:4 74:3 102:7,9
103:15

**visit** 21:22

**visits** 21:23

**VOICE** 96:12

**Vrba** 20:7,10

---

**W**

**wane** 101:23

**wanes** 101:3

**want** 9:24 28:13
29:9 34:6 35:20
37:24 48:22 51:11
70:24 77:22 81:1
89:12 92:13,14
93:13 96:7 103:22
104:2,4

**wanted** 19:19 66:11

**wanting** 26:4 37:6
51:17

**warmer** 10:15

**was** 5:12 6:7,8,11,
18,19,21,23 8:7
9:15,17 12:20,22
15:7,10,14 16:4,6,
12,18 17:6,14,15,21
18:13,22,24 19:13,
20 20:3,4,5,9,10,13
21:4,5,9,15,17
22:14,19 23:5 27:7,
9,18,20,21,24 28:3,
4,12,14,19,22 29:1,
11,14,17,19,20,23
30:1,3,15,18,19
31:4,6,7,8,11,21,24
32:1,3,6,13,15,23
33:2,12,13,18 34:1,
19 35:3,7,9,12,15,
19,21,24 36:1 37:17
38:4,5,12,23 39:2,

12,13,18,22 40:4,5,
9,15,16,18,20 41:2,
3,5,6,10,18 42:2,16
43:5,11,13 44:3,4,
11 45:17,19,22
47:15,20 48:2,16,
18,19 51:2,8,23,24
52:2,18,22 53:2
54:17 55:1 56:8,12,
16,23 57:3,18 58:24
59:1 60:2 61:1,13
62:1,3,5,6,10,12,13,
16 63:3,8,11 64:6
65:12,13,21 66:1,
20,21 67:2,9 68:1,7,
17,19,21 69:9,16
71:1,17,18 72:9
73:3,15,22 74:12
75:7,24 76:6,9 77:4
80:2,8,11,13,14
81:14,21,23 82:3,6
83:2,3,5,9,15,21
84:13,17,22 86:17,
24 88:11 92:21
93:17,19,22 94:9
97:6,22 98:3 99:10,
18,21 100:15,16
101:12,14,15,17
102:6,21 103:16

**wasn't** 51:3 52:15
70:10 71:6,19 73:18

**wax** 101:22

**waxes** 101:3

**way** 17:13 19:4
41:12 59:18 63:5
75:2 81:4 82:6
84:20,23 85:1 86:5
99:21

**we** 4:4 7:15 8:1 13:1
14:14 17:11 23:5,6,
21 24:3,13 25:6,7,9,
23 26:2,5,7,19
27:12,13,16 28:8,11
29:10,17 33:23,24
34:2,3,4 35:5,11,22
37:15,22 38:1,3,6,8
39:16,19,20 40:5
41:1 42:8 44:14
45:13,15 46:3,10,
20,22 47:7,14,20,24
48:1,10,11 49:10,16
50:17,18,20,21
51:5,6,17,18 52:16
54:9,13,23 55:15,19

56:6,14 57:24
58:11,15,17 59:3,5
60:3,4 64:8 65:14
66:16 67:22 68:8
69:6,7 70:2,4,8,10,
12,24 71:19,23,24
72:1 73:14,17,20
74:4 76:12 77:3,9,
24 78:13,19 85:14
86:6,7,11 87:16,24
88:22 90:8,22 91:4,
21,22 93:1,2,15
94:2 95:20 96:5
97:3 102:17 103:10,
20 104:1 105:3,7,
18,19 106:9

**we'll** 26:2 63:9 90:7
106:1

**we're** 7:11,13,16
8:6,12 10:14,19
26:8 44:6 54:9 81:5
94:8,17 96:12 106:4

**we've** 27:15 54:10
57:22 81:17,18 95:6

**web** 4:12,13

**week** 44:4 90:19
103:22 104:3,5,6

**weeks** 37:21 67:17

**Welbers** 4:16

**well** 5:1 7:9 15:14
21:1 22:2 23:21
28:17 29:3 36:16
37:1,12 38:13,15
39:2,6 40:4 41:4
42:6 46:6,9 49:3,8
50:14,20,22 51:17
55:6 62:11 63:6,8,
18 65:7 68:1,19
72:8 79:6 83:24
86:14 88:20 98:3
105:14

**went** 32:4 38:9
43:11 46:9 50:20
54:20 55:6,15 64:4
66:21 68:18 83:10,
12 84:3

**were** 7:4,5 9:19 10:8
11:9,12,16 12:5
13:16 15:20,22 16:6
18:1 21:19 22:21
23:5,8 25:4,5 28:8
31:13 33:23 34:4
37:14 38:7 40:16,20

41:1 45:13 46:20
47:14,20 52:11
55:19 56:9 57:13
58:15,18,23 69:1,3
71:3 72:21 77:16
78:13 83:1 93:2
97:3 102:17 106:9

**West** 9:18,20

**what** 6:7,16,21 8:3,7
9:15 10:1,5,11,18,
19 11:16 13:12,15
14:8 16:9,15,18
17:18 19:9 24:5,12,
15 25:2,8,24 26:16
29:23 30:18,19
31:7,21 32:4,9 34:8,
11 35:12 36:9
37:18,24 38:2,7,23
39:2 40:22,24
43:16,18 44:6,11
45:7 49:10 50:14,
15,18 52:13 56:9,
12,22 57:10,12,13,
18 58:23 59:24
60:10,14 62:6,11,
16,21 63:3,10 64:24
65:3,6,15,20 66:1
71:21 72:13,20
73:17 76:6,9 77:4
80:23 83:2,15 84:10
86:14 87:3 88:19,21
89:21 90:6,12,14,23
91:12 92:2,8 93:10,
11,15 94:9,13
95:14,21,24 96:4
98:1,17 100:13
101:6,15 102:14,24

**what's** 13:20 37:18
40:3 49:9 60:5
85:15 102:2

**whatever** 7:24

**whatsoever** 26:22

**when** 6:5 9:9,15
11:12,23 12:18
13:7,13 14:7 15:20,
21 16:3,6 18:19
19:14,24 21:16,18
22:2,7,10,13,19
23:8 27:10 28:5
29:12,13,19 30:8
32:8,14,15 33:2,12,
22 36:23 37:3 39:8
40:12 42:12,23
43:24 44:1,5,17,21,

24 46:12,19 51:2,5
52:10 54:7 61:22
63:6,18,21,24 64:3,
20 66:5 67:2,13,23
68:23 69:5,16 71:8
75:9 84:2,13 86:21
87:21 92:24 93:22
95:13 97:3 99:11
100:21 101:2 105:7

**when's** 89:6

**whenever** 37:15
63:22

**where** 4:11 13:24
14:7,10 15:23 21:12
23:5 32:1 39:11,22
41:20 43:5 45:15
47:14 50:11 51:21
52:18 53:6,23 57:2,
9 62:18 73:20 75:24
82:8,18 83:10 85:9
88:5 101:4 102:1

**whereupon** 106:15

**whether** 9:5 24:16,
19 26:8 91:22 94:19

**which** 16:15 17:7
22:24 31:8 34:1
44:14 47:12 51:9
70:16 85:24 86:6
88:20 93:15 98:15

**while** 9:1,6,12 18:12
58:15 78:13 106:9

**white** 4:22 5:14,16
15:19 24:22 45:16
47:23 57:21 58:2,6,
9,10 61:21 69:5
76:2 77:22 78:3,5,7,
8 81:9 83:8 96:6,10,
15,19,20 104:14
105:18 106:3,4,11

**White's** 81:8

**who** 14:10 16:22
19:8,16 20:4,9 21:9
23:18,19 24:9,18
28:18 29:1 34:17
35:17 36:5 39:14
40:15 41:5,7,13
55:23 62:3 64:6
70:4,17 71:1,15
75:14 80:7,18 84:15
89:9 91:4 97:20,22
98:3

**who's** 18:7

**whole** 32:22 80:15
101:11

**whom** 4:19

**why** 18:4 25:17,20
43:20 52:9 65:19
75:16,19 85:20
99:15 100:3 104:4,
8,11

**will** 4:6,18 5:2 7:9,
13,15 23:22 24:3

**winter** 30:13

**wise** 33:20

**with** 4:10,16,18 6:9
8:14 9:1 12:1,3
13:4,9 14:14,16,22,
23 15:3,4 17:3,23
18:16 21:2 26:5,6
30:21,22 32:22
34:20 36:7,10,15,
18,20,21 38:20
39:4,5,6 40:1,20
41:9 42:3,9 44:18
45:18 46:5 47:4
48:12,17,24 49:7,8
50:6 51:12,14 52:15
54:11,24 55:1 56:1
59:15 60:16 62:5,6
63:14,15 64:10 65:8
66:2 67:14,23 71:4,
24 76:1,16,20,23
88:4,14,17 90:8,9,
16,23 95:6,23
99:13,15 101:14
103:14

**without** 21:12 23:23

**witness** 4:6,10,11,20
5:5,11 7:5,6 14:21
15:18 33:17 45:12
47:9,11 58:8 61:20
75:23 78:4 81:6
82:23 96:17 105:20

**won't** 79:7

**word** 8:4 100:13,17

**work** 12:6,14 13:24
22:3 31:24 51:12,
18,19 68:4 71:4
83:10 99:22 103:22
104:2,5

**worked** 76:21 89:14
99:24 104:6

**worker** 15:11

**working** 9:9,13

15:3,20 32:1 35:7
65:13 73:2

**works** 80:22

**world** 44:17,21
62:23

**worse** 54:7

**would** 14:12 15:7,10
17:6,16,18,22 18:4,
8 19:22 20:18 22:5,
24 24:1,13,21 25:1,
7,14,17 26:16,18,
19,21,23 27:16
29:2,21 30:6 31:1,
11,15 33:21 34:22
36:4,5,7,10,14,15
37:1,22 38:1,21
39:18,20 41:13,14,
16,24 42:18,20,21
44:21 46:23 49:3,6,
10,13,16 51:4,21
52:5,6,7,9,24 53:7
54:14 55:5,23
56:13,16 57:16
58:22 59:11,20
63:19 64:8,15 66:8
67:23 70:17,18,20,
22,24 72:10 74:20,
24 75:8,15,16,19
76:15,16,20 82:4,9,
23,24 84:20,23
85:9,12,18,20 86:9,
11 88:9 89:10 90:2,
5,6,8,22,23 91:23
95:16,17,23 96:1,3,
5 97:20 98:23
99:12,20,24 100:3,
7,8,13 103:24
104:22 105:10,13,
14,23 106:3

**would've** 82:18,19

**wouldn't** 15:6 17:15
25:11 35:22 36:12
41:24 52:8 66:10
72:9 74:9 82:4
85:19 86:19 90:17,
20 91:3 99:16
100:5,17

**written** 19:1 86:24

**wrong** 48:24 66:1
94:20 95:16

**wrote** 34:17 84:15,
16,19

**yeah** 6:4 9:23 11:10,
15 13:11 15:12
22:13,17 23:2 29:9,
21 32:11 33:11,17
34:14 53:8 58:2
62:21 70:9 77:5
78:2 79:1,15

**year** 12:21 38:11
62:16 69:13 75:12
77:9 91:8 93:23
94:14 95:4

**years** 6:6,24 9:21
10:1,10,17 89:5,14
91:2 101:23

**Yep** 58:6 79:19
96:18

**yes** 6:13 8:23 11:11
12:8 14:19 15:9
18:3 29:6,7 31:10,
12,18,19 34:13
35:4,8,11 42:9,11
50:8,10 51:8 53:19
58:13,21 62:10,15
65:24 66:21 67:12
71:11,14 87:2 88:8,
24 89:4,5,16,19
90:11 96:5,17,23
100:6,11 101:20,21
102:12 105:11,15
106:7

**yet** 68:5

**you** 5:2,9,17,21 6:7,
16,21 7:1,4,5,7,13,
14,15,22,24 8:3,6,9,
14,16,18,19,21,22
9:6,9,12,15,19 10:2,
15,18,19 11:6,8,12,
13,19,23 12:4,5,12,
14 13:1,4,7,8,10,12,
13,15,20 14:2,8,23
15:3,5,7,10,20,21,
23 16:3,6,9,15,21
17:2,6,9,13,18,24
18:1,5,8,11,16,19,
24 19:3,9,14,15,17,
18,22,23,24 20:5,
14,17,20,24 21:1,2,
11,13,15,20,22
22:1,3,7,8,13,15,21
23:8,9,12,15,24
24:3,6,12,16,24

25:5,7,10,17,18,20, 24 26:4,7,10,16,19 28:18,21 29:10,11, 12,19,20,23 30:8, 12,16,18,22,24 31:2,4,21,24 32:1,2, 4,5,6,9,12,14,17 33:8,15 34:7,14,17, 19,24 35:12,15 36:4,11,17,18,23 37:6,10,13,17,18,20 38:1,10,20 39:2,13, 15,19,21,24 40:16 41:6,7,12,15,16,17, 19,20,21 42:1,5,15 43:5,7,11,14,17,18, 24 44:1,2,6,8,10,16, 21,24 45:7,17,18, 21,24 46:4,7,9 47:4, 16,19,24 48:8,10, 12,16,20,23,24 49:6,8,14,17,21 50:1,5,6,11,15,20, 23 51:5,6,10,11,20 52:5,9,13,14,18,21, 24 53:1,2,5,6,12,13, 17,20,23 54:2,10, 12,20,24 55:8,9,11, 13,14,23,24 56:3, 12,23 57:4,12,15, 17,21 58:5,7,11,14, 20,22,23 59:7,15, 17,21 60:4,11,17, 21,24 61:1,3,6,10, 22 62:3,7 63:4,10, 14 64:3,6,8,10,13, 16,21,24 65:3,6,10, 15,20 66:1,4,12,17, 18 67:2,5,6,20 68:1, 9,12 69:1,3,6,9,16, 22 70:2,3,7,15,19, 20,24 71:3,12,15, 18,21 72:2,3,6,20, 24 73:6,9,12,17 74:2,13,14,17,22 75:2,4,9,12,14,16, 19,22 76:1,3,12,14, 18,19,21,22 77:12, 16,19 78:9,12,22 79:14,17,22 80:2,5, 18,23 81:5,7,15 82:8,11,17,22 83:5, 11,22 84:1,2,5,6,8, 10,13,15,19,20 85:7,20,24 86:3,7,8,

15 87:6,10,14,17, 18,21,22,24 88:2,3, 5,6,13,16,19,20 89:1,3,6,12,14,17, 20,21,24 90:2,8,9, 12,13,15 91:1,2,7, 10,18,21,23 92:2,6, 8,9,14,17 93:7,14, 15,16,23,24 94:3,4, 14,17,23 95:1,5,9, 14,20,22,23 96:3,7, 13,21,24 97:6,10, 14,20 98:10,13,14, 17,20 99:2,5,10,11, 12,15,18,20,23 100:3,8,13,16,20, 21,22,23,24 101:1, 2,3,4,11,24 102:1,4, 5,14,16,18 103:1,8, 10,11,15,20,24 104:1,4,8,11,16,22 105:1,4,5,13,18,19, 20,21,23 106:3,5, 11,13

**you'll**  8:24 9:4

**you're**  8:24 11:20 12:12 24:5,12 27:1, 6,21 35:24 37:8 38:1,2 39:8 54:23 56:2 58:12 62:7 63:9 66:19 69:21 76:4 78:10 85:4 86:15 89:13 93:4 95:22 96:21 102:2

**you've**  6:11 89:21 99:5

**your**  5:3,17 7:18 8:22 9:1,2,5,6,15, 16,24 11:16 15:3,13 21:9 25:2 33:7,15, 22 34:20 37:19 38:23 39:8,9,10 40:3,8 58:14,24 61:15 63:3,10,11 67:19 69:22 76:6 78:12 79:1,4,16 81:24 83:12,24 88:4 90:6 92:2,6,10,15, 18 93:8,10,18 94:15 97:1,22 103:5 104:15 105:19 106:14

---
**Z**

**Zoom**  8:12